**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NARESH VISSA RAMMOHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., DONALD ALLAN, JR., JAMES M. LOREE and LEE MCCHESNEY,<br><br>Defendants. | Case No. 3:23-cv-00369 |

**ORDER GRANTING JOINT MOTION REGARDING**
**SERVICE OF PROCESS AND DEFENDANTS' TIME TO RESPOND**
**TO COMPLAINT**

Upon consideration of the Joint Motion Regarding Service of Process and Defendants' Time to Respond to Complaint (the "Joint Motion"), it is hereby ORDERED that the Joint Motion is GRANTED, and that:

1. Defendants have accepted service of the summons and Complaint (as defined in the Joint Motion), without prejudice and without waiver of any substantive or procedural rights, defenses, objections, positions, or arguments in this action, except as to the sufficiency of service of process of the Complaint;

2. Defendants shall not be required to answer, move or otherwise respond to the current Complaint;

3.    Within fourteen (14) days of the appointment of Lead Plaintiff, the Parties shall submit a **proposed** schedule for the filing of an amended complaint and Defendants' response thereto; and

4.    The Parties shall not be required to file a joint discovery/case management plan until after the Court rules on any motions to dismiss.

**SO ORDERED** at Bridgeport, Connecticut, this 11th day of May 2023.

*/s/ Kari A. Dooley*

KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE