**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NARESH VISSA RAMMOHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., DONALD ALLAN, JR., JAMES M. LOREE, AND LEE MCCHESNEY,<br><br>Defendants. | Case No.: 3:23-cv-00369-KAD |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF FRED CRABTREE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows:

1.      I am a partner at Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Fred Crabtree ("Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint him to serve as Lead Plaintiff on behalf of the putative Class in the above-captioned action (the "Action") and to approve Movant's selection of Levi & Korsinsky as lead counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:   Certification of Movant attaching transactions made in Stanley Black & Decker, Inc. ("Stanley" or the "Company") during the Class Period.

**Exhibit B**:   Table of the calculated losses incurred by Movant as a result of transactions in Stanley common stock.

**Exhibit C**:   Press release published March 24, 2023 on *Accesswire*, announcing the

pendency of this Action.

**Exhibit D**:   Firm résumé of Levi & Korsinsky.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: May 23, 2023                    By: */s/ Shannon L. Hopkins*
                                           Shannon L. Hopkins

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 23, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins