# EXHIBIT B

| Client Name | Fred Crabtree |
|---|---|
| Company Name | Stanley Black & Decker, Inc. |
| Ticker Symbol | SWK |
| Security Type | |
| Class Period Start | 10-28-2021 |
| Class Period End | 07-28-2022 |
| 90-DAY Lookback Period Start | 07-29-2022 |
| 90-DAY Lookback Period End | 10-26-2022 |
| 90-DAY Lookback Average | $ 86.55 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $9,251.81 |
| DURA LIFO* Total | $9,251.81 |
| Gross Shares Purchased | 124 |
| Net Shares Retained | 124 |
| Net Funds Expended | $19,983.68 |

**Fred Crabtree**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-07-2022 | 124 | 161.1587 | $ 19,983.68 | | | | | | - | 124 | 124 | $ 86.55 | $ 10,731.87 | $ 9,251.81 | $ 9,251.81 |
| Total: | 124 | | $19,983.68 | | | | | | | 124 | 124 | | $10,731.87 | $9,251.81 | $9,251.81 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.