# EXHIBIT C

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Stanley Black & Decker, Inc. Shareholders and Sets a Lead Plaintiff Deadline of May 23, 2023



Levi & Korsinsky, LLP

Friday, March 24, 2023 3:15 PM

Topic:     **Lawsuits**        Share this Article

**NEW YORK, NY / ACCESSWIRE / March 24, 2023 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired common stock of Stanley Black & Decker, Inc**. ("Stanley") (NYSE:SWK) **between October 28, 2021 and July 28, 2022, inclusive**. **You are hereby notified** that the class action lawsuit *Rammohan v. Stanley Black & Decker, Inc., et al.* (Case No. 3:23-cv-00369) has been commenced in the United States District Court for the District of Connecticut. To get more information **go to:**

https://zlk.com/pslra-1/stanley-black-decker-inc-information-request-form-2

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that Stanley made materially false and/or misleading statements and/or failed to disclose that: i) rising interest rates, inflation, and trends in returning to work away from home were in fact quickly eroding demand for Stanley's tools and outdoor products; (ii) the heightened, extraordinary demand Stanley had enjoyed as a result of the COVID-19 pandemic in 2021 into 2022 no longer existed; (iii) Stanley's operations were already showing signs of slowing demand; (iv) as a result of reorganization, share repurchasing, and dividend growth, Stanley lacked the cash to react with agility to changes in demand; and (v) as a result of Stanley's inability to react to a sharp decline in demand, the Company's results and metrics, particularly sales volume, were severely negatively impacted.

**If you suffered a loss in Stanley Black & Decker, Inc. you have until <u>May 23, 2023</u>**to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

55 Broadway, Suite #427

New York, NY 10006

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP