UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NARESH VISSA RAMMOHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., DONALD ALLAN, JR., JAMES M. LOREE, AND LEE MCCHESNEY,<br><br>Defendants. | **CIVIL CASE NO. 3:23-cv-00369-KAD**<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND ENTRY OF REVISED BRIEFING SCHEDULE**<br><br><br>Dated: August 31, 2023 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Lead Plaintiff General Retirement System of the City of Detroit ("Detroit GRS"), respectfully submits this motion for a limited extension of thirty (30) days to file Plaintiffs' amended complaint and for entry of a revised briefing schedule. In support of this motion, Detroit GRS states as follows:

1. On March 24, 2023, a putative class action complaint (the "Complaint") was filed in the above-captioned action asserting claims under sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5. ECF No. 1.

2. On May 11, 2023, the Court entered an order that provided for, *inter alia*, staying the Defendants' time to answer, move, or otherwise respond to the Complaint and that within fourteen (14) days of the appointment of lead plaintiff, the parties shall submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto. ECF No. 13.

3. On May 23, 2023, Detroit GRS moved for an order appointing itself as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15

U.S.C. §78u-4, and appointing Abraham, Fruchter & Twersky, LLP as lead counsel and Scott+Scott Attorneys at Law LLP as local counsel for the putative class. ECF No. 24.

4. On June 15, 2023, this Court appointed Detroit GRS as Lead Plaintiff (ECF No. 30) pursuant to the PSLRA, and appointed Abraham, Fruchter & Twersky, LLP as Lead Counsel and Scott+Scott Attorneys at Law LLP as local counsel for the putative class.

5. On June 29, 2023, after conferring, the parties submitted a stipulation and proposed order to the Court (the "Proposed Order"), providing for the filing of an amended complaint by September 13, 2023, a date for Defendants to respond and a briefing schedule if Defendants filed a motion to dismiss ("MTD"). On June 30, 2023, the Court entered the Proposed Order. ECF No. 32.

6. Subsequent to the entry of the Proposed Order setting the schedule, Plaintiffs' Lead Counsel has been diligently working to complete their investigation and finalize the amended complaint. Plaintiffs' investigation is on-going and additional facts and details in support of Plaintiffs' allegations continue to be developed. Because of the length of the investigation, as well as several unexpected scheduling issues, and despite Lead Counsel's best efforts, Lead Plaintiff has concluded that an extension to file the amended complaint is needed. Accordingly, Lead Plaintiff respectfully requests an additional thirty days to file Plaintiffs' amended complaint. Plaintiffs believe the additional time will provide the Court with the most developed allegations necessary to address the arguments expected in Defendants' anticipated MTD and that amount of time will allow Plaintiffs' Lead Counsel to avoid conflict with various upcoming religious holidays.

7. Plaintiffs have not previously requested an extension of the time to file an amended complaint.

8. On August 25, 2023, Plaintiffs' Lead Counsel emailed Defendants' counsel, requesting that Defendants consent to the thirty-day extension for the filing of the amended complaint and that the schedule be revised accordingly.

9. On August 28, 2023, Defendants' counsel emailed Plaintiffs' Lead Counsel that Defendants objected to the requested extension because they believed Plaintiffs already had sufficient time to file their amended complaint.

10. On August 30, 2023, Plaintiffs' Lead Counsel called Defendants' counsel to discuss their refusal to consent to the requested extension. During the call, Defendants' counsel reiterated that they believed Plaintiffs had sufficient time as the reason for not consenting to the extension request and also mentioned they wanted to coordinate with the schedule in a derivative action but did not provide Plaintiffs' Lead Counsel with the dates of that schedule. Defendants' counsel did not state that Defendants would be prejudiced if the requested extension were granted, and Plaintiffs do not believe Defendants would be prejudiced if the request were granted. Plaintiffs' Lead Counsel asked Defendants' Counsel to re-consider their refusal to consent to the requested extension. Plaintiffs' Lead Counsel also explained that they would have requested a two-week extension but because of several intervening religious holidays during that time period, it was believed that thirty days was needed. Defendants' Counsel stated that they would reconsider Plaintiffs' request, discuss it with their clients and respond back to Plaintiffs' Lead Counsel. As of the filing of this motion, Plaintiffs' Lead Counsel has not heard back from Defendants' counsel.

11. Plaintiffs' requested extension of time, which was sent to Defendants' counsel, provides for the following revised dates to the schedule:

    a. Plaintiffs' amended complaint due:    October 13, 2023

    b. Defendants' answer or MTD due:    December 14, 2023

      c. Plaintiffs' opposition to the MTD due:     February 16, 2024

      d. Defendants' reply in support of its MTD due:     March 15, 2024

For the foregoing reasons, Lead Plaintiff respectfully requests that the Court grant this motion.

DATED: August 31, 2023        **SCOTT+SCOTT ATTORNEYS AT LAW**

      */s/ Erin Green Comite*
      Erin Green Comite (CT24886)
      156 South Main Street, P.O. Box 192
      Colchester, CT  06415
      Telephone:  (860) 537-5537
      Facsimile:  (860) 537-4432
      ecomite@scott-scott.com

*Local Counsel for Lead Plaintiff and the Proposed Class*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (*pro hac vice* to be filed)
Atara Twersky (*pro hac vice* to be filed)
Lawrence D. Levit (*pro hac vice*)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
mtwersky@aftlaw.com
atwersky@aftlaw.com
llevit@aftlaw.com

*Counsel for Lead Plaintiff General Retirement System of the City of Detroit and Lead Counsel for the Proposed Class*