## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NARESH VISSA RAMMOHAN, individually and on behalf of all others similarly situated, | **CIVIL CASE NO. 3:23-cv-00369-KAD** |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ENTRY OF A REVISED BRIEFING SCHEDULE** |
| v. | |
| STANLEY BLACK & DECKER, INC., DONALD ALLAN, JR., JAMES M. LOREE, AND LEE MCCHESNEY, | |
| Defendants. | Dated: January 31, 2024 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Lead Plaintiff General Retirement System of the City of Detroit ("Detroit GRS"), respectfully submits this unopposed motion for a brief extension of time for the filing of Plaintiffs' opposition to Defendants' motion to dismiss from February 16, 2024, to March 8, 2024, and entry of a revised briefing schedule. In support of this motion, Lead Plaintiff states as follows:

1. On March 24, 2023, a putative class action complaint (the "Complaint") was filed in the above-captioned action asserting claims under sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5. ECF No. 1.

2. On May 11, 2023, the Court entered an order that provided for, *inter alia*, staying the Defendants' time to answer, move, or otherwise respond to the Complaint and that within 14 days of the appointment of lead plaintiff, the parties shall submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto. ECF No. 13.

3. On May 23, 2023, Detroit GRS moved for an order appointing itself as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, and appointing Abraham, Fruchter & Twersky, LLP as lead counsel and Scott+Scott Attorneys at Law LLP as local counsel for the putative class. ECF No. 24.

4. On June 15, 2023, this Court appointed Detroit GRS as Lead Plaintiff (ECF No. 30) pursuant to the PSLRA, and appointed Abraham, Fruchter & Twersky, LLP as lead counsel and Scott+Scott Attorneys at Law LLP as local counsel for the putative class.

5. On June 29, 2023, after conferring, the parties submitted a stipulation and proposed order to the Court (the "Proposed Order"), providing for the filing of an amended complaint by September 13, 2023, a date for Defendants to respond and a briefing schedule if Defendants filed a motion to dismiss (a "MTD"). On June 30, 2023, the Court entered the Proposed Order. ECF No. 32.

6. On August 31, 2023, Lead Plaintiff filed a motion requesting that the schedule be revised, to which Defendants did not consent. ECF No. 37.

7. On September 5, 2023, this Court granted Lead Plaintiffs' motion for the schedule to be revised. ECF No. 38.

8. On October 13, 2023, Lead Plaintiff filed its Amended Complaint. ECF No. 41.

9. On December 14, 2023, Defendants filed their motion to dismiss the Amended Complaint. ECF No. 42.

10. Earlier in January 2024, following the year-end holidays and scheduled vacations, the primary attorney working on Plaintiffs' opposition to Defendants' motion to dismiss contracted Covid-19, causing continued work on that opposition to be halted. Because of that infection and its lingering impact, on January 24, 2024, Plaintiffs requested that Defendants consent to a three-

week extension to the briefing schedule, to which Defendants agreed on January 25, 2024. Thus, good cause exists for this brief extension of three weeks, from February 16, 2024, to March 8, 2024.

11. This is Lead Plaintiff's first request for an extension of time relating to this deadline. This motion is being made at least three days prior to the expiration of the deadline and is not being made for the purpose of delay.

12. Plaintiffs' requested extension of the schedule provides for the following revised dates:

    a.    Plaintiffs' opposition to the MTD due:    March 8, 2024

    b.    Defendants' reply in support of its MTD due:    April 5, 2024

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion.

DATED: January 31, 2024    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Erin Green Comite*
Erin Green Comite (CT24886)
156 South Main Street, P.O. Box 192
Colchester, CT  06415
Telephone:  860/531-2632
ecomite@scott-scott.com

*Local Counsel for Lead Plaintiff and the Proposed Class*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (*pro hac vice* to be filed)
Atara Twersky (*pro hac vice* to be filed)
Lawrence D. Levit (*pro hac vice*)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
mtwersky@aftlaw.com
atwersky@aftlaw.com
llevit@aftlaw.com

*Counsel for Lead Plaintiff General Retirement System of the City of Detroit and Lead Counsel for the Proposed Class*