**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

NARESH VISSA RAMMOHAN, individually
and on behalf of all others similarly situated,

        Plaintiff,

v.

STANLEY BLACK & DECKER, INC.,
DONALD ALLAN, JR., JAMES M. LOREE,
AND LEE MCCHESNEY,

        Defendants.

**CIVIL CASE NO. 3:23-cv-00369**

**DECLARATION OF LAWRENCE D. LEVIT**
**IN SUPPORT OF LEAD PLAINTIFF'S  OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS COMPLAINT**

I, Lawrence D. Levit, pursuant to 28 U.S.C. §1746, declare as follows:

1.     I am of counsel with the law firm Abraham, Fruchter & Twersky, LLP, Lead Counsel for Lead Plaintiff General Retirement System of the City of Detroit in the above-entitled action.  I am admitted *pro hac vice* in this action and a member in good standing of the Bars of the State of New York and State of New Jersey.  I submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Class Complaint.

2.     Attached hereto as Exhibit A is a true and correct copy of Stanley Black & Decker, Inc.'s ("Stanley") December 21, 2021 correspondence to the Securities and Exchange

1

Commission ("SEC"), as filed with the SEC on that day.

3.    Attached hereto as Exhibit B is a true and correct copy of Stanley's Form 8-K and attached Exhibit 99.1 and Exhibit 99.2 filed with the SEC on February 1, 2022.

4.    Attached hereto as Exhibit C is a true and correct copy of Stanley's Form 10-K for the fiscal year ended January 1, 2022, filed with the SEC on February 22, 2022.

5.    Attached hereto as Exhibit D is a true and correct copy of Stanley's Form 10-Q  for the period ended April 2, 2022, filed with the SEC on April 28, 2022.

6.    Attached hereto as Exhibit E is a true and correct copy of Stanley's Exhibit 99.1 filed with the SEC on June 1, 2022, as an attachment to its Form 8-K filed on that day.

7.    Attached hereto as Exhibit F is a true and correct copy of Stanley's Form 10-Q  for the period ended July 2, 2022, filed with the SEC on July 28, 2022.

8.    Attached hereto as Exhibit G is a true and correct copy of Stanley's Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 23, 2023.

9.    Attached hereto as Exhibit H is a true and correct copy of Lowe's Companies, Inc. Form 10-K for the fiscal year ended January 28, 2022, filed with the SEC on March 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2024.


/s/ Lawrence D Levit
Lawrence D. Levit

2