**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NARESH VISSA RAMMOHAN, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., DONALD ALLAN, JR., JAMES M. LOREE, AND LEE MCCHESNEY,<br><br>Defendants. | Civil Case No. 3:23-cv-000369 (KAD)<br><br><br><br>April 22, 2024 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

Defendants Stanley Black & Decker, Inc. ("Stanley Black & Decker" or the "Company"), Donald Allan, Jr., James M. Loree and Lee McChesney ("Individual Defendants", and, together with Stanley Black & Decker, "Defendants") respectfully submit for the Court's consideration this Notice of Supplemental Authority to alert the Court of a recent decision issued by the United States Supreme Court in *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, No. 22-1165, 2024 WL 1588706 (U.S. Apr. 12, 2024). In *Macquarie*, the Court held that "[p]ure omissions are not actionable under Rule 10b–5(b)", and clarified that "failure to disclose information required by Item 303" of SEC Regulation S-K cannot support a private action under Rule 10b-5(b) in the absence of an otherwise misleading statement. *Id.* at *2. A true and correct copy of this decision is attached as **Exhibit 1**.

In its opposition, Plaintiff relied on the Second Circuit's now-vacated decision in *Macquarie* to argue that Defendants had violated Item 303.  (Opp. 33-34 (citing *Moab Partners, L.P. v. Macquarie Infrastructure Corp.*, 2022 WL 17815767, at \*2 (2d Cir. Dec. 20, 2022)).)  The Supreme Court's recent decision in *Macquarie* is relevant to Defendants' argument that failure to mention one single alleged pull-in with Lowe's does not render any of Defendants' statements misleading and therefore actionable under Rule 10b-5(b) or Item 303.  (Reply 5,7.)  Defendants respectfully request that the Court consider this decision when assessing the parties' arguments.

DATED this 22nd day of April 2024

By:

**CRAVATH, SWAINE & MOORE LLP**

*/s/ Timothy G. Cameron*
Timothy G. Cameron (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel. 212-474-1059
tcameron@cravath.com
lrosenberg@cravath.com

**SPEARS MANNING & MARTINI LLC**

Joseph W. Martini
Federal Bar No. ct07225
Leslie A. Cahill
Federal Bar No. ct31242
Janna Douville Eastwood
Federal Bar No. ct26522
2425 Post Road, Suite 203
Southport, CT 06890
Tel. 203-292-9766
jmartini@spearsmanning.com
lcahill@spearsmanning.com
jeastwood@spearsmanning.com

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Janna Douville Eastwood
Janna Douville Eastwood