**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NARESH VISSA RAMMOHAN, individually and on behalf of all others similarly situated, | **CIVIL CASE NO. 3:23-cv-00369-KAD** |
| Plaintiffs, | |
| v. | |
| STANLEY BLACK & DECKER, INC., DONALD ALLAN, JR., JAMES M. LOREE, AND LEE MCCHESNEY, | Dated: May 7, 2024 |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO DISMISS**

Plaintiff respectfully submits this response to Defendants' Notice of Supplemental Authority where they submitted the recent decision in *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, No. 22-1165, 2024 WL 1588706 (U.S. Apr. 12, 2024) (ECF No. 50) in which the Court, considering a pure omissions case, decided the question of "whether the failure to disclose information required by Item 303 [of SEC Regulation S-K] can support a private action under Rule 10b-5(b), even if the failure does not render any 'statements made' misleading." *Id.* at *2.

Although Plaintiff cites to the United States Court of Appeals for the Second Circuit's decision in *Moab*, the Supreme Court opinion in that case has no impact on Plaintiff's argument

because Plaintiff has not pled a pure omissions claim, as Defendants contend.[1] Instead, Plaintiff alleges that the statements made by Defendants about continuing strong demand for the Company's goods during the relevant period were materially misleading in light of the undisclosed massive pull-in of sales from Lowe's in the fourth quarter of 2021. That pull-in from Lowe's, resulting from the Company's offer to sell to Lowe's a significant amount of the goods that Lowe's anticipated ordering in 2022, at a substantial discount, if ordered (or pulled-in by the Company) before the end of 2021, propped up Stanley's fourth quarter 2021 earnings. *See, e.g.*, ECF No. 46 at 1-2, 7-11, 13-15. In addition to rendering Defendants' statements regarding demand for the Company's goods during the relevant period materially misleading as the pull-in did not represent true 2021 demand and would necessarily impact 2022 demand, as detailed in Plaintiff's operative complaint and its opposition to Defendants' motion to dismiss, that omission also caused the Company's announced earnings for the fourth quarter of 2021 to be  materially misleading as it concealed that but for the massive pull-in, earnings results for fourth quarter 2021 would have been lower than the prior year's fourth quarter results. *See*, *e.g.*, ECF No. 46 at 15. As the *Moab* Court stated, half-truths are actionable. *Moab*, 2024 WL 1588706 at *5 ("private parties remain free to bring claims based on Item 303 violations that create misleading half-truths"). Here, half-truths are alleged.

---

[1] Capitalized terms have the same meanings as in Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss. ECF No. 46.

DATED: May 7, 2024

**ABRAHAM, FRUCHTER  
& TWERSKY, LLP**

Mitchell M.Z. Twersky (*pro hac vice* to be filed)  
Atara Twersky (*pro hac vice* to be filed)  
Lawrence D. Levit (*pro hac vice*)  
450 Seventh Avenue, 38th Floor  
New York, NY 10123  
Telephone: (212) 279-5050  
Facsimile: (212) 279-3655  
mtwersky@aftlaw.com  
atwersky@aftlaw.com  
llevit@aftlaw.com

**Counsel for General Retirement System of the City of Detroit and Lead Counsel for the Class**

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

Erin Green Comite (CT 24886)  
156 South Main Street  
P.O. Box 192  
Colchester, CT 06415  
Telephone: (860) 537-5537  
Facsimile: (860) 537-4432  
ecomite@scott-scott.com

**Local Counsel for the Class**

**VANOVERBEKE, MICHAUD  
& TIMMONY, P.C.**

Michael Vanoverbeke  
79 Alfred Street  
Detroit, MI 48201  
Telephone: (313) 578-1200  
Facsimile: (313) 578-1201  
mvanoverbeke@vmtlaw.com

**Additional Counsel for Plaintiff**

3