# EXHIBIT E

**StanleyBlack&Decker**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended July 2, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from [          ] to [          ]**

**Commission File Number 001-05224**

# STANLEY BLACK & DECKER, INC.

**(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)**

| CT | 06-0548860 |
|---|---|
| **(STATE OR OTHER JURISDICTION OF INCORPORATION OR ORGANIZATION)** | **(I.R.S. EMPLOYER IDENTIFICATION NUMBER)** |

**1000 STANLEY DRIVE**
**NEW BRITAIN, CT 06053**
**(ADDRESS OF PRINCIPAL EXECUTIVE OFFICES AND ZIP CODE)**

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE 860 225-5111**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title Of Each Class | | Trading Symbol | Name Of Each Exchange On Which Registered |
|---|---|---|---|
| Common Stock | $2.50 Par Value per Share | SWK | New York Stock Exchange |
| Corporate Units | | SWT | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large Accelerated Filer | ☑ | Accelerated Filer | ☐ |
| Non-Accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
| | | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐ No ☑

147,815,805 shares of the registrant's common stock were outstanding as of July 22, 2022.

**TABLE OF CONTENTS**

PART I — FINANCIAL INFORMATION 3

ITEM 1. CONDENSED CONSOLIDATED FINANCIAL STATEMENTS 3

ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS 39

ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK 51

ITEM 4. CONTROLS AND PROCEDURES 51

PART II — OTHER INFORMATION 54

ITEM 1. LEGAL PROCEEDINGS 54

ITEM 1A. RISK FACTORS 54

ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS 54

ITEM 6. EXHIBITS 56

SIGNATURE 57

PART I — FINANCIAL INFORMATION

ITEM 1. CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

**STANLEY BLACK & DECKER, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME (LOSS)**
**THREE AND SIX MONTHS ENDED JULY 2, 2022 AND JULY 3, 2021**
(Unaudited, Millions of Dollars, Except Per Share Amounts)

| | Second Quarter | | | | Year-to-Date | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2022 | | 2021 | | 2022 | | 2021 |
| **Net Sales** | $ | **4,393.0** | $ | 3,798.9 | $ | **8,841.0** | $ | 7,519.7 |
| **Costs and Expenses** | | | | | | | | |
| Cost of sales | $ | **3,185.9** | $ | 2,437.1 | $ | **6,328.5** | $ | 4,770.1 |
| Selling, general and administrative | | **849.4** | | 772.0 | | **1,798.6** | | 1,488.9 |
| Provision for credit losses | | **3.3** | | (4.9) | | **14.4** | | (2.7) |
| Other, net | | **79.1** | | 42.5 | | **141.1** | | 90.5 |
| (Gain) loss on sales of businesses | | **(0.2)** | | 2.6 | | **(0.2)** | | 3.6 |
| Asset impairment charge | | **168.4** | | — | | **168.4** | | — |
| Restructuring charges | | **19.5** | | 10.4 | | **72.2** | | 12.2 |
| Interest income | | **(6.5)** | | (2.7) | | **(9.3)** | | (5.6) |
| Interest expense | | **78.2** | | 46.5 | | **132.9** | | 94.0 |
| | $ | **4,377.1** | $ | 3,303.5 | $ | **8,646.6** | $ | 6,451.0 |
| Earnings from continuing operations before income taxes and equity interest | | **15.9** | | 495.4 | | **194.4** | | 1,068.7 |
| Income taxes on continuing operations | | **(62.8)** | | 67.3 | | **(39.9)** | | 182.8 |
| Net earnings from continuing operations before equity interest | | **78.7** | | 428.1 | | **234.3** | | 885.9 |
| Share of net earnings of equity method investment | | **—** | | 4.4 | | **—** | | 6.2 |
| Net earnings from continuing operations | | **78.7** | | 432.5 | | **234.3** | | 892.1 |
| Less: Net earnings (losses) attributable to non-controlling interests | | **0.1** | | (1.0) | | **0.2** | | (1.6) |
| Net earnings from continuing operations attributable to Stanley Black & Decker, Inc. | $ | **78.6** | $ | 433.5 | $ | **234.1** | $ | 893.7 |
| Less: Preferred stock dividends and beneficial conversion feature | | **—** | | 4.8 | | **—** | | 14.2 |
| Net Earnings from Continuing Operations Attributable to Common Shareowners | $ | **78.6** | $ | 428.7 | $ | **234.1** | $ | 879.5 |
| Add: Contract adjustment payments accretion | | **0.4** | | 0.3 | | **0.7** | | 0.5 |
| Net Earnings from Continuing Operations Attributable to Common Shareowners - Diluted | $ | **79.0** | $ | 429.0 | $ | **234.8** | $ | 880.0 |
| Earnings from discontinued operations before income taxes | | **6.4** | | 32.4 | | **28.6** | | 63.5 |
| Income taxes on discontinued operations | | **(2.6)** | | 6.4 | | **(0.2)** | | 10.3 |
| Net earnings from discontinued operations | $ | **9.0** | $ | 26.0 | $ | **28.8** | $ | 53.2 |
| **Net Earnings Attributable to Common Shareowners - Diluted** | $ | **88.0** | $ | 455.0 | $ | **263.6** | $ | 933.2 |
| Net Earnings Attributable to Stanley Black & Decker, Inc. | $ | **87.6** | $ | 459.5 | $ | **262.9** | $ | 946.9 |
| **Total Comprehensive (Loss) Income Attributable to Common Shareowners** | $ | **(190.1)** | $ | 479.1 | $ | **(42.5)** | $ | 859.4 |
| Basic earnings per share of common stock: | | | | | | | | |
| Continuing operations | $ | **0.54** | $ | 2.70 | $ | **1.56** | $ | 5.56 |
| Discontinued operations | $ | **0.06** | $ | 0.16 | $ | **0.19** | $ | 0.34 |
| Total basic earnings per share of common stock | $ | **0.60** | $ | 2.87 | $ | **1.75** | $ | 5.90 |
| Diluted earnings per share of common stock: | | | | | | | | |
| Continuing operations | $ | **0.51** | $ | 2.60 | $ | **1.47** | $ | 5.34 |
| Discontinued operations | $ | **0.06** | $ | 0.16 | $ | **0.18** | $ | 0.32 |
| Total diluted earnings per share of common stock | $ | **0.57** | $ | 2.75 | $ | **1.65** | $ | 5.67 |

See Notes to Unaudited Condensed Consolidated Financial Statements.

3

**STANLEY BLACK & DECKER, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**JULY 2, 2022 AND JANUARY 1, 2022**
(Unaudited, Millions of Dollars, Except Share and Per Share Amounts)

| | July 2, 2022 | January 1, 2022 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 282.3 | $ 142.1 |
| Accounts and notes receivable, net | 1,592.1 | 1,481.7 |
| Inventories, net | 6,635.5 | 5,419.9 |
| Current assets held for sale | 851.0 | 869.6 |
| Prepaid expenses | 506.8 | 507.0 |
| Other current assets | 105.1 | 106.1 |
| **Total Current Assets** | 9,972.8 | 8,526.4 |
| **Property, plant and equipment, net** | 2,310.6 | 2,336.8 |
| **Goodwill** | 8,459.1 | 8,590.7 |
| **Customer Relationships, net** | 1,909.1 | 2,000.0 |
| **Trade Names, net** | 2,653.1 | 2,681.8 |
| **Other intangible Assets, net** | 10.5 | 13.2 |
| **Long-term assets held for sale** | 2,564.2 | 2,635.8 |
| **Other assets** | 1,482.0 | 1,395.3 |
| **Total Assets** | $ 29,361.4 | $ 28,180.0 |
| **LIABILITIES AND SHAREOWNERS' EQUITY** | | |
| **Current Liabilities** | | |
| Short-term borrowings | $ 5,833.0 | $ 2,241.1 |
| Current maturities of long-term debt | 1.2 | 1.3 |
| Accounts payable | 3,138.8 | 3,423.6 |
| Accrued expenses | 2,304.2 | 2,641.0 |
| Liabilities held for sale | 483.5 | 460.4 |
| **Total Current Liabilities** | 11,760.7 | 8,767.4 |
| **Long-term debt** | 5,351.8 | 4,353.6 |
| **Deferred taxes** | 625.9 | 711.2 |
| **Post-retirement benefits** | 432.5 | 474.1 |
| **Long-term liabilities held for sale** | 137.1 | 137.4 |
| **Other liabilities** | 1,971.5 | 2,143.9 |
| **Commitments and Contingencies (*Notes R and S*)** | | |
| **Shareowners' Equity** | | |
| **Stanley Black & Decker, Inc. Shareowners' Equity** | | |
| Preferred stock, without par value: Authorized 10,000,000 shares in 2022 and 2021 Issued and outstanding 750,000 shares in 2022 and 2021 | 620.3 | 620.3 |
| Common stock, par value $2.50 per share: Authorized 300,000,000 shares in 2022 and 2021 Issued 176,902,738 shares in 2022 and 2021 | 442.3 | 442.3 |
| Retained earnings | 8,775.0 | 8,742.4 |
| Additional paid in capital | 5,027.3 | 4,999.2 |
| Accumulated other comprehensive loss | (2,151.0) | (1,845.6) |
| | 12,713.9 | 12,958.6 |
| Less: cost of common stock in treasury (29,101,258 shares in 2022 and 13,964,054 shares in 2021) | (3,634.1) | (1,368.1) |
| **Stanley Black & Decker, Inc. Shareowners' Equity** | 9,079.8 | 11,590.5 |
| Non-controlling interests | 2.1 | 1.9 |
| **Total Shareowners' Equity** | 9,081.9 | 11,592.4 |
| **Total Liabilities and Shareowners' Equity** | $ 29,361.4 | $ 28,180.0 |

See Notes to Unaudited Condensed Consolidated Financial Statements.

**STANLEY BLACK & DECKER, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**THREE AND SIX MONTHS ENDED JULY 2, 2022 AND JULY 3, 2021**
(Unaudited, Millions of Dollars)

| | Second Quarter | | Year-to-Date | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| **OPERATING ACTIVITIES** | | | | |
| Net earnings from continuing operations | $ 78.7 | $ 432.5 | $ 234.3 | $ 892.1 |
| Net earnings from discontinued operations | 9.0 | 26.0 | 28.8 | 53.2 |
| Adjustments to reconcile net earnings to cash (used in) provided by operating activities: | | | | |
| Depreciation and amortization of property, plant and equipment | 91.9 | 91.9 | 183.9 | 185.4 |
| Amortization of intangibles | 51.5 | 50.5 | 103.2 | 101.0 |
| (Gain) loss on sales of businesses | (0.2) | 2.6 | (0.2) | 3.6 |
| Asset impairment charge | 168.4 | — | 168.4 | — |
| Share of net earnings of equity method investment | — | (4.4) | — | (6.2) |
| Changes in working capital | (568.0) | (196.4) | (1,904.1) | (916.8) |
| Changes in other assets and liabilities | (275.2) | 41.7 | (499.3) | (25.7) |
| Cash (used in) provided by operating activities | (443.9) | 444.4 | (1,685.0) | 286.6 |
| **INVESTING ACTIVITIES** | | | | |
| Capital and software expenditures | (145.7) | (105.1) | (285.5) | (193.4) |
| Proceeds from sales of assets | 6.2 | 4.1 | 15.2 | 5.4 |
| Business acquisitions, net of cash acquired | (9.1) | (1.3) | (45.6) | (1.5) |
| Purchases of investments | (9.2) | (4.0) | (9.3) | (11.0) |
| Net investment hedge settlements | 4.2 | — | 8.9 | (52.6) |
| Other | (0.7) | (2.5) | (1.4) | (3.6) |
| Cash used in investing activities | (154.3) | (108.8) | (317.7) | (256.7) |
| **FINANCING ACTIVITIES** | | | | |
| Proceeds from debt issuances, net of fees | (2.2) | — | 992.6 | — |
| Stock purchase contract fees | (9.8) | (9.8) | (19.6) | (19.6) |
| Net short-term borrowings | 746.6 | 1.8 | 3,591.4 | 1.1 |
| Proceeds from issuances of common stock | 5.9 | 36.3 | 19.6 | 100.4 |
| Purchases of common stock for treasury | (1.1) | (2.4) | (2,314.1) | (17.3) |
| Redemption of preferred stock for treasury | — | (750.0) | — | (750.0) |
| Craftsman contingent consideration | (11.3) | (6.9) | (21.1) | (13.9) |
| Termination of interest rate swaps | — | — | 22.7 | — |
| Cash dividends on common stock | (114.0) | (111.6) | (230.3) | (221.7) |
| Cash dividends on preferred stock | — | (9.5) | — | (18.9) |
| Other | (5.9) | (1.2) | (7.6) | (8.4) |
| Cash provided by (used in) financing activities | 608.2 | (853.3) | 2,033.6 | (948.3) |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | (22.4) | 8.5 | (17.6) | (30.4) |
| Change in cash, cash equivalents and restricted cash | (12.4) | (509.2) | 13.3 | (948.8) |
| Cash, cash equivalents and restricted cash, beginning of period | 320.5 | 958.7 | 294.8 | 1,398.3 |
| **CASH, CASH EQUIVALENTS AND RESTRICTED CASH, END OF PERIOD** | $ 308.1 | $ 449.5 | $ 308.1 | $ 449.5 |

Table of Contents

The following table provides a reconciliation of the cash, cash equivalents and restricted cash balances as of July 2, 2022 and January 1, 2022, as shown above:

| | July 2, 2022 | | January 1, 2022 |
|---|---|---|---|
| Cash and cash equivalents | $ | 282.3 | $ | 142.1 |
| Restricted cash included in Other current assets | | 6.1 | | 7.6 |
| Cash and cash equivalents included in Current assets held for sale | | 19.7 | | 145.1 |
| **Cash, cash equivalents and restricted cash** | $ | 308.1 | $ | 294.8 |

See Notes to Unaudited Condensed Consolidated Financial Statements.

6

**STANLEY BLACK & DECKER, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN SHAREOWNERS' EQUITY**
**THREE AND SIX MONTHS ENDED JULY 2, 2022 AND JULY 3, 2021**
(Unaudited, Millions of Dollars, Except Share and Per Share Amounts)

| | Preferred Stock | Common Stock | Additional Paid In Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Treasury Stock | Non-Controlling Interests | Shareowners' Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance January 1, 2022** | $ 620.3 | $ 442.3 | $ 4,999.2 | $ 8,742.4 | $ (1,845.6) | $ (1,368.1) | $ 1.9 | $ 11,592.4 |
| Net earnings | — | — | — | 175.3 | — | — | 0.1 | 175.4 |
| Other comprehensive loss | — | — | — | — | (27.7) | — | — | (27.7) |
| Cash dividends declared — $0.79 per common share | — | — | — | (116.3) | — | — | — | (116.3) |
| Issuance of common stock (338,897 shares) | — | — | (24.0) | — | — | 37.7 | — | 13.7 |
| Repurchase of common stock (12,729,825 shares) | — | — | (300.0) | — | — | (2,013.0) | — | (2,313.0) |
| Stock-based compensation related | — | — | 30.3 | — | — | — | — | 30.3 |
| **Balance April 2, 2022** | $ 620.3 | $ 442.3 | $ 4,705.5 | $ 8,801.4 | $ (1,873.3) | $ (3,343.4) | $ 2.0 | $ 9,354.8 |
| Net earnings | — | — | — | 87.6 | — | — | 0.1 | 87.7 |
| Other comprehensive loss | — | — | — | — | (277.7) | — | — | (277.7) |
| Cash dividends declared — $0.79 per common share | — | — | — | (114.0) | — | — | — | (114.0) |
| Issuance of common stock (83,264 shares) | — | — | (4.4) | — | — | 10.3 | — | 5.9 |
| Repurchase of common stock (3,219,632 shares) | — | — | 299.9 | — | — | (301.0) | — | (1.1) |
| Stock-based compensation related | — | — | 26.3 | — | — | — | — | 26.3 |
| **Balance July 2, 2022** | $ 620.3 | $ 442.3 | $ 5,027.3 | $ 8,775.0 | $ (2,151.0) | $ (3,634.1) | $ 2.1 | $ 9,081.9 |

| | Preferred Stock | Common Stock | Additional Paid In Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Treasury Stock | Non-Controlling Interests | Shareowners' Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance January 2, 2021** | $ 1,370.3 | $ 442.3 | $ 4,967.8 | $ 7,542.2 | $ (1,713.7) | $ (1,549.3) | $ 6.8 | $ 11,066.4 |
| Net earnings (loss) | — | — | — | 487.4 | — | — | (0.6) | 486.8 |
| Other comprehensive loss | — | — | — | — | (97.7) | — | — | (97.7) |
| Cash dividends declared — $0.70 per share | — | — | — | (110.1) | — | — | — | (110.1) |
| Cash dividends declared - $50.00 per annum per preferred share | — | — | — | (9.4) | — | — | — | (9.4) |
| Issuance of common stock (848,275 shares) | — | — | (12.7) | — | — | 76.8 | — | 64.1 |
| Repurchase of common stock (80,310 shares) | — | — | — | — | — | (14.9) | — | (14.9) |
| Non-controlling interest buyout | — | — | (2.8) | — | — | — | (3.2) | (6.0) |
| Stock-based compensation related | — | — | 25.6 | — | — | — | — | 25.6 |
| **Balance April 3, 2021** | $ 1,370.3 | $ 442.3 | $ 4,977.9 | $ 7,910.1 | $ (1,811.4) | $ (1,487.4) | $ 3.0 | $ 11,404.8 |
| Net earnings (loss) | — | — | — | 459.5 | — | — | (1.0) | 458.5 |
| Other comprehensive income | — | — | — | — | 24.4 | — | — | 24.4 |
| Cash dividends declared — $0.70 per share | — | — | — | (111.6) | — | — | — | (111.6) |
| Cash dividends declared - $50.00 per annum per preferred share | — | — | — | (4.8) | — | — | — | (4.8) |
| Issuance of common stock (305,153 shares) | — | — | 8.1 | — | — | 28.2 | — | 36.3 |
| Repurchase of common stock (355,751 shares) | — | — | 72.2 | — | — | (74.6) | — | (2.4) |
| Redemption and conversion of preferred stock (1,469,055 shares) | (750.0) | — | (137.3) | — | — | 137.3 | — | (750.0) |
| Stock-based compensation related | — | — | 30.8 | — | — | — | — | 30.8 |
| **Balance July 3, 2021** | $ 620.3 | $ 442.3 | $ 4,951.7 | $ 8,253.2 | $ (1,787.0) | $ (1,396.5) | $ 2.0 | $ 11,086.0 |

See Notes to Unaudited Condensed Consolidated Financial Statements.

7

**STANLEY BLACK & DECKER, INC. AND SUBSIDIARIES**
**NOTES TO (UNAUDITED) CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**JULY 2, 2022**

## A.  SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation**

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America (hereinafter referred to as "generally accepted accounting principles") for interim financial statements and with the instructions to Form 10-Q and Article 10 of Regulation S-X and do not include all of the information and footnotes required by generally accepted accounting principles for complete financial statements. In the opinion of management, all adjustments considered necessary for a fair presentation of the results of operations for the interim periods have been included and are of a normal, recurring nature. Operating results for the three and six months ended July 2, 2022 are not necessarily indicative of the results that may be expected for a full fiscal year. For further information, refer to the consolidated financial statements and footnotes included in Stanley Black & Decker, Inc.'s (the "Company") Form 10-K for the year ended January 1, 2022, and subsequent related filings with the Securities and Exchange Commission ("SEC").

In December 2021, the Company acquired the remaining 80 percent ownership stake in MTD Holdings Inc. ("MTD"), a privately held global manufacturer of outdoor power equipment. The Company previously acquired a 20 percent interest in MTD in January 2019. Prior to closing on the remaining 80 percent ownership stake, the Company applied the equity method of accounting to the 20% investment in MTD. In November 2021, the Company acquired Excel Industries ("Excel"), a leading designer and manufacturer of premium commercial and residential turf-care equipment. These acquisitions are being accounted for as business combinations using the acquisition method of accounting and the results subsequent to the dates of acquisition are included in the Company's Tools & Outdoor segment.

On July 5, 2022, the Company completed the previously announced sale of its Mechanical Access Solutions ("MAS") business, the automatic doors business. On July 22, 2022, the Company completed the previously announced sale of its Convergent Security Solutions ("CSS") business comprising of the commercial electronic security and healthcare businesses. Based on management's commitment to sell these businesses, the assets and liabilities related to MAS and CSS were classified as held for sale on the Company's Condensed Consolidated Balance Sheets as of July 2, 2022 and January 1, 2022.

The MAS and CSS divestitures represent a single plan to exit the Security segment and are considered a strategic shift that will have a major effect on the Company's operations and financial results. The operating results of MAS and CSS have been reported as discontinued operations in the consolidated financial statements. Amounts previously reported have been reclassified to conform to this presentation in accordance with Accounting Standard Codification ("ASC") 205, *Presentation of Financial Statements* ("ASC 205")*,* to allow for meaningful comparison of continuing operations.

In June 2022, the Company announced that it had reached a definitive agreement for the sale of its Oil & Gas business as part of the Company's strategic commitment to simplify and streamline its portfolio to focus on the core Tools & Outdoor and Industrial businesses. Based on management's commitment to sell this business, the assets and liabilities related to Oil & Gas were classified as held for sale on the Company's Condensed Consolidated Balance Sheet as of July 2, 2022. There were no assets or liabilities held for sale relating to the Oil & Gas business as of January 1, 2022. This pending divestiture does not qualify for discontinued operations and therefore, its results are included in the Company's continuing operations for all periods presented.

Refer to *Note F, Acquisitions and Investments,* and *Note T, Divestitures,* for further discussion of these transactions.

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the amounts reported in the financial statements. While management believes that the estimates and assumptions used in the preparation of the financial statements are appropriate, actual results could differ from these estimates. Certain amounts reported in previous years have been reclassified to conform to the 2022 presentation.

## B.  NEW ACCOUNTING STANDARDS

**NEW ACCOUNTING STANDARDS ADOPTED** — In October 2021, the FASB issued ASU 2021-08, *Business Combinations (Topic 805), Accounting for Contract Assets and Contract Liabilities from Contracts with Customers*. The new standard improves the accounting for acquired revenue contracts with customers in a business combination by addressing diversity in practice and inconsistency. The new standard requires an entity to recognize and measure contract assets and

Table of Contents

contract liabilities acquired in a business combination in accordance with ASC 606, *Revenue from Contracts with Customers*. The ASU is effective for fiscal years beginning after December 15, 2022, including interim periods within those fiscal years. Early adoption is permitted, including adoption in an interim period. The standard should be applied prospectively to business combinations occurring on or after the effective date of the amendments. The Company elected to early adopt this standard in the first quarter of 2022 and it did not have a material impact on its consolidated financial statements.

In May 2021, the FASB issued ASU 2021-04, *Earnings per share (Topic 260), Debt-Modifications and Extinguishments (Subtopic 470-50), Compensation-Stock Compensation (Topic 718), and Derivatives and Hedging – Contracts in Equity (Subtopic 815-40)*. The new standard clarifies and reduces diversity in an issuer's accounting for modifications or exchanges of freestanding equity-classified written call options (for example, warrants) that remain equity classified after modification or exchange. The ASU is effective for fiscal years beginning after December 15, 2021, including interim periods within those fiscal years. Early adoption is permitted, including adoption in an interim period. The standard should be applied prospectively. The Company adopted this standard in the first quarter of 2022 and it did not have a material impact on its consolidated financial statements.

In August 2020, the FASB issued ASU 2020-06*, Debt - Debt with Conversion and Other Options (Subtopic 470-20) and Derivatives and Hedging – Contracts in Entity's Own Equity (Subtopic 815-40)*. The new standard reduces the number of accounting models for convertible debt instruments and convertible preferred stock, and amends the guidance for the derivatives scope exception for contracts in an entity's own equity. The standard also amends and makes targeted improvements to the related earnings per share guidance. The ASU is effective for fiscal years beginning after December 15, 2021, including interim periods within those fiscal years. The Company adopted this standard in the first quarter of 2022, using the modified retrospective method, which has no impact to prior periods. In accordance with the standard, the Company increased weighted-average shares outstanding used to calculate diluted earnings per share for both the three and six months ended July 2, 2022 by 4.1 million shares, as required by the use of the if-converted method for convertible instruments that may be settled in cash or shares. See *Note C, Earnings Per Share* for further discussion.

In March 2020, the FASB issued ASU 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting*. The new standard provides optional expedients and exceptions that companies can apply during a limited time period to account for contracts, hedging relationships, and other transactions affected by reference rate reform, if certain criteria are met. Companies may elect to apply these optional expedients and exceptions beginning March 12, 2020 through December 31, 2022. In January 2021, the FASB issued ASU 2021-01, *Reference Rate Reform (Topic 848),* to clarify the scope of Topic 848 and provide explicit guidance to help companies applying optional expedients and exceptions. This ASU is effective immediately for all entities that have applied optional expedients and exceptions. The Company applied certain optional expedients and exceptions as needed to comply with regulatory and tax authorities for the transition to alternative reference rates. The Company's adoption of this standard did not have a material impact on its consolidated financial statements.

**RECENTLY ISSUED ACCOUNTING STANDARDS NOT YET ADOPTED** — In June 2022, the FASB issued ASU 2022-03, *Fair Value Measurement (Topic 820): Fair Value Measurement of Equity Securities Subject to Contractual Sale Restrictions*. The new standard clarifies that a contractual restriction on the sale of an equity security should not be considered in measuring the fair value of the security. The new standard also requires certain disclosures related to equity securities with contractual sale restrictions. The ASU is effective for fiscal years beginning after December 15, 2023, including interim periods within those fiscal years. Early adoption is permitted, including adoption in an interim period. The standard should be applied prospectively. The Company is currently evaluating this guidance to determine the impact it may have on its consolidated financial statements.

In March 2022, the FASB issued ASU 2022-02, *Financial Instruments—Credit Losses (Topic 326): Troubled Debt Restructurings and Vintage Disclosures*. The new standard eliminates the recognition and measurement guidance for troubled debt restructurings (TDRs) for creditors that have adopted ASC 326 and requires public entities to present gross write-offs by year of origination in their vintage disclosures. The ASU is effective for fiscal years beginning after December 15, 2022, including interim periods within those fiscal years. The standard should be applied prospectively, and it allows for a modified retrospective transition method resulting in a cumulative-effect adjustment to retained earnings in the period of adoption. The Company is currently evaluating this guidance to determine the impact it may have on its consolidated financial statements.

In March 2022, the FASB issued ASU 2022-01, *Derivatives and Hedging (Topic 815): Fair Value Hedging—Portfolio Layer Method*. The new standard expands and clarifies the use of the portfolio layer method for fair value hedges of interest rate risk. The new standard allows non-prepayable financial assets to also be included in a closed portfolio hedged using the portfolio layer method. The ASU is effective for fiscal years beginning after December 15, 2022, including interim periods within those fiscal years. Early adoption is permitted, including adoption in an interim period. The new guidance on hedging multiple layers in a closed portfolio should be applied prospectively and the guidance on the accounting for fair value basis adjustments should

9

be applied on a modified retrospective basis. The Company is currently evaluating this guidance to determine the impact it may have on its consolidated financial statements.

## C. EARNINGS PER SHARE

The following table reconciles net earnings attributable to common shareowners and the weighted-average shares outstanding used to calculate basic and diluted earnings per share for the three and six months ended July 2, 2022 and July 3, 2021:

| | Second Quarter | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Numerator (in millions): | | | | |
| Net Earnings from Continuing Operations Attributable to Common Shareowners | $ 78.6 | $ 428.7 | $ 234.1 | $ 879.5 |
| Add: Contract adjustment payments accretion | 0.4 | 0.3 | 0.7 | 0.5 |
| Net Earnings from Continuing Operations Attributable to Common Shareowners - Diluted | $ 79.0 | $ 429.0 | $ 234.8 | $ 880.0 |
| Net earnings from discontinued operations | 9.0 | 26.0 | 28.8 | 53.2 |
| Net Earnings Attributable to Common Shareowners - Diluted | $ 88.0 | $ 455.0 | $ 263.6 | $ 933.2 |

| | Second Quarter | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Denominator (in thousands): | | | | |
| Basic weighted-average shares outstanding | 145,353 | 158,644 | 150,385 | 158,081 |
| Dilutive effect of stock contracts and awards | 9,461 | 6,543 | 9,742 | 6,653 |
| Diluted weighted-average shares outstanding | 154,814 | 165,187 | 160,127 | 164,734 |

| | Second Quarter | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Earnings per share of common stock: | | | | |
| Basic earnings per share of common stock: | | | | |
| Continuing operations | $ 0.54 | $ 2.70 | $ 1.56 | $ 5.56 |
| Discontinued operations | $ 0.06 | $ 0.16 | $ 0.19 | $ 0.34 |
| Total basic earnings per share of common stock | $ 0.60 | $ 2.87 | $ 1.75 | $ 5.90 |
| | | | | |
| Diluted earnings per share of common stock: | | | | |
| Continuing operations | $ 0.51 | $ 2.60 | $ 1.47 | $ 5.34 |
| Discontinued operations | $ 0.06 | $ 0.16 | $ 0.18 | $ 0.32 |
| Total dilutive earnings per share of common stock | $ 0.57 | $ 2.75 | $ 1.65 | $ 5.67 |

The following weighted-average stock options were not included in the computation of weighted-average diluted shares outstanding because the effect would be anti-dilutive (in thousands):

| | Second Quarter | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Number of stock options | 4,166 | 706 | 3,356 | 901 |

In November 2019, the Company issued 7,500,000 Equity Units with a total notional value of $750.0 million ("2019 Equity Units"). Each unit has a stated amount of $100 and initially consists of a three-year forward stock purchase contract ("2022 Purchase Contracts") for the purchase of a variable number of shares of common stock, on November 15, 2022, for a price of $100, and a 10% beneficial ownership interest in one share of 0% Series D Cumulative Perpetual Convertible Preferred Stock, without par, with a liquidation preference of $1,000 per share ("Series D Preferred Stock"). The shares associated with the

10

Table of Contents

forward stock purchase contracts component of the 2019 Equity Units have been reflected in diluted earnings per share using the if-converted method.

On and after November 15, 2022, the Series D Preferred Stock may be converted into common stock at the option of the holder. At the election of the Company, upon conversion, the Company may deliver cash, common stock, or a combination thereof. The conversion rate was initially 5.2263 shares of common stock per one share of Series D Preferred Stock, which was equivalent to an initial conversion price of approximately $191.34 per share of common stock. As of July 2, 2022, due to customary anti-dilution provisions, the conversion rate was 5.2409, equivalent to a conversion price of approximately $190.81 per share of common stock. Upon the adoption of ASU 2020-06, *Debt - Debt with Conversion and Other Options (Subtopic 470-20) and Derivatives and Hedging – Contracts in Entity's Own Equity (Subtopic 815-40)*, beginning in the first quarter of 2022, the common shares that would be required to settle the applicable conversion value of the Series D Preferred Stock were included in the denominator of diluted earnings per share using the if-converted method. In accordance with the standard, the Company increased weighted-average shares outstanding used to calculate diluted earnings per share for both the three and six months ended July 2, 2022 by 4.1 million shares.

In May 2017, the Company issued 7,500,000 Equity Units with a total notional value of $750.0 million ("2017 Equity Units"). Each unit had a stated amount of $100 and initially consisted of a three-year forward stock purchase contract ("2020 Purchase Contracts") for the purchase of a variable number of shares of common stock, on May 15, 2020, for a price of $100, and a 10% beneficial ownership interest in one share of 0% Series C Cumulative Perpetual Convertible Preferred Stock, without par, with a liquidation preference of $1,000 per share ("Series C Preferred Stock").

In May 2020, the Company successfully remarketed the Series C Preferred Stock (the "Remarketed Series C Preferred Stock") resulting in cash proceeds of $750.0 million. Upon completion of the remarketing, the holders of the 2017 Equity Units received 5,463,750 common shares and the Company issued 750,000 shares of Remarketed Series C Preferred Stock, without par, with a liquidation preference of $1,000 per share. Holders of the Remarketed Series C Preferred Stock were entitled to receive cumulative dividends, if declared by the Board of Directors, at an initial fixed rate equal to 5.0% per annum of the $1,000 per share liquidation preference (equivalent to $50.00 per annum per share). Beginning on May 15, 2020, the holders had the option to convert the Remarketed Series C Preferred Stock into common stock. At the election of the Company, upon conversion, the Company may deliver cash, common stock, or a combination thereof. In connection with the remarketing described above, the conversion rate was reset to 6.7352 shares of the Company's common stock per one share of Remarketed Series C Preferred Stock, which was equivalent to a conversion price of approximately $148.47 per share of common stock.

In April 2021, the Company informed holders that it would redeem all outstanding shares of the Remarketed Series C Preferred Stock on June 3, 2021 (the "Redemption Date") at $1,002.50 per share in cash (the "Redemption Price") which was equal to 100% of the liquidation preference of a share of Remarketed Series C Preferred Stock, plus accumulated and unpaid dividends to, but excluding, the Redemption Date. If a holder elected to convert its shares of Remarketed Series C Preferred Stock prior to the Redemption Date, the Company elected a combination settlement with a specified cash amount of $1,000 per share. In June 2021, the Company redeemed the Remarketed Series C Preferred Stock and settled all conversions, paying $750 million in cash and issuing 1,469,055 common shares. The conversion rate used was 6.7548 (equivalent to a conversion price set at $148.04 per common share). Prior to the Redemption Date, the Remarketed Series C Preferred Stock was excluded from the denominator of the diluted earnings per share calculation on the basis that the Remarketed Series C Preferred Stock would be settled in cash except to the extent that the conversion value exceeded its liquidation preference. Therefore, before any redemption or conversion, the common shares that would be required to settle the applicable conversion value in excess of the liquidation preference were included in the denominator of diluted earnings per share in periods in which they were dilutive.

Refer to *Note J, Equity Arrangements*, for further discussion of the above transactions.

11

**D.  ACCOUNTS AND NOTES RECEIVABLE, NET**

| (Millions of Dollars) | July 2, 2022 | January 1, 2022 |
|---|---|---|
| Trade accounts receivable | $ 1,522.0 | $ 1,398.2 |
| Trade notes receivable | 69.6 | 75.3 |
| Other accounts receivable | 102.7 | 104.1 |
| Gross accounts and notes receivable | $ 1,694.3 | $ 1,577.6 |
| Allowance for credit losses | (102.2) | (95.9) |
| Accounts and notes receivable, net | $ 1,592.1 | $ 1,481.7 |

Trade receivables are dispersed among a large number of retailers, distributors and industrial accounts in many countries. Adequate reserves have been established to cover anticipated credit losses.

The changes in the allowance for credit losses for the three and six months ended July 2, 2022 and July 3, 2021 are as follows:

| | Second Quarter | | Year-to-Date | |
|---|---|---|---|---|
| (Millions of Dollars) | 2022 | 2021 | 2022 | 2021 |
| Beginning Balance | $ 107.8 | $ 109.3 | $ 95.9 | $ 106.2 |
| Charged To Costs and Expenses | 3.3 | (4.9) | 14.4 | (2.7) |
| Other, including recoveries and deductions (a) | (8.9) | (1.3) | (8.1) | (0.4) |
| Balance end of period | $ 102.2 | $ 103.1 | $ 102.2 | $ 103.1 |

(a) Amounts represent charge-offs less recoveries, the impacts of foreign currency translation, acquisitions and net transfers to/from other accounts.

The Company's payment terms are generally consistent with the industries in which their businesses operate and typically range from 30-90 days globally. The Company does not adjust the promised amount of consideration for the effects of a significant financing component when the period between transfer of the product and receipt of payment is less than one year. Any significant financing components for contracts greater than one year are included in revenue over time.

At July 2, 2022 and January 1, 2022, the Industrial segment operating lease receivable was $0.7 million and $21.2 million, respectively, from leasing equipment to customers. The decrease is primarily due to reclassifying $22.9 million to held for sale as of July 2, 2022, related to the Oil & Gas business. Net sales from operating lease revenue were $16.0 million and $28.7 million for the three and six months ended July 2, 2022, respectively. Net sales from operating lease revenue were $11.0 million and $30.6 million for the three and six months ended July 3, 2021, respectively.

The Company has an accounts receivable sale program. According to the terms, the Company sells certain of its trade accounts receivables at fair value to a wholly owned, consolidated, bankruptcy-remote special purpose subsidiary ("BRS"). The BRS, in turn, can sell such receivables to a third-party financial institution ("Purchaser") for cash. The Purchaser's maximum cash investment in the receivables at any time is $110.0 million. The purpose of the program is to provide liquidity to the Company. These transfers qualify as sales under ASC 860, *Transfers and Servicing*, and receivables are derecognized from the Company's consolidated balance sheet when the BRS sells those receivables to the Purchaser. The Company has no retained interests in the transferred receivables, other than collection and administrative responsibilities. At July 2, 2022 and January 1, 2022, the Company did not record a servicing asset or liability related to its retained responsibility based on its assessment of the servicing fee, market values for similar transactions and its cost of servicing the receivables sold.

At July 2, 2022 and January 1, 2022, net receivables of approximately $110.0 million and $100.0 million, respectively, were derecognized. Proceeds from transfers of receivables to the Purchaser totaled $132.3 million and $214.6 million for the three and six months ended July 2, 2022, respectively, and payments to the Purchaser totaled $108.7 million and $204.6 million, respectively. Proceeds from transfers of receivables to the Purchaser totaled $119.3 million and $182.7 million for the three and six months ended July 3, 2021, respectively, and payments to the Purchaser totaled $83.6 million and $169.5 million, respectively. The program resulted in a pre-tax loss of $0.9 million and $1.3 million for the three and six months ended July 2, 2022, respectively, which included service fees of $0.2 million and $0.4 million, respectively. The program resulted in a pre-tax

loss of $0.4 million and $0.8 million for the three and six months ended July 3, 2021, respectively, which included service fees of $0.2 million and $0.4 million, respectively. All cash flows under the program are reported as a component of changes in accounts receivable within operating activities in the Condensed Consolidated Statements of Cash Flows since all the cash from the Purchaser is received upon the initial sale of the receivable.

As of July 2, 2022 and January 1, 2022, the Company's deferred revenue totaled $105.2 million and $117.1 million, respectively, of which $26.1 million and $35.0 million, respectively, was classified as current. As of July 2, 2022, deferred revenue of $10.5 million related to the Oil & Gas business was reclassified as held for sale, all of which was current. Revenue recognized for the six months ended July 2, 2022 and July 3, 2021 that was previously deferred as of January 1, 2022 and January 2, 2021 totaled $11.4 million and $12.1 million, respectively.

### E.  INVENTORIES

The components of Inventories, net at July 2, 2022 and January 1, 2022 are as follows:

| (Millions of Dollars) | July 2, 2022 | | January 1, 2022 |
|---|---|---|---|
| Finished products | $ | 4,114.7 | $ | 3,486.2 |
| Work in process | | 456.3 | | 394.8 |
| Raw materials | | 2,064.5 | | 1,538.9 |
| Total | $ | 6,635.5 | $ | 5,419.9 |

### F.  ACQUISITIONS AND INVESTMENTS

**2021 ACQUISITIONS**

<u>MTD</u>

On December 1, 2021, the Company acquired the remaining 80 percent ownership stake in MTD, a privately held global manufacturer of outdoor power equipment, for $1.5 billion, net of cash acquired. The Company previously acquired a 20 percent interest in MTD in January 2019 for $234 million. The Company's pre-existing 20 percent equity investment in MTD was remeasured at fair value of $295.1 million as of the transaction date based on the purchase price for the remaining 80 percent ownership, which was calculated using an EBITDA-based formula. As a result, the Company recorded a $68.0 million gain on investment during the fourth quarter of 2021.

MTD designs, manufactures and distributes lawn tractors, zero turn ride on mowers, walk behind mowers, snow blowers, residential robotic mowers, handheld outdoor power equipment and garden tools for both residential and professional consumers under well-known brands like Cub Cadet® and Troy-Bilt®. This combination will create a global leader in the outdoor category, with strong brands and growth opportunities. The results of MTD subsequent to the date of acquisition are included in the Company's Tools & Outdoor segment.

The MTD acquisition is being accounted for as a business combination using the acquisition method of accounting, which requires, among other things, certain assets acquired and liabilities assumed to be recognized at their fair values as of the acquisition date. The following table summarizes the estimated acquisition date value of identifiable net assets acquired and liabilities assumed:

| (Millions of Dollars) | | |
|---|---|---|
| Cash and cash equivalents | $ | 111.6 |
| Accounts receivable, net | | 275.1 |
| Inventories, net | | 897.0 |
| Prepaid expenses and other assets | | 97.7 |
| Property, plant and equipment | | 258.7 |
| Trade names | | 390.0 |
| Customer relationships | | 460.0 |
| Other assets | | 37.8 |
| Accounts payable | | (394.4) |
| Accrued expenses | | (261.2) |
| Deferred revenue | | (0.9) |
| Long-term debt | | (110.9) |
| Deferred taxes | | (205.4) |
| Other liabilities | | (68.4) |
| Total identifiable net assets | $ | 1,486.7 |
| Goodwill | | 450.0 |
| Total consideration | $ | 1,936.7 |

The weighted-average useful life assigned to the definite-lived intangible assets is 15 years.

Goodwill is calculated as the excess of the consideration transferred over the net assets recognized and represents the expected cost synergies of the combined business and assembled workforce. It is estimated that $0.6 million of goodwill will be deductible for tax purposes.

The acquisition accounting for MTD is preliminary in certain respects. During the measurement period, the Company expects to record adjustments relating to the finalization of intangible assets, property, plant and equipment, working capital accounts, and opening balance sheet contingencies, amongst others.

A single estimate of fair value results from a complex series of judgments about future events and uncertainties and relies heavily on estimates and assumptions. The Company's judgments used to determine the estimated fair value assigned to each class of assets acquired and liabilities assumed, as well as asset lives, can materially impact the Company's results from operations.

Excel

On November 12, 2021, the Company acquired Excel Industries ("Excel") for $373.7 million, net of cash acquired. Excel is a leading designer and manufacturer of premium commercial and residential turf-care equipment under the brands of Hustler Turf Equipment and BigDog Mower Co. The results of Excel subsequent to the date of acquisition are included in the Company's Tools & Outdoor segment.

The Company believes this is a strategically important bolt-on acquisition as it builds an outdoor products leader. The Excel acquisition is being accounted for as a business combination, which requires, among other things, certain assets acquired and liabilities assumed to be recognized at their fair values as of the acquisition date. The estimated value of identifiable net assets acquired, which includes $36.7 million of working capital, $48.5 million of deferred tax liabilities, and $203.5 million of intangible assets, is $200.4 million. The related goodwill is $173.3 million. The amount allocated to intangible assets includes $158.0 million for customer relationships. The weighted-average useful life assigned to the intangible assets is 14 years.

Goodwill is calculated as the excess of the consideration transferred over the net assets recognized and represents the expected cost synergies of the combined business and assembled workforce. It is estimated that $0.6 million of goodwill will be deductible for tax purposes.

14

The acquisition accounting for Excel is preliminary in certain respects. During the measurement period, the Company expects to record adjustments relating to the finalization of working capital accounts, and opening balance sheet contingencies, amongst others.

A single estimate of fair value results from a complex series of judgments about future events and uncertainties and relies heavily on estimates and assumptions. The Company's judgments used to determine the estimated fair value assigned to each class of assets acquired and liabilities assumed, as well as asset lives, can materially impact the Company's results from operations.

*Other 2021 Acquisitions*

During 2021, the Company completed two other acquisitions for a total purchase price of $207.7 million, net of cash acquired. The estimated acquisition date value of the identifiable net assets acquired is $51.5 million and working capital is $36.6 million. The related goodwill is $156.2 million. The results of these acquisitions subsequent to the dates of acquisition are included in the Company's Tools & Outdoor segment.

Goodwill is calculated as the excess of the consideration transferred over the net assets recognized and represents the expected cost synergies of the combined business and assembled workforce. It is estimated that $44.8 million of goodwill will be deductible for tax purposes.

The acquisition accounting for these acquisitions is preliminary in certain respects. During the measurement period, the Company expects to record adjustments relating to working capital accounts, various opening balance sheet contingencies and various income tax matters, amongst others.

## ACTUAL AND PRO-FORMA IMPACT OF THE ACQUISITIONS

### Actual Impact from Acquisition

The Company did not complete any material acquisitions in the first half of 2022. As such, there was no material impact from new acquisitions on the Company's Consolidated Statements of Operations and Comprehensive Income (Loss) for the three and six months ended July 2, 2022.

### Pro-forma Impact from Acquisitions

The following table presents supplemental pro-forma information as if the 2021 acquisitions had occurred on December 29, 2019. The pro-forma consolidated results are not necessarily indicative of what the Company's consolidated net sales and net earnings would have been had the Company completed the acquisitions on the aforementioned date. In addition, the pro-forma consolidated results do not purport to project the future results of the Company.

| *(Millions of Dollars, except per share amounts)* | Second Quarter | | Year-To-Date | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| Net sales | $ **4,393.0** | $ 4,672.8 | $ **8,841.0** | $ 9,267.6 |
| Net earnings from continuing operations attributable to common shareowners - Diluted | $ **107.4** | $ 451.8 | $ **350.3** | $ 927.6 |
| Diluted earnings per share of common stock - Continuing operations | $ **0.69** | $ 2.74 | $ **2.19** | $ 5.63 |

15

Table of Contents

2022 Pro-forma Results

The 2022 pro-forma results were calculated by combining the actual results of Stanley Black & Decker for the three and six months ended July 2, 2022, inclusive of the results of MTD and Excel, with the following adjustment:

- Because the 2021 acquisitions were assumed to occur on December 29, 2019, there were no acquisition-related costs or inventory step-up charges factored into the 2022 pro-forma period, as such expenses would have occurred in the first year following the assumed acquisition date.

2021 Pro-forma Results

The 2021 pro-forma results were calculated by combining the results of Stanley Black & Decker with the stand-alone results of the 2021 acquisitions for their respective pre-acquisition period. Accordingly, the following adjustment was made:

- Elimination of the historical pre-acquisition intangible asset amortization expense and the addition of intangible asset amortization expense related to intangibles valued as part of the acquisition accounting that would have been incurred from January 2, 2021 to July 3, 2021.

- Because the 2021 acquisitions were assumed to occur on December 29, 2019, there were no acquisition-related costs or inventory step-up charges factored into the 2021 pro-forma year, as such expenses would have occurred in the first year following the assumed acquisition date.

**INVESTMENTS**

During 2022 and 2021, the Company made additional immaterial investments in new and emerging start-up companies focused on innovation, breakthrough products and advanced technologies. With the exception of one immaterial investment, these investments, which are included in Other assets in the Condensed Consolidated Balance Sheets, do not qualify for equity method accounting as the Company acquired less than 20 percent interest in each investment and does not have the ability to significantly influence the operating or financial decisions of any of the investees.

**G.  GOODWILL**

Changes in the carrying amount of goodwill by segment are as follows:

| (Millions of Dollars) | Tools & Outdoor | | Industrial | | Total | |
|---|---|---|---|---|---|---|
| **Balance January 1, 2022** | $ | 5,973.7 | $ | 2,617.0 | $ | 8,590.7 |
| Reclassification to assets held for sale | | — | | (39.5) | | (39.5) |
| Acquisitions | | 46.5 | | — | | 46.5 |
| Foreign currency translation | | (115.8) | | (22.8) | | (138.6) |
| **Balance July 2, 2022** | $ | 5,904.4 | $ | 2,554.7 | $ | 8,459.1 |

Goodwill totaling $2,010.7 million and $2,088.0 million from the previously reported Security segment was reclassified to assets held for sale as of July 2, 2022 and January 1, 2022, respectively. In addition, $39.5 million of goodwill was reclassified to assets held for sale as of July 2, 2022 relating to the Oil & Gas business. Refer to *Footnote T, Divestitures*, for additional information.

16

## H.  LONG-TERM DEBT AND FINANCING ARRANGEMENTS

Long-term debt and financing arrangements at July 2, 2022 and January 1, 2022 are as follows:

| (Millions of Dollars) | Interest Rate | Original Notional | Unamortized Discount | Unamortized Gain/(Loss) Terminated Swaps¹ | Purchase Accounting FV Adjustment | Deferred Financing Fees | Carrying Value (July 2, 2022) | Carrying Value (January 1, 2022) |
|---|---|---|---|---|---|---|---|---|
| Notes payable due 2025 | 2.30% | $ 500.0 | $ (0.6) | $ — | $ — | $ (2.2) | $ 497.2 | $ — |
| Notes payable due 2026 | 3.40% | 500.0 | (0.4) | — | — | (1.6) | 498.0 | 497.8 |
| Notes payable due 2026 | 3.42% | 25.0 | — | — | 1.5 | (0.1) | 26.4 | 24.9 |
| Notes payable due 2026 | 1.84% | 28.5 | — | — | (0.5) | (0.1) | 27.9 | 28.4 |
| Notes payable due 2028 | 7.05% | 150.0 | — | 6.5 | 6.4 | — | 162.9 | 163.9 |
| Notes payable due 2028 | 4.25% | 500.0 | (0.2) | — | — | (2.8) | 497.0 | 496.8 |
| Notes payable due 2028 | 3.52% | 50.0 | — | — | 4.0 | (0.2) | 53.8 | 49.9 |
| Notes payable due 2030 | 2.30% | 750.0 | (1.9) | — | — | (4.0) | 744.1 | 743.7 |
| Notes payable due 2032 | 3.00% | 500.0 | (0.9) | — | — | (3.4) | 495.7 | — |
| Notes payable due 2040 | 5.20% | 400.0 | (0.2) | (26.8) | — | (2.5) | 370.5 | 369.7 |
| Notes payable due 2048 | 4.85% | 500.0 | (0.5) | — | — | (4.8) | 494.7 | 494.6 |
| Notes payable due 2050 | 2.75% | 750.0 | (1.9) | — | — | (7.9) | 740.2 | 740.0 |
| Notes payable due 2060 (junior subordinated) | 4.00% | 750.0 | — | — | — | (9.0) | 741.0 | 740.9 |
| Other, payable in varying amounts 2022 through 2027 | 3.47%-4.31% | 4.3 | — | — | — | (0.7) | 3.6 | 4.3 |
| Total Long-term debt, including current maturities | | $ 5,407.8 | $ (6.6) | $ (20.3) | $ 11.4 | $ (39.3) | $ 5,353.0 | $ 4,354.9 |
| Less: Current maturities of long-term debt | | | | | | | (1.2) | (1.3) |
| Long-term debt | | | | | | | $ 5,351.8 | $ 4,353.6 |

¹Unamortized gain/(loss) associated with interest rate swaps are more fully discussed in *Note I, Financial Instruments.*

In February 2022, the Company issued $500.0 million of senior unsecured term notes maturing February 24, 2025 ("2025 Term Notes") and $500.0 million of senior unsecured term notes maturing May 15, 2032 ("2032 Term Notes"). The 2025 Term Notes will accrue interest at a fixed rate of 2.3% per annum and the 2032 Term Notes at a fixed rate of 3.0% per annum, with interest payable semi-annually in arrears, and rank equally in right of payment with all of the Company's existing and future unsecured unsubordinated debt. The Company received total net proceeds from this offering of approximately $992.6 million, net of approximately $7.4 million of underwriting expenses and other fees associated with the transaction. The Company used the net proceeds from the offering for general corporate purposes, including repayment of indebtedness under the commercial paper facilities.

The Company has a $3.5 billion commercial paper program which includes Euro denominated borrowings in addition to U.S. Dollars. As of July 2, 2022 and January 1, 2022, the Company had commercial paper borrowings outstanding of $3.3 billion and $2.2 billion, respectively.

The Company has a five-year $2.5 billion committed credit facility (the "5-Year Credit Agreement"). Borrowings under the 5-Year Credit Agreement may be made in U.S. Dollars, Euros or Pounds Sterling. A sub-limit amount of $814.3 million is designated for swing line advances which may be drawn in Euros pursuant to the terms of the 5-Year Credit Agreement. Borrowings bear interest at a floating rate plus an applicable margin dependent upon the denomination of the borrowing and specific terms of the 5-Year Credit Agreement. The Company must repay all advances under the 5-Year Credit Agreement by the earlier of September 8, 2026 or upon termination. The 5-Year Credit Agreement is designated to be a liquidity back-stop for the Company's $3.5 billion U.S. Dollar and Euro commercial paper program. As of July 2, 2022, and January 1, 2022, the Company had not drawn on its five-year committed credit facility.

The Company has a 364-Day $1.0 billion committed credit facility (the "364-Day Credit Agreement"). Borrowings under the 364-Day Credit Agreement may be made in U.S. Dollars or Euros and bear interest at a floating rate plus an applicable margin dependent upon the denomination of the borrowing and pursuant to the terms of the 364-Day Credit Agreement. The Company must repay all advances under the 364-Day Credit Agreement by the earlier of September 7, 2022 or upon termination. The

Company may, however, convert all advances outstanding upon termination into a term loan that shall be repaid in full no later than the first anniversary of the termination date provided that the Company, among other things, pays a fee to the administrative agent for the account of each lender. The 364-Day Credit Agreement serves as part of the liquidity back-stop for the Company's $3.5 billion U.S. Dollar and Euro commercial paper program. As of July 2, 2022, and January 1, 2022, the Company had not drawn on its 364-Day Credit Agreement.

The Company has a second 364-Day $1.0 billion committed credit facility (the "Second 364-Day Credit Agreement"). Borrowings under the Second 364-Day Credit Agreement may be made in U.S. Dollars and Euros and bear interest at a base rate plus an applicable margin determined at the time of borrowing. The Company must repay all advances under the Second 364-Day Credit Agreement by the earlier of November 15, 2022 or upon termination. The Company may, however, convert all advances outstanding upon termination into a term loan that shall be repaid in full no later than the first anniversary of the termination date provided that the Company, among other things, pays a fee to the administrative agent for the account of each lender. As of July 2, 2022 and January 1, 2022, the Company had not drawn on its Second 364-Day Credit Agreement.

In January 2022, the Company executed a third 364-Day $2.5 billion committed credit facility (the "Third 364-Day Credit Agreement"). Borrowings under the Third 364-Day Credit Agreement shall be made in U.S. Dollars and bear interest at a base rate plus an applicable margin determined at the time of the borrowing. The Company must repay all advances under the Third 364-Day Credit Agreement by the earlier of January 25, 2023 or upon termination. The Company may, however, convert all advances outstanding upon termination into a term loan that shall be repaid in full no later than the first anniversary of the termination date provided that the Company, among other things, pays a fee to the administrative agent for the account of each lender. As of July 2, 2022, the Company had $2.5 billion outstanding on its Third 364-Day Credit Agreement.

## I.   FINANCIAL INSTRUMENTS

The Company is exposed to market risk from changes in foreign currency exchange rates, interest rates, stock prices and commodity prices. As part of the Company's risk management program, a variety of financial instruments such as interest rate swaps, currency swaps, purchased currency options, foreign exchange contracts and commodity contracts, may be used to mitigate interest rate exposure, foreign currency exposure and commodity price exposure.

If the Company elects to do so and if the instrument meets the criteria specified in ASC 815, *Derivatives and Hedging*, management designates its derivative instruments as cash flow hedges, fair value hedges or net investment hedges. Generally, commodity price exposures are not hedged with derivative financial instruments and instead are actively managed through customer pricing initiatives, procurement-driven cost reduction initiatives and other productivity improvement projects. Financial instruments are not utilized for speculative purposes.

A summary of the fair values of the Company's derivatives recorded in the Condensed Consolidated Balance Sheets at July 2, 2022 and January 1, 2022 is as follows:

| (Millions of Dollars) | Balance Sheet Classification | July 2, 2022 | January 1, 2022 | Balance Sheet Classification | July 2, 2022 | January 1, 2022 |
|---|---|---|---|---|---|---|
| **Derivatives designated as hedging instruments:** | | | | | | |
| Interest Rate Contracts Cash Flow | Other current assets | $ — | $ 1.2 | Accrued expenses | $ — | $ 1.9 |
| Foreign Exchange Contracts Cash Flow | Other current assets | 18.7 | 18.3 | Accrued expenses | — | 0.8 |
| Net Investment Hedge | Other current assets | 1.1 | 2.5 | Accrued expenses | — | — |
| | LT other assets | — | 3.3 | LT other liabilities | — | — |
| **Total designated as hedging** | | $ 19.8 | $ 25.3 | | $ — | $ 2.7 |
| **Derivatives not designated as hedging instruments:** | | | | | | |
| Foreign Exchange Contracts | Other current assets | $ 9.5 | $ 7.8 | Accrued expenses | $ 8.5 | $ 6.0 |
| **Total** | | $ 29.3 | $ 33.1 | | $ 8.5 | $ 8.7 |

The counterparties to all of the above mentioned financial instruments are major international financial institutions. The Company is exposed to credit risk for net exchanges under these agreements, but not for the notional amounts. The credit risk is limited to the asset amounts noted above. The Company limits its exposure and concentration of risk by contracting with diverse financial institutions and does not anticipate non-performance by any of its counterparties. Further, as more fully discussed in *Note M, Fair Value Measurements*, the Company considers non-performance risk of its counterparties at each reporting period and adjusts the carrying value of these assets accordingly. The risk of default is considered remote. As of

July 2, 2022 and January 1, 2022, there were no assets that had been posted as collateral related to the above mentioned financial instruments.

During the six months ended July 2, 2022 and July 3, 2021, cash flows related to derivatives, including those that are separately discussed below, resulted in net cash received of $60.2 million and net cash paid of $101.7 million, respectively.

**CASH FLOW HEDGES**

There were after-tax mark-to-market losses of $22.0 million and $49.8 million as of July 2, 2022 and January 1, 2022, respectively, reported for cash flow hedge effectiveness in Accumulated other comprehensive loss. An after-tax gain of $11.7 million is expected to be reclassified to earnings as the hedged transactions occur or as amounts are amortized within the next twelve months. The ultimate amount recognized will vary based on fluctuations of the hedged currencies and interest rates through the maturity dates.

The tables below detail pre-tax amounts of derivatives designated as cash flow hedges in Accumulated other comprehensive loss during the periods in which the underlying hedged transactions affected earnings for the three and six months ended July 2, 2022 and July 3, 2021:

**Second Quarter 2022**

| (Millions of dollars) | Gain (Loss) Recorded in OCI | | Classification of Gain (Loss) Reclassified from OCI to Income | Gain (Loss) Reclassified from OCI to Income | | Gain (Loss) Recognized in Income on Amounts Excluded from Effectiveness Testing | |
|---|---|---|---|---|---|---|---|
| Interest Rate Contracts | $ | — | Interest expense | $ | (1.5) | $ | — |
| Foreign Exchange Contracts | $ | 16.9 | Cost of sales | $ | 7.2 | $ | — |

**Year-to-Date 2022**

| (Millions of Dollars) | Gain (Loss) Recorded in OCI | | Classification of Gain (Loss) Reclassified from OCI to Income | Gain (Loss) Reclassified from OCI to Income | | Gain (Loss) Recognized in Income on Amounts Excluded from Effectiveness Testing | |
|---|---|---|---|---|---|---|---|
| Interest Rate Contracts | $ | 23.4 | Interest expense | $ | (2.7) | $ | — |
| Foreign Exchange Contracts | $ | 23.4 | Cost of sales | $ | 13.3 | $ | — |

**Second Quarter 2021**

| (Millions of dollars) | Gain (Loss) Recorded in OCI | | Classification of Gain (Loss) Reclassified from OCI to Income | Gain (Loss) Reclassified from OCI to Income | | Gain (Loss) Recognized in Income on Amounts Excluded from Effectiveness Testing | |
|---|---|---|---|---|---|---|---|
| Interest Rate Contracts | $ | (25.0) | Interest expense | $ | (1.0) | $ | — |
| Foreign Exchange Contracts | $ | 3.9 | Cost of sales | $ | (7.6) | $ | — |

**Year-to-Date 2021**

| (Millions of Dollars) | Gain (Loss) Recorded in OCI | | Classification of Gain (Loss) Reclassified from OCI to Income | Gain (Loss) Reclassified from OCI to Income | | Gain (Loss) Recognized in Income on Amounts Excluded from Effectiveness Testing | |
|---|---|---|---|---|---|---|---|
| Interest Rate Contracts | $ | 27.4 | Interest expense | $ | (2.1) | $ | — |
| Foreign Exchange Contracts | $ | 8.2 | Cost of sales | $ | (11.4) | $ | — |

19

A summary of the pre-tax effect of cash flow hedge accounting on the Consolidated Statements of Operations and Comprehensive Income (Loss) for the three and six months ended July 2, 2022 and July 3, 2021 is as follows:

| (Millions of Dollars) | Second Quarter 2022 | | Year-to-Date 2022 | |
| --- | --- | --- | --- | --- |
| | Cost of Sales | Interest Expense | Cost of Sales | Interest Expense |
| Total amount in the Consolidated Statements of Operations and Comprehensive Income (Loss) in which the effects of the cash flow hedges are recorded | $ 3,185.9 | $ 78.2 | $ 6,328.5 | $ 132.9 |
| **Gain (loss) on cash flow hedging relationships:** | | | | |
| **Foreign Exchange Contracts:** | | | | |
| Hedged Items | $ (7.2) | $ — | $ (13.3) | $ — |
| Gain (loss) reclassified from OCI into Income | $ 7.2 | $ — | $ 13.3 | $ — |
| **Interest Rate Swap Agreements:** | | | | |
| Gain (loss) reclassified from OCI into Income [1] | $ — | $ (1.5) | $ — | $ (2.7) |

| (Millions of Dollars) | Second Quarter 2021 | | Year-to-Date 2021 | |
| --- | --- | --- | --- | --- |
| | Cost of Sales | Interest Expense | Cost of Sales | Interest Expense |
| Total amount in the Consolidated Statements of Operations and Comprehensive Income (Loss) in which the effects of the cash flow hedges are recorded | $ 2,437.1 | $ 46.5 | $ 4,770.1 | $ 94.0 |
| **Gain (loss) on cash flow hedging relationships:** | | | | |
| **Foreign Exchange Contracts:** | | | | |
| Hedged Items | $ 7.6 | $ — | $ 11.4 | $ — |
| Gain (loss) reclassified from OCI into Income | $ (7.6) | $ — | $ (11.4) | $ — |
| **Interest Rate Swap Agreements:** | | | | |
| Gain (loss) reclassified from OCI into Income [1] | $ — | $ (1.0) | $ — | $ (2.1) |

[1] Inclusive of the gain/loss amortization on terminated derivative financial instruments.

An after-tax gain of $2.2 million and loss of $5.3 million were reclassified from Accumulated other comprehensive loss into earnings (inclusive of the gain/loss amortization on terminated derivative instruments) for the three months ended July 2, 2022 and July 3, 2021, respectively. An after-tax gain of $4.7 million and loss of $8.2 million were reclassified from Accumulated other comprehensive loss into earnings (inclusive of the gain/loss amortization on terminated derivative instruments) for the six months ended July 2, 2022 and July 3, 2021, respectively.

*Interest Rate Contracts*: The Company enters into interest rate swap agreements in order to obtain the lowest cost source of funds within a targeted range of variable to fixed-debt proportions.

During 2021, the Company entered into forward starting interest rate swaps totaling $400.0 million to offset expected variability on future interest rate payments associated with debt instruments expected to be issued in the future. During 2022, these swaps were terminated resulting in a gain of $22.7 million which is recorded in Accumulated other comprehensive loss and is being amortized to interest expense over future periods.

The cash flows stemming from the maturity of such interest rate swaps designated as cash flow hedges are presented within financing activities in the Condensed Consolidated Statements of Cash Flows.

The Company has no outstanding forward starting swaps designated as cash flow hedges as of July 2, 2022, and had $400.0 million outstanding in forward starting swaps designated as cash flow hedges as of January 1, 2022.

*Foreign Currency Contracts*

*Forward Contracts:* Through its global businesses, the Company enters into transactions and makes investments denominated in multiple currencies that give rise to foreign currency risk. The Company and its subsidiaries regularly purchase inventory from subsidiaries with functional currencies different than their own, which creates currency-related volatility in the Company's results of operations. The Company utilizes forward contracts to hedge these forecasted purchases and sales of inventory. Gains and losses reclassified from Accumulated other comprehensive loss are recorded in Cost of sales as the hedged item affects earnings. There are no components excluded from the assessment of effectiveness for these contracts. At July 2, 2022 and

January 1, 2022, the notional value of forward currency contracts outstanding was $233.9 million and $512.1 million, respectively, maturing on various dates through 2022.

**FAIR VALUE HEDGES**

*Interest Rate Risk:* In an effort to optimize the mix of fixed versus floating rate debt in the Company's capital structure, the Company enters into interest rate swaps. In prior years, the Company entered into interest rate swaps related to certain of its notes payable which were subsequently terminated. Amortization of the gain/loss on previously terminated swaps is reported as a reduction of interest expense. Prior to termination, the changes in the fair value of the swaps and the offsetting changes in fair value related to the underlying notes were recognized in earnings. As of July 2, 2022 and January 1, 2022, the Company did not have any active fair value interest rate swaps.

A summary of the pre-tax effect of fair value hedge accounting on the Consolidated Statements of Operations and Comprehensive Income (Loss) for the three and six months ended July 2, 2022 and July 3, 2021 is as follows:

| *(Millions of Dollars)* | Second Quarter 2022 Interest Expense | | Year-to-Date 2022 Interest Expense | |
|---|---|---|---|---|
| Total amount in the Consolidated Statements of Operations and Comprehensive Income (Loss) in which the effects of the fair value hedges are recorded | $ | 78.2 | $ | 132.9 |
| Amortization of gain on terminated swaps | $ | (0.1) | $ | (0.2) |

| *(Millions of Dollars)* | Second Quarter 2021 Interest Expense | | Year-to-Date 2021 Interest Expense | |
|---|---|---|---|---|
| Total amount in the Consolidated Statements of Operations and Comprehensive Income (Loss) in which the effects of the fair value hedges are recorded | $ | 46.5 | $ | 94.0 |
| Amortization of gain on terminated swaps | $ | (0.1) | $ | (0.2) |

A summary of the amounts recorded in the Condensed Consolidated Balance Sheets related to cumulative basis adjustments for fair value hedges as of July 2, 2022 and January 1, 2022 is as follows:

| *(Millions of Dollars)* | July 2, 2022 | | | |
| | Carrying Amount of Hedged Liability [1] | | Cumulative Amount of Fair Value Hedging Adjustment Included in the Carrying Amount of the Hedged Liability | |
|---|---|---|---|---|
| Current Maturities of Long-Term Debt | $ | — | Terminated Swaps $ | — |
| Long-Term Debt | $ | 533.4 | Terminated Swaps $ | (20.3) |

| *(Millions of Dollars)* | January 1, 2022 | | | |
| | Carrying Amount of Hedged Liability [1] | | Cumulative Amount of Fair Value Hedging Adjustment Included in the Carrying Amount of the Hedged Liability | |
|---|---|---|---|---|
| Current Maturities of Long-Term Debt | $ | — | Terminated Swaps $ | — |
| Long-Term Debt | $ | 533.6 | Terminated Swaps $ | (20.4) |

(1) Represents hedged items no longer designated in qualifying fair value hedging relationships.

**NET INVESTMENT HEDGES**

The Company utilizes net investment hedges to offset the translation adjustment arising from re-measurement of its investment in the assets and liabilities of its foreign subsidiaries. The total after-tax amounts in Accumulated other comprehensive loss were gains of $73.1 million and $71.8 million at July 2, 2022 and January 1, 2022, respectively.

As of July 2, 2022 and January 1, 2022, the Company had a foreign exchange contract with a notional value of $75.0 million maturing in 2022 hedging a portion of its Taiwan dollar denominated net investments. As of January 1, 2022, the Company had a cross currency swap with a notional value of $100.0 million that was hedging a portion of its Japanese yen denominated net investments and was scheduled to mature in 2023. During 2022, this swap was terminated resulting in a gain of $4.0 million.

Maturing foreign exchange contracts resulted in net cash received of $8.9 million and net cash paid of $52.6 million for the six months ended July 2, 2022 and July 3, 2021, respectively.

21

Table of Contents

Gains and losses on net investment hedges remain in Accumulated other comprehensive (loss) income until disposal of the underlying assets. Gains and losses representing components excluded from the assessment of effectiveness are recognized in earnings in Other, net on a straight-line basis over the term of the hedge. Gains and losses after a hedge has been de-designated are recorded directly to earnings in Other, net.

The pre-tax gain or loss from fair value changes for the three and six months ended July 2, 2022 and July 3, 2021 was as follows:

| | Second Quarter 2022 | | | | |
|---|---|---|---|---|---|
| (Millions of Dollars) | Total Gain (Loss) Recorded in OCI | Excluded Component Recorded in OCI | Income Statement Classification | Total Gain (Loss) Reclassified from OCI to Income | Excluded Component Amortized from OCI to Income |
| Forward Contracts | $ 2.5 | $ — | Other, net | $ 0.2 | $ 0.2 |
| Cross Currency Swap | $ (0.6) | $ — | Other, net | $ — | $ — |
| Non-derivative designated as Net Investment Hedge | $ — | $ — | Other, net | $ — | $ — |

| | Year-to-Date 2022 | | | | |
|---|---|---|---|---|---|
| (Millions of Dollars) | Total Gain (Loss) Recorded in OCI | Excluded Component Recorded in OCI | Income Statement Classification | Total Gain (Loss) Reclassified from OCI to Income | Excluded Component Amortized from OCI to Income |
| Forward Contracts | $ 5.3 | $ 0.6 | Other, net | $ 0.7 | $ 0.7 |
| Cross Currency Swap | $ (1.4) | $ 2.5 | Other, net | $ 1.5 | $ 1.5 |
| Non-derivative designated as Net Investment Hedge | $ (0.1) | $ — | Other, net | $ — | $ — |

| | Second Quarter 2021 | | | | |
|---|---|---|---|---|---|
| (Millions of Dollars) | Total Gain (Loss) Recorded in OCI | Excluded Component Recorded in OCI | Income Statement Classification | Total Gain (Loss) Reclassified from OCI to Income | Excluded Component Amortized from OCI to Income |
| Forward Contracts | $ (0.6) | $ — | Other, net | $ 0.7 | $ 0.7 |
| Cross Currency Swap | $ 1.2 | $ 6.5 | Other, net | $ 0.8 | $ 0.8 |

| | Year-to-Date 2021 | | | | |
|---|---|---|---|---|---|
| (Millions of Dollars) | Total Gain (Loss) Recorded in OCI | Excluded Component Recorded in OCI | Income Statement Classification | Total Gain (Loss) Reclassified from OCI to Income | Excluded Component Amortized from OCI to Income |
| Forward Contracts | $ (1.0) | $ 0.8 | Other, net | $ 0.7 | $ 0.7 |
| Cross Currency Swap | $ 9.3 | $ 13.9 | Other, net | $ 2.1 | $ 2.1 |

## UNDESIGNATED HEDGES

*Foreign Exchange Contracts:* Foreign exchange forward contracts are used to reduce risks arising from the change in fair value of certain foreign currency denominated assets and liabilities (such as affiliate loans, payables and receivables). The objective is to minimize the impact of foreign currency fluctuations on operating results. The total notional amount of the forward contracts outstanding at July 2, 2022 and January 1, 2022 was $1.0 billion and $1.2 billion, maturing on various dates through 2022. The gain (loss) recorded in income from changes in the fair value related to derivatives not designated as hedging instruments under ASC 815 for the three and six ended July 2, 2022 and July 3, 2021 are as follows:

| (Millions of Dollars) | Income Statement Classification | Second Quarter 2022 | Year-to-Date 2022 | Second Quarter 2021 | Year-to-Date 2021 |
|---|---|---|---|---|---|
| Foreign Exchange Contracts | Other, net | $ 7.0 | $ 7.9 | $ (7.4) | $ (23.5) |

22

## J.    EQUITY ARRANGEMENTS

In March 2022, the Company executed accelerated share repurchase ("ASR") agreements with a notional amount of $2.0 billion, which was funded through borrowings under one of its existing 364-Day committed credit facilities. The ASR terms provided for an initial delivery of 85% of the total notional share equivalent at execution or 10,756,770 shares of common stock. In May 2022, the Company received an additional 3,211,317 shares in aggregate, determined by the volume-weighted average price of the Company's common stock during the term of the transaction. The final shares delivered reflect a blended settlement price of $143.18 per share for the entire transaction. In February 2022, the Company also executed open market share repurchases for a total of 1,888,601 shares of common stock for $300.0 million.

In March 2015, the Company entered into a forward share purchase contract with a financial institution counterparty for 3,645,510 shares of common stock. The contract obligates the Company to pay $350.0 million, plus an additional amount related to the forward component of the contract. In February 2022, the Company amended the settlement date to April 2023, or earlier at the Company's option. The reduction of common shares outstanding was recorded at the inception of the forward share purchase contract in March 2015 and factored into the calculation of weighted-average shares outstanding at that time.

### 2019 Equity Units and Capped Call Transactions

In conjunction with the issuance of the 2019 Equity Units in November 2019, as further discussed in *Note C, Earnings Per Share*, the Company received approximately $734.5 million in cash proceeds, net of offering expenses and underwriting costs and commissions. The proceeds were attributed to the issuance of 750,000 shares of Series D Preferred Stock for $620.3 million and $114.2 million for the present value of the quarterly payments to holders of the 2022 Purchase Contracts ("Contract Adjustment Payments"), as discussed further below. The proceeds were used, together with cash on hand, to redeem long-term borrowings in December 2019. The Company also used $19.2 million of the proceeds to enter into capped call transactions utilized to hedge potential economic dilution as described in more detail below.

The 2019 Equity Units are accounted for as one unit of account based on the economic linkage between the 2022 Purchase Contracts and Series D Preferred Stock, as well as the combination criteria outlined in ASC 815. The 2019 Equity Units represent mandatorily convertible preferred stock.

In November 2019, the Company issued 750,000 shares of Series D Preferred Stock, without par, with a liquidation preference of $1,000 per share. The convertible preferred stock will initially not bear any dividends and the liquidation preference of the convertible preferred stock will not accrete. The convertible preferred stock has no maturity date and will remain outstanding unless converted by holders or redeemed by the Company. Holders of shares of the convertible preferred stock will generally have no voting rights.

The Series D Preferred Stock is pledged as collateral to support holders' purchase obligations under the 2022 Purchase Contracts and will be remarketed. In connection with any successful remarketing, the Company may (but is not required to) modify certain terms of the convertible preferred stock, including the dividend rate, the conversion rate, and the earliest redemption date. After any successful remarketing in connection with which the dividend rate on the convertible preferred stock is increased, the Company will pay cumulative dividends on the convertible preferred stock, if declared by the Board of Directors, quarterly in arrears from the applicable remarketing settlement date.

The Company may not redeem the Series D Preferred Stock prior to December 22, 2022. At the election of the Company, on or after December 22, 2022, the Company may redeem for cash, all or any portion of the outstanding shares of the Series D Preferred Stock at a redemption price equal to 100% of the liquidation preference, plus any accumulated and unpaid dividends. If the Company calls the Series D Preferred Stock for redemption, holders may convert their shares immediately preceding the redemption date.

The 2022 Purchase Contracts obligate the holders to purchase, on November 15, 2022, for a price of $100 in cash, a maximum number of 4.7 million shares of the Company's common stock (subject to customary anti-dilution adjustments). The 2022 Purchase Contract holders may elect to settle their obligation early, in cash. The Series D Preferred Stock is pledged as collateral to guarantee the holders' obligations to purchase common stock under the terms of the 2022 Purchase Contracts. The initial settlement rate determining the number of shares that each holder must purchase will not exceed the maximum settlement rate and is determined over a market value averaging period immediately preceding November 15, 2022.

23

The initial maximum settlement rate of 0.6272 was calculated using an initial reference price of $159.45, equal to the last reported sale price of the Company's common stock on November 7, 2019. As of July 2, 2022, due to the customary anti-dilution provisions, the maximum settlement rate was 0.6290, equivalent to a reference price of $158.99. If the applicable market value of the Company's common stock is less than or equal to the reference price, the settlement rate will be the maximum settlement rate; and if the applicable market value of the Company's common stock is greater than the reference price, the settlement rate will be a number of shares of the Company's common stock equal to $100 per share divided by the applicable market value. Upon a successful remarketing of the Series D Preferred Stock (the "Remarketed Series D Preferred Stock"), the Company will receive additional cash proceeds of $750 million and issue shares of Remarketed Series D Preferred Stock.

The Company pays Contract Adjustment Payments to the holders of the 2022 Purchase Contracts at a rate of 5.25% per annum, payable quarterly in arrears on February 15, May 15, August 15 and November 15, which commenced on February 15, 2020. The $114.2 million present value of the Contract Adjustment Payments reduced the Series D Preferred Stock at inception. As each quarterly Contract Adjustment Payment is made, the related liability is reduced and the difference between the cash payment and the present value will accrete to interest expense, approximately $1.3 million per year over the three-year term. As of July 2, 2022, the present value of the Contract Adjustment Payments was $19.2 million.

The holders can settle the purchase contracts early, for cash, subject to certain exceptions and conditions in the prospectus supplement. Upon early settlement of any purchase contracts, the Company will deliver the number of shares of its common stock equal to 85% of the number of shares of common stock that would have otherwise been deliverable.

*Capped Call Transactions*

In order to offset the potential economic dilution associated with the common shares issuable upon conversion of the Series D Preferred Stock, to the extent that the conversion value of the convertible preferred stock exceeds its liquidation preference, the Company entered into capped call transactions with three major financial institutions.

The capped call transactions have a term of approximately three years and are intended to cover the number of shares issuable upon conversion of the Series D Preferred Stock. Subject to customary anti-dilution adjustments, the capped call had an initial lower strike price of $191.34, which corresponded to the minimum 5.2263 settlement rate of the Series D Preferred Stock, and an upper strike price of $207.29, which was approximately 30% higher than the closing price of the Company's common stock on November 7, 2019. As of July 2, 2022, due to the customary anti-dilution provisions, the capped call transactions were at an adjusted lower strike price of $190.81 and an adjusted upper strike price of $206.71.

The capped call transactions may be settled by net share settlement (the default settlement method) or, at the Company's option and subject to certain conditions, cash settlement, physical settlement or modified physical settlement. The number of shares the Company will receive will be determined by the terms of the contracts using a volume-weighted average price calculation for the market value of the Company's common stock, over an averaging period. The market value determined will then be measured against the applicable strike price of the capped call transactions. The Company expects the capped call transactions to offset the potential dilution upon conversion of the Series D Preferred Stock if the calculated market value is greater than the lower strike price but less than or equal to the upper strike price of the capped call transactions. Should the calculated market value exceed the upper strike price of the capped call transactions, the dilution mitigation will be limited based on such capped value as determined under the terms of the contracts.

With respect to the impact on the Company, the capped call transactions and 2019 Equity Units, when taken together, result in the economic equivalent of having the conversion price on the 2019 Equity Units at $206.71, the upper strike price of the capped call as of July 2, 2022.

The Company paid $19.2 million, or an average of $4.90 per option, to enter into capped call transactions on 3.9 million shares of common stock. The $19.2 million premium paid was recorded as a reduction of Shareowners' Equity. The aggregate fair value of the options at July 2, 2022 was $0.2 million.

24

**2017 Equity Units and Capped Call Transactions**

In conjunction with the issuance of the 2017 Equity Units in May 2017, as further discussed in *Note C, Earnings Per Share*, the Company received approximately $727.5 million in cash proceeds, net of offering expenses and underwriting costs and commissions. The proceeds were attributed to the issuance of 750,000 shares of Series C Preferred Stock for $605.0 million, $117.1 million for the present value of the Contract Adjustment Payments, and a beneficial conversion feature of $5.4 million. The proceeds were used for general corporate purposes, including repayment of short-term borrowings. The Company also used $25.1 million of the proceeds to enter into capped call transactions utilized to hedge potential economic dilution as described in more detail below.

The 2017 Equity Units are accounted for as one unit of account based on the economic linkage between the 2020 Purchase Contracts and the Series C Preferred Stock, as well as the combination criteria outlined in ASC 815. The 2017 Equity Units represent mandatorily convertible preferred stock.

In May 2017, the Company issued 750,000 shares of Series C Preferred Stock, without par, with a liquidation preference of $1,000 per share. The convertible preferred stock initially did not bear any dividends and the liquidation preference of the convertible preferred stock did not accrete. The convertible preferred stock had no maturity date and remained outstanding unless converted by holders or redeemed by the Company. Holders of shares of the convertible preferred stock generally had no voting rights. The Series C Preferred Stock was pledged as collateral to support holders' purchase obligations under the 2020 Purchase Contracts.

As discussed further in *Note C, Earnings Per Share*, the Company successfully remarketed the Series C Preferred Stock in May 2020. Subsequent to the remarketing, holders of the Remarketed Series C Preferred Stock were entitled to receive, if declared by the Board of Directors, cumulative dividends (i) from, and including May 15, 2020 to, but excluding, May 15, 2023 (the "dividend step-up date") at a fixed rate equal to 5.0% per annum of the $1,000 per share liquidation preference (equivalent to $50.00 per annum per share) and (ii) from, and including, the dividend step-up date at a fixed rate equal to 10.0% per annum of the $1,000 per share liquidation preference (equivalent to $100.00 per annum per share). Dividends were cumulative on the $1,000 liquidation preference per share and will be payable, if declared by the Board of Directors, quarterly in arrears on February 15, May 15, August 15 and November 15 of each year, beginning on August 15, 2020. Dividends accrued on the Remarketed Series C Preferred Stock reduced net earnings for purposes of calculating earnings per share.

The Company did not have the right to redeem the Remarketed Series C Preferred Stock prior to May 15, 2021. On April 28, 2021, the Company informed holders that it would redeem all outstanding shares of the Remarketed Series C Preferred Stock on June 3, 2021 (the "Redemption Date") at $1,002.50 per share in cash (the "Redemption Price"), which was equal to 100% of the liquidation preference of a share of Remarketed Series C Preferred Stock, plus accumulated and unpaid dividends to, but excluding, the Redemption Date. If a holder elected to convert its shares of Remarketed Series C Preferred Stock prior to the Redemption Date, the Company elected a combination settlement with a specified cash amount of $1,000 per share. In June 2021, the Company redeemed the Remarketed Series C Preferred Stock and settled all conversions, paying $750 million in cash and issuing 1,469,055 common shares. The conversion rate used was 6.7548 (equivalent to a conversion price set at $148.04 per common share).

The Company generated cash proceeds of $750.0 million, from the successful remarketing of the Series C Preferred Stock. Upon completion of the remarketing in May 2020, the holders of the 2017 Equity Units received 5,463,750 common shares using the maximum settlement rate of 0.7285 (equivalent to a reference price of $137.26 per common share), and the Company issued 750,000 shares of Remarketed Series C Preferred Stock.

The Company paid Contract Adjustment Payments to the holders of the 2020 Purchase Contracts at a rate of 5.375% per annum, payable quarterly in arrears on February 15, May 15, August 15 and November 15, which commenced August 15, 2017. The $117.1 million initial present value of these Contract Adjustment Payments reduced the Series C Preferred Stock at inception. As each quarterly Contract Adjustment Payment was made, the related liability was reduced and the difference between the cash payments and the present value accreted to interest expense, approximately $1.3 million per year over the three-year term. On May 15, 2020, the Company paid the final contract adjustment payment related to the 2020 Purchase Contracts.

*Capped Call Transactions*

25

In May 2017, the Company entered into capped call transactions with three major financial institutions (the "counterparties") in order to offset the potential economic dilution associated with the common shares issuable upon conversion of the Series C Preferred Stock, to the extent that the conversion value of the convertible preferred stock exceeds its liquidation preference. The Company paid $25.1 million, or an average of $5.43 per option, to enter into capped call transactions on 4.6 million shares of common stock. The $25.1 million premium paid was recorded as a reduction of Shareowners' Equity.

The capped call transactions had a term of approximately three years and were intended to cover the number of shares issuable upon conversion of the Series C Preferred Stock. Subject to customary anti-dilution adjustments, the capped call had an initial lower strike price of $162.27, which corresponded to the minimum 6.1627 settlement rate of the Series C Preferred Stock at inception, and an upper strike price of $179.53, which was approximately 30% higher than the closing price of the Company's common stock on May 11, 2017. In June 2020, the capped call options expired out of the money.

**2018 Capped Call Transactions**

In March 2018, the Company purchased from a financial institution "at-the-money" capped call options with an approximate term of three years, on 3.2 million shares of its common stock (subject to customary anti-dilution adjustments) for an aggregate premium of $57.3 million, or an average of $17.96 per share. The premium paid was recorded as a reduction of Shareowners' Equity. The purpose of the capped call options was to hedge the risk of stock price appreciation between the lower and upper strike prices of the capped call options for a future share repurchase.

In February 2020, the Company net-share settled 0.6 million of the 3.2 million capped call options on its common stock and received 61,767 shares using an average reference price of $162.26 per common share.

On June 9, 2020, the Company amended the 2018 capped call options to align with and offset the potential economic dilution associated with the common shares issuable upon conversion of the Remarketed Series C Preferred Stock, as further discussed above. Subsequent to the amendment, the capped call options, subject to anti-dilution, had an initial lower strike price of $148.34 and an upper strike price of $165.00, which was approximately 30% higher than the closing price of the Company's common stock on June 9, 2020.

The capped call transactions may be settled by net share settlement (the default settlement method) or, at the Company's option and subject to certain conditions, cash settlement, physical settlement or modified physical settlement. The number of shares the Company will receive will be determined by the terms of the contracts using a volume-weighted average price calculation for the market value of the Company's common stock, over an averaging period. The market value determined will then be measured against the applicable strike price of the capped call transactions.

During the second quarter of 2021, the Company net-share settled the remaining capped call options on its common stock and received 344,004 shares using an average reference price of $209.80 per common share.

## K.   ACCUMULATED OTHER COMPREHENSIVE LOSS

The following tables summarize the changes in the balances for each component of Accumulated other comprehensive loss:

| (Millions of Dollars) | Currency translation adjustment and other | | Unrealized (losses) gains on cash flow hedges, net of tax | | Unrealized gains (losses) on net investment hedges, net of tax | | Pension (losses) gains, net of tax | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance - January 1, 2022 | $ | (1,543.0) | $ | (49.8) | $ | 71.8 | $ | (324.6) | $ | (1,845.6) |
| Other comprehensive (loss) income before reclassifications | | (359.3) | | 32.5 | | 3.0 | | 19.2 | | (304.6) |
| Reclassification adjustments to earnings | | — | | (4.7) | | (1.7) | | 5.6 | | (0.8) |
| Net other comprehensive (loss) income | | (359.3) | | 27.8 | | 1.3 | | 24.8 | | (305.4) |
| **Balance - July 2, 2022** | $ | **(1,902.3)** | $ | **(22.0)** | $ | **73.1** | $ | **(299.8)** | $ | **(2,151.0)** |

26

| (Millions of Dollars) | Currency translation adjustment and other | | Unrealized (losses) gains on cash flow hedges, net of tax | | Unrealized gains (losses) on net investment hedges, net of tax | | Pension (losses) gains, net of tax | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance - January 2, 2021 | $ | (1,235.3) | $ | (103.0) | $ | 72.8 | $ | (448.2) | $ | (1,713.7) |
| Other comprehensive (loss) income before reclassifications | | (124.8) | | 29.3 | | 6.3 | | 1.1 | | (88.1) |
| Reclassification adjustments to earnings | | — | | 8.2 | | (2.1) | | 8.7 | | 14.8 |
| Net other comprehensive (loss) income | | (124.8) | | 37.5 | | 4.2 | | 9.8 | | (73.3) |
| Balance - July 3, 2021 | $ | (1,360.1) | $ | (65.5) | $ | 77.0 | $ | (438.4) | $ | (1,787.0) |

The Company uses the portfolio method for releasing the stranded tax effects from Accumulated other comprehensive loss. The reclassifications out of Accumulated other comprehensive loss for the six months ended July 2, 2022 and July 3, 2021 were as follows:

| (Millions of Dollars) | | 2022 | | 2021 | Affected line item in Consolidated Statements of Operations And Comprehensive Income (Loss) |
|---|---|---|---|---|---|
| Realized gains (losses) on cash flow hedges | $ | 13.3 | $ | (11.4) | Cost of sales |
| Realized losses on cash flow hedges | | (2.7) | | (2.1) | Interest expense |
| Total before taxes | $ | 10.6 | $ | (13.5) | |
| Tax effect | | (5.9) | | 5.3 | Income taxes |
| Realized gains (losses) on cash flow hedges, net of tax | $ | 4.7 | $ | (8.2) | |
| | | | | | |
| Realized gains on net investment hedges | $ | 2.2 | $ | 2.8 | Other, net |
| Tax effect | | (0.5) | | (0.7) | Income taxes |
| Realized gains on net investment hedges, net of tax | $ | 1.7 | $ | 2.1 | |
| | | | | | |
| Amortization of defined benefit pension items: | | | | | |
| Actuarial losses and prior service costs / credits | $ | (7.2) | $ | (11.4) | Other, net |
| Settlement loss | | (0.2) | | (0.1) | Other, net |
| Total before taxes | $ | (7.4) | $ | (11.5) | |
| Tax effect | | 1.8 | | 2.8 | Income taxes |
| Amortization of defined benefit pension items, net of tax | $ | (5.6) | $ | (8.7) | |

## L.   NET PERIODIC BENEFIT COST — DEFINED BENEFIT PLANS

Following are the components of net periodic pension (benefit) expense for the three and six months ended July 2, 2022 and July 3, 2021:

| | Second Quarter | | | | | |
|---|---|---|---|---|---|---|
| | Pension Benefits | | | | Other Benefits | |
| | U.S. Plans | | Non-U.S. Plans | | All Plans | |
| (Millions of Dollars) | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 |
| Service cost | $ 1.2 | $ 1.5 | $ 3.6 | $ 4.4 | $ — | $ — |
| Interest cost | 8.7 | 5.8 | 5.7 | 4.3 | 0.6 | 0.3 |
| Expected return on plan assets | (15.1) | (13.7) | (9.5) | (10.3) | — | — |
| Amortization of prior service cost (credit) | 0.2 | 0.3 | (0.2) | (0.2) | — | (0.1) |
| Amortization of net loss (gain) | 1.8 | 2.2 | 2.0 | 3.5 | (0.1) | — |
| Settlement / curtailment loss | — | — | 0.2 | — | — | — |
| Special termination benefit | — | — | — | — | 6.9 | — |
| Net periodic pension (benefit) expense | $ (3.2) | $ (3.9) | $ 1.8 | $ 1.7 | $ 7.4 | $ 0.2 |

27

| (Millions of Dollars) | Year-to-Date | | | | | |
| | Pension Benefits | | | | Other Benefits | |
| | U.S. Plans | | Non-U.S. Plans | | All Plans | |
| | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 |
|---|---|---|---|---|---|---|
| Service cost | $ 2.8 | $ 2.8 | $ 7.5 | $ 8.6 | $ 0.1 | $ 0.1 |
| Interest cost | 16.7 | 11.5 | 11.7 | 8.5 | 0.8 | 0.5 |
| Expected return on plan assets | (30.2) | (27.4) | (19.7) | (20.2) | — | — |
| Amortization of prior service cost (credit) | 0.4 | 0.6 | (0.4) | (0.4) | — | (0.3) |
| Amortization of net loss (gain) | 3.3 | 4.5 | 4.1 | 7.0 | (0.2) | — |
| Settlement / curtailment loss | — | — | 0.2 | 0.1 | — | — |
| Special termination benefit | — | — | — | — | 6.9 | — |
| Net periodic pension (benefit) expense | $ (7.0) | $ (8.0) | $ 3.4 | $ 3.6 | $ 7.6 | $ 0.3 |

The components of net periodic benefit cost other than the service cost component are included in Other, net in the Consolidated Statements of Operations and Comprehensive Income.

## M.  FAIR VALUE MEASUREMENTS

ASC 820, *Fair Value Measurement*, defines, establishes a consistent framework for measuring, and expands disclosure requirements about fair value. ASC 820 requires the Company to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. Observable inputs reflect market data obtained from independent sources, while unobservable inputs reflect the Company's market assumptions. These two types of inputs create the following fair value hierarchy:

Level 1 — Quoted prices for identical instruments in active markets.

Level 2 — Quoted prices for similar instruments in active markets; quoted prices for identical or similar instruments in markets that are not active; and model-derived valuations whose inputs and significant value drivers are observable.

Level 3 — Instruments that are valued using unobservable inputs.

The Company is exposed to market risk from changes in foreign currency exchange rates, interest rates, stock prices and commodity prices. The Company holds various financial instruments to manage these risks. These financial instruments are carried at fair value and are included within the scope of ASC 820. The Company determines the fair value of these financial instruments through the use of matrix or model pricing, which utilizes observable inputs such as market interest and currency rates. When determining fair value for which Level 1 evidence does not exist, the Company considers various factors including the following: exchange or market price quotations of similar instruments, time value and volatility factors, the Company's own credit rating and the credit rating of the counterparty.

The following table presents the Company's financial assets and liabilities that are measured at fair value on a recurring basis for each of the hierarchy levels:

28

| (Millions of Dollars) | Total Carrying Value | | Level 1 | | Level 2 | | Level 3 | |
|---|---|---|---|---|---|---|---|---|
| **July 2, 2022** | | | | | | | | |
| Money market fund | $ | 10.9 | $ | 10.9 | $ | — | $ | — |
| Equity Security | $ | 6.4 | $ | 6.4 | $ | — | $ | — |
| Deferred compensation plan investments | $ | 19.3 | $ | 19.3 | $ | — | $ | — |
| Derivative assets | $ | 29.3 | $ | — | $ | 29.3 | $ | — |
| Derivative liabilities | $ | 8.5 | $ | — | $ | 8.5 | $ | — |
| Contingent consideration liability | $ | 284.7 | $ | — | $ | — | $ | 284.7 |
| **January 1, 2022** | | | | | | | | |
| Money market fund | $ | 11.0 | $ | 11.0 | $ | — | $ | — |
| Equity Security | $ | 13.8 | $ | 13.8 | $ | — | $ | — |
| Deferred compensation plan investments | $ | 26.2 | $ | 26.2 | $ | — | $ | — |
| Derivative assets | $ | 33.1 | $ | — | $ | 33.1 | $ | — |
| Derivative liabilities | $ | 8.7 | $ | — | $ | 8.7 | $ | — |
| Contingent consideration liability | $ | 288.6 | $ | — | $ | — | $ | 288.6 |

The following table provides information about the Company's financial assets and liabilities not carried at fair value:

| | July 2, 2022 | | | | January 1, 2022 | | | |
|---|---|---|---|---|---|---|---|---|
| (Millions of Dollars) | Carrying Value | | Fair Value | | Carrying Value | | Fair Value | |
| Other investments | $ | 9.3 | $ | 9.4 | $ | 11.2 | $ | 11.6 |
| Long-term debt, including current portion | $ | 5,353.0 | $ | 4,949.6 | $ | 4,354.9 | $ | 4,850.2 |

The money market fund and other investments related to the West Coast Loading Corporation ("WCLC") trust are considered Level 1 instruments within the fair value hierarchy. The equity security is considered a Level 1 instrument and is recorded at its quoted market price. The deferred compensation plan investments are considered Level 1 instruments and are recorded at their quoted market price. The long-term debt instruments are considered Level 2 instruments and are measured using a discounted cash flow analysis based on the Company's marginal borrowing rates. The differences between the carrying values and fair values of long-term debt are attributable to the stated interest rates differing from the Company's marginal borrowing rates. The fair values of the Company's variable rate short-term borrowings approximate their carrying values at July 2, 2022 and January 1, 2022. The fair values of the derivative financial instruments in the table above are based on current settlement values.

As part of the Craftsman® brand acquisition in March 2017, the Company recorded a contingent consideration liability representing the Company's obligation to make payments to Transform Holdco, LLC, which operates Sears and Kmart retail locations, of between 2.5% and 3.5% on sales of Craftsman products in new Stanley Black & Decker channels through March 2032. During the six months ended July 2, 2022, the Company paid approximately $21.1 million for royalties owed. The Company will continue making future payments quarterly through the second quarter of 2032. The estimated fair value of the contingent consideration liability is determined using a discounted cash flow analysis taking into consideration future sales projections, forecasted payments to Transform Holdco, LLC, based on contractual royalty rates, and the related tax impacts. The estimated fair value of the contingent consideration liability was $284.7 million and $288.6 million as of July 2, 2022 and January 1, 2022, respectively. Adjustments to the contingent consideration liability, with the exception of cash payments, are recorded in SG&A in the Consolidated Statements of Operations and Comprehensive Income (Loss). A 100 basis point reduction in the discount rate would result in an increase to the liability of approximately $9.8 million as of July 2, 2022.

A single estimate of fair value results from a complex series of judgments about future events and uncertainties and relies heavily on estimates and assumptions. The Company's judgments used to determine the estimated contingent consideration liabilities discussed above, including estimated future sales projections, can materially impact the Company's results from operations.

The Company had no significant non-recurring fair value measurements, nor any other financial assets or liabilities measured using Level 3 inputs, during the first six months of 2022 or 2021.

Table of Contents

Refer to *Note I, Financial Instruments*, for more details regarding derivative financial instruments, *Note R, Contingencies,* for more details regarding the other investments related to the WCLC trust, and *Note H, Long-Term Debt and Financing Arrangements*, for more information regarding the carrying values of the long-term debt.

## N.  OTHER COSTS AND EXPENSES

Other, net is primarily comprised of intangible asset amortization expense, currency-related gains or losses, environmental remediation expense, acquisition-related transaction and consulting costs, and certain pension gains or losses. Acquisition-related transaction and consulting costs of $3.8 million and $4.8 million, respectively, were included in Other, net during the three and six months ended July 2, 2022. Other, net also included a $7.1 million charge related to a voluntary retirement program during the three and six months ended July 2, 2022. Acquisition-related transaction and consulting costs of $0.5 million and $2.1 million, respectively, were included in Other, net during the three and six months ended July 3, 2021.

## O.  RESTRUCTURING CHARGES

A summary of the restructuring reserve activity from January 1, 2022 to July 2, 2022 is as follows:

| (Millions of Dollars) | January 1, 2022 | | Net Additions | | Usage | | Currency | | July 2, 2022 |
|---|---|---|---|---|---|---|---|---|---|
| Severance and related costs | $ | 28.2 | $ | 64.6 | $ | (43.5) | $ | 2.1 | $ | 51.4 |
| Facility closures and asset impairments | | 3.5 | | 7.6 | | (8.6) | | 0.1 | | 2.6 |
| **Total** | $ | 31.7 | $ | 72.2 | $ | (52.1) | $ | 2.2 | $ | 54.0 |

For the three and six months ended July 2, 2022, the Company recognized net restructuring charges of $19.5 million and $72.2 million, respectively, primarily related to severance and related costs. The majority of the $54.0 million of reserves remaining as of July 2, 2022 is expected to be utilized within the next 12 months.

*Segments:* The $72 million of net restructuring charges for the six months ended July 2, 2022 includes: $45 million in the Tools & Outdoor segment; $16 million in the Industrial segment; and $11 million in Corporate.

The $19 million of net restructuring charges for the three months ended July 2, 2022 includes: $2 million in the Tools & Outdoor segment; $8 million in the Industrial segment; and $9 million in Corporate.

Table of Contents

**P.   INCOME TAXES**

The Company recognized an income tax benefit of $62.8 million and $39.9 million for the three and six months ended July 2, 2022, respectively, resulting in effective tax rates of (395.0)% and (20.5)%. These effective tax rates differ from the U.S. statutory tax rate primarily due to a benefit associated with the anticipated disposition of the Company's Oil & Gas business, the continued reorganization of the supply chain, the impact of lower forecasted earnings in North America and the re-measurement of uncertain tax positions. Excluding the impacts of the acquisition-related and other charges, the effective tax rates were (3.9)% and 6.4% for the three and six months ended July 2, 2022, respectively. These effective tax rates differ from the U.S. statutory tax rate due to the items discussed above, excluding the benefit associated with the anticipated disposition of the Company's Oil & Gas business.

The Company recognized income tax expense of $67.3 million and $182.8 million for the three and six months ended July 3, 2021, respectively, resulting in effective tax rates of 13.6% and 17.1%. Excluding the impacts of the acquisition-related and other charges, the effective tax rates were 14.3% and 17.5% for the three and six months ended July 3, 2021, respectively. These effective tax rates differ from the U.S. statutory tax rate primarily due to tax on foreign earnings, the re-measurement of uncertain tax position reserves, the re-measurement of the deferred tax assets and liabilities due to foreign corporate income tax rate changes, and the tax benefit of equity-based compensation.

The Company considers many factors when evaluating and estimating its tax positions and the impact on income tax expense, which may require periodic adjustments, and which may not accurately anticipate actual outcomes. It is reasonably possible that the amount of the unrecognized benefit with respect to certain of the Company's unrecognized tax positions will significantly increase or decrease within the next twelve months. However, based on the uncertainties associated with finalizing audits with the relevant tax authorities including formal legal proceedings, it is not possible to reasonably estimate the impact of any such change.

31

## Q.  BUSINESS SEGMENTS AND GEOGRAPHIC AREAS

The Company's operations are classified into two reportable business segments: Tools & Outdoor and Industrial.

The Tools & Outdoor segment is comprised of the Power Tools Group ("PTG"), Hand Tools, Accessories & Storage ("HTAS") and Outdoor Power Equipment ("Outdoor") businesses. The PTG business includes both professional and consumer products. Professional products include professional grade corded and cordless electric power tools and equipment including drills, impact wrenches and drivers, grinders, saws, routers and sanders, as well as pneumatic tools and fasteners including nail guns, nails, staplers and staples, concrete and masonry anchors. Consumer products include corded and cordless electric power tools sold primarily under the BLACK+DECKER® brand, and home products such as hand-held vacuums, paint tools and cleaning appliances. The HTAS business sells hand tools, power tool accessories and storage products. Hand tools include measuring, leveling and layout tools, planes, hammers, demolition tools, clamps, vises, knives, saws, chisels and industrial and automotive tools. Power tool accessories include drill bits, screwdriver bits, router bits, abrasives, saw blades and threading products. Storage products include tool boxes, sawhorses, medical cabinets and engineered storage solution products. The Outdoor business primarily sells corded and cordless electric lawn and garden products, including hedge trimmers, string trimmers, lawn mowers, pressure washers and related accessories, and gas powered lawn and garden products, including lawn tractors, zero turn ride on mowers, walk behind mowers, snow blowers, residential robotic mowers, utility terrain vehicles (UTVs), handheld outdoor power equipment, garden tools, and parts and accessories to professionals and consumers under the DEWALT®, CUB CADET®, BLACK+DECKER®, CRAFTSMAN®, TROY-BILT®, and HUSTLER® brand names.

The Industrial segment is comprised of the Engineered Fastening and Infrastructure businesses. The Engineered Fastening business primarily sells highly engineered components such as fasteners, fittings and various engineered products, which are designed for specific application across multiple verticals. The product lines include externally threaded fasteners, blind rivets and tools, blind inserts and tools, drawn arc weld studs and systems, engineered plastic and mechanical fasteners, self-piercing riveting systems, precision nut running systems, micro fasteners, high-strength structural fasteners, axel swage, latches, heat shields, pins, and couplings. The Infrastructure business consists of the Attachment Tools and Oil & Gas product lines. Attachment Tools sells hydraulic tools and high quality, performance-driven heavy equipment attachment tools for off-highway applications. Oil & Gas sells and rents custom pipe handling, joint welding and coating equipment used in the construction of large and small diameter pipelines and provides pipeline inspection services.

The Company utilizes segment profit, which is defined as net sales minus cost of sales and SG&A inclusive of the provision for credit losses (aside from corporate overhead expense), and segment profit as a percentage of net sales to assess the profitability of each segment. Transactions between segments are not material. Segment assets primarily include cash, accounts receivable, inventory, other current assets, property, plant and equipment, right-of-use lease assets and intangible assets. Net sales and long-lived assets are attributed to the geographic regions based on the geographic locations of the end customer and the Company subsidiary, respectively.

| (Millions of Dollars) | Second Quarter | | | | Year-to-Date | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2022 | | 2021 |
| **Net Sales** | | | | | | | | |
| Tools & Outdoor | $ | **3,744.9** | $ | 3,196.5 | $ | **7,546.1** | $ | 6,259.4 |
| Industrial | | **648.1** | | 602.2 | | **1,294.7** | | 1,259.9 |
| Other | | **—** | | 0.2 | | **0.2** | | 0.4 |
| Consolidated | $ | **4,393.0** | $ | 3,798.9 | $ | **8,841.0** | $ | 7,519.7 |
| **Segment Profit** | | | | | | | | |
| Tools & Outdoor | $ | **361.6** | $ | 627.0 | $ | **740.1** | $ | 1,271.7 |
| Industrial | | **58.3** | | 60.5 | | **99.6** | | 160.3 |
| Segment Profit | | **419.9** | | 687.5 | | **839.7** | | 1,432.0 |
| Corporate Overhead | | **(65.5)** | | (92.8) | | **(140.2)** | | (168.6) |
| Other, net | | **(79.1)** | | (42.5) | | **(141.1)** | | (90.5) |
| Gain (loss) on sales of businesses | | **0.2** | | (2.6) | | **0.2** | | (3.6) |
| Asset impairment charge | | **(168.4)** | | — | | **(168.4)** | | — |
| Restructuring charges | | **(19.5)** | | (10.4) | | **(72.2)** | | (12.2) |
| Interest income | | **6.5** | | 2.7 | | **9.3** | | 5.6 |
| Interest expense | | **(78.2)** | | (46.5) | | **(132.9)** | | (94.0) |
| Earnings from continuing operations before income taxes and equity interest | $ | **15.9** | $ | 495.4 | $ | **194.4** | $ | 1,068.7 |

Corporate Overhead includes the corporate overhead element of SG&A, which is not allocated to the business segments.

32

The Company recognizes revenue at a point in time from the sale of tangible products or over time depending on when the performance obligation is satisfied. For the three and six months ended July 2, 2022 and July 3, 2021, the majority of the Company's revenue was recognized at the time of sale. The percent of total segment revenue recognized over time for the Industrial segment for the three and six months ended July 2, 2022 was 6.1% and 6.0%, respectively. The percent of total segment revenue recognized over time for the Industrial segment for the three and six months ended July 3, 2021 was 4.2% and 5.0%, respectively.

The following table is a further disaggregation of the Industrial segment revenue for the three and six months ended July 2, 2022 and July 3, 2021:

| (Millions of Dollars) | Second Quarter | | Year-to-Date | |
| | 2022 | 2021 | 2022 | 2021 |
|---|---|---|---|---|
| Engineered Fastening | $ 466.1 | $ 456.5 | $ 946.2 | $ 953.3 |
| Infrastructure | 182.0 | 145.7 | 348.5 | 306.6 |
| Industrial | $ 648.1 | $ 602.2 | $ 1,294.7 | $ 1,259.9 |

The following table is a summary of total assets by segment as of July 2, 2022 and January 1, 2022:

| (Millions of Dollars) | July 2, 2022 | January 1, 2022 |
|---|---|---|
| Tools & Outdoor | $ 20,766.5 | $ 19,537.9 |
| Industrial | 5,311.6 | 5,627.8 |
| | 26,078.1 | 25,165.7 |
| Assets held for sale | 3,415.2 | 3,505.4 |
| Corporate assets | (131.9) | (491.1) |
| Consolidated | $ 29,361.4 | $ 28,180.0 |

Corporate assets primarily consist of cash, deferred taxes, property, plant and equipment, and right-of-use lease assets. Based on the nature of the Company's cash pooling arrangements, at times the corporate-related cash accounts will be in a net liability position.

## GEOGRAPHIC AREAS

The following table is a summary of net sales by geographic area for the three and six months ended July 2, 2022 and July 3, 2021:

| (Millions of Dollars) | Second Quarter | | Year-to-Date | |
| | 2022 | 2021 | 2022 | 2021 |
|---|---|---|---|---|
| United States | $ 2,731.5 | $ 2,201.8 | $ 5,476.0 | $ 4,333.7 |
| Canada | 243.5 | 168.3 | 480.0 | 354.6 |
| Other Americas | 216.1 | 209.7 | 414.4 | 406.8 |
| France | 128.0 | 127.1 | 268.0 | 262.2 |
| Other Europe | 729.8 | 763.4 | 1,503.4 | 1,501.4 |
| Asia | 344.1 | 328.6 | 699.2 | 661.0 |
| Consolidated | $ 4,393.0 | $ 3,798.9 | $ 8,841.0 | $ 7,519.7 |

## R.    CONTINGENCIES

The Company is involved in various legal proceedings relating to environmental issues, employment, product liability, workers' compensation claims and other matters. The Company periodically reviews the status of these proceedings with both inside and outside counsel, as well as an actuary for risk insurance. Management believes that the ultimate disposition of these matters will not have a material adverse effect on operations or financial condition taken as a whole.

33

Table of Contents

In the normal course of business, the Company is a party to administrative proceedings and litigation, before federal and state regulatory agencies, relating to environmental remediation with respect to claims involving the discharge of hazardous substances into the environment, generally at current and former manufacturing facilities. In addition, some of these claims assert that the Company is responsible for damages and liability, for remedial investigation and clean-up costs, with respect to sites that have never been owned or operated by the Company, but the Company has been identified as a potentially responsible party ("PRP").

In connection with the 2010 merger with Black & Decker, the Company assumed certain commitments and contingent liabilities. Black & Decker is a party to litigation and administrative proceedings with respect to claims involving the discharge of hazardous substances into the environment at current and former manufacturing facilities and has also been named as a PRP in certain administrative proceedings.

The Company, along with many other companies, has been named as a PRP in numerous administrative proceedings for the remediation of various waste sites, including 26 active Superfund sites. Current laws potentially impose joint and several liabilities upon each PRP. In assessing its potential liability at these sites, the Company has considered the following: whether responsibility is being disputed, the terms of existing agreements, experience at similar sites, and the Company's volumetric contribution at these sites.

The Company's policy is to accrue environmental investigatory and remediation costs for identified sites when it is probable that a liability has been incurred and the amount of loss can be reasonably estimated. If no amount in the range of probable loss is considered most likely, the minimum loss in the range is accrued. The amount of liability recorded is based on an evaluation of currently available facts with respect to each individual site and includes such factors as existing technology, presently enacted laws and regulations, and prior experience in remediation of contaminated sites. The liabilities recorded do not take into account any claims for recoveries from insurance or third parties. As assessments and remediation progress at individual sites, the amounts recorded are reviewed periodically and adjusted to reflect additional technical and legal information that becomes available. As of July 2, 2022 and January 1, 2022, the Company had reserves of $147.9 million and $159.1 million, respectively, for remediation activities associated with Company-owned properties, as well as for Superfund sites, for losses that are probable and estimable. Of the 2022 amount, $46.6 million is classified as current and $101.3 million as long-term which is expected to be paid over the estimated remediation period. As of July 2, 2022, the range of environmental remediation costs that is reasonably possible is $75.5 million to $256.3 million which is subject to change in the near term. The Company may be liable for environmental remediation of sites it no longer owns. Liabilities have been recorded on those sites in accordance with the Company's policy.

As of July 2, 2022, the Company has recorded $16.2 million in other assets related to funding received by the Environmental Protection Agency ("EPA") and placed in a trust in accordance with the final settlement with the EPA, embodied in a Consent Decree approved by the United States District Court for the Central District of California on July 3, 2013. Per the Consent Decree, Emhart Industries, Inc. (a dissolved and liquidated former indirectly wholly-owned subsidiary of The Black & Decker Corporation) ("Emhart") has agreed to be responsible for an interim remedy at a site located in Rialto, California and formerly operated by West Coast Loading Corporation ("WCLC"), a defunct company for which Emhart was alleged to be liable as a successor. The remedy will be funded by (i) the amounts received from the EPA as gathered from multiple parties, and, to the extent necessary, (ii) Emhart's affiliate. The interim remedy requires the construction of a water treatment facility and the filtering of ground water at or around the site for a period of approximately 30 years or more. As of July 2, 2022, the Company's net cash obligation associated with remediation activities, including WCLC assets, is $131.7 million.

The EPA also asserted claims in federal court in Rhode Island against Black & Decker and Emhart related to environmental contamination found at the Centredale Manor Restoration Project Superfund Site ("Centredale"), located in North Providence, Rhode Island. The EPA discovered a variety of contaminants at the site, including but not limited to, dioxins, polychlorinated biphenyls, and pesticides. The EPA alleged that Black & Decker and Emhart are liable for site clean-up costs under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") as successors to the liability of Metro-Atlantic, Inc., a former operator at the site, and demanded reimbursement of the EPA's costs related to this site. Black & Decker and Emhart then vigorously litigated the issue of their liability for environmental conditions at the Centredale site, including completing trial on Phase 1 of the proceedings in late July 2015 and completing trial on Phase 2 of the proceedings in April 2017. On July 9, 2018, a Consent Decree was lodged with the United States District Court documenting the terms of a settlement between the Company and the United States for reimbursement of EPA's past costs and remediation of environmental contamination found at the Centredale site. The terms of the Consent Decree were subject to public comment and Court approval. After a full hearing on March 19, 2019, the Court approved and entered the Consent Decree on April 8, 2019. The settlement resolves outstanding issues relating to Phase 1 and 2 of the litigation with the United States. The Company is complying with the terms of the settlement. The District Court's entry of the Consent Decree was appealed by several PRPs at the site to the United States Court of Appeals for the First Circuit. The District Court's actions were affirmed by the First Circuit on February 17, 2021. Phase 3 of the litigation, is addressing the potential allocation of liability to other PRPs who may have

34

Table of Contents

contributed to contamination of the Centredale site with dioxins, polychlorinated biphenyls and other contaminants of concern. As of July 2, 2022, the Company has a remaining reserve of $50.6 million for this site.

The Company and approximately 47 other companies comprise the Lower Passaic Cooperating Parties Group (the "CPG"). The CPG members and other companies are parties to a May 2007 Administrative Settlement Agreement and Order on Consent ("AOC") with the EPA to perform a remedial investigation/feasibility study ("RI/FS") of the lower seventeen miles of the Lower Passaic River in New Jersey (the "River"). The Company's potential liability stems from former operations in Newark, New Jersey. As an interim step related to the 2007 AOC, on June 18, 2012, the CPG members voluntarily entered into an AOC with the EPA for remediation actions focused solely at mile 10.9 of the River. The Company's estimated costs related to the RI/FS and focused remediation action at mile 10.9, based on an interim allocation, are included in its environmental reserves. On April 11, 2014, the EPA issued a Focused Feasibility Study ("FFS") and proposed plan which addressed various early action remediation alternatives for the lower 8.3 miles of the River. The EPA received public comment on the FFS and proposed plan (including comments from the CPG and other entities asserting that the FFS and proposed plan do not comply with CERCLA) which public comment period ended on August 20, 2014. The CPG submitted to the EPA a draft RI report in February 2015 and draft FS report in April 2015 for the entire lower seventeen miles of the River. On March 4, 2016, the EPA issued a Record of Decision ("ROD") selecting the remedy for the lower 8.3 miles of the River. The cleanup plan adopted by the EPA is now considered a final action for the lower 8.3 miles of the River and will include the removal of 3.5 million cubic yards of sediment, placement of a cap over the entire lower 8.3 miles of the River, and, according to the EPA, will cost approximately $1.4 billion and take 6 years to implement after the remedial design is completed. The Company and 105 other parties received a letter dated March 31, 2016 from the EPA notifying such parties of potential liability for the costs of the cleanup of the lower 8.3 miles of the River and a letter dated March 30, 2017 stating that the EPA had offered 20 of the parties (not including the Company) an early cash out settlement. In a letter dated May 17, 2017, the EPA stated that these 20 parties did not discharge any of the eight hazardous substances identified as the contaminants of concern in the lower 8.3 mile ROD. In the March 30, 2017 letter, the EPA stated that other parties who did not discharge dioxins, furans or polychlorinated biphenyls (which are considered the contaminants of concern posing the greatest risk to human health or the environment) may also be eligible for cash out settlement, but expects those parties' allocation to be determined through a complex settlement analysis using a third-party allocator. The EPA subsequently clarified this statement to say that such parties would be eligible to be "funding parties" for the lower 8.3 mile remedial action with each party's share of the costs determined by the EPA based on the allocation process and the remaining parties would be "work parties" for the remedial action. The Company asserts that it did not discharge dioxins, furans or polychlorinated biphenyls and should be eligible to be a "funding party" for the lower 8.3 mile remedial action. The Company participated in the allocation process. The allocator selected by the EPA issued a confidential allocation report on December 28, 2020, which was reviewed by the EPA. As a result of the allocation process, on February 11, 2022, the EPA and certain parties (including the Company) reached an agreement in principle, subject to the negotiation and court entry of a consent decree, concerning a cash-out settlement for remediation of the entire 17-mile Lower Passaic River. On September 30, 2016, Occidental Chemical Corporation ("OCC") entered into an agreement with the EPA to perform the remedial design for the cleanup plan for the lower 8.3 miles of the River. The remedial design is expected to be substantially completed in the fourth quarter of 2022. On June 30, 2018, OCC filed a complaint in the United States District Court for the District of New Jersey against over 100 companies, including the Company, seeking CERCLA cost recovery or contribution for past costs relating to various investigations and cleanups OCC has conducted or is conducting in connection with the River. According to the complaint, OCC has incurred or is incurring costs which include the estimated cost ($165 million) to complete the remedial design for the cleanup plan for the lower 8.3 miles of the River. OCC also seeks a declaratory judgment to hold the defendants liable for their proper shares of future response costs for OCC's ongoing activities in connection with the River. The Company and other defendants have answered the complaint and currently are engaged in discovery with OCC. On February 24, 2021, the Company and other defendants filed a third party complaint against the Passaic Valley Sewerage Commissioners and forty-two municipalities to require those entities to pay their equitable share of response costs. On October 10, 2018, the EPA issued a letter directing the CPG to prepare a streamlined feasibility study for the upper 9 miles of the River based on an iterative approach using adaptive management strategies. The CPG submitted a revised draft Interim Remedy Feasibility Study to the EPA on December 4, 2020, which identifies various targeted dredge and cap alternatives with costs that range from $420 million to $468 million (net present value). The EPA approved the Interim Remedy Feasibility Study on December 11, 2020. The EPA issued the Interim Remedy Proposed Plan on April 14, 2021, selecting an alternative that the EPA estimates will cost $441 million (net present value). The CPG continues to conduct work to complete the RI/FS for the entire 17-mile River. The EPA issued the Interim Remedy ROD on September 28, 2021. At this time, the Company cannot reasonably estimate its liability related to the litigation and remediation efforts, excluding the RI/FS and remediation actions at mile 10.9, as the OCC litigation is pending, the EPA settlement process is ongoing and the parties that will participate in funding the remediation and their respective allocations are not yet known.

Per the terms of a Final Order and Judgment approved by the United States District Court for the Middle District of Florida on January 22, 1991, Emhart is responsible for a percentage of remedial costs arising out of the Kerr McGee Chemical Corporation Superfund Site located in Jacksonville, Florida. On March 15, 2017, the Company received formal notification from the EPA that the EPA had issued a ROD selecting the preferred alternative identified in the Proposed Cleanup Plan. As of July 2, 2022, the Company has reserved $21.8 million for this site.

35

The amount recorded for identified contingent liabilities is based on estimates. Amounts recorded are reviewed periodically and adjusted to reflect additional technical and legal information that becomes available. Actual costs to be incurred in future periods may vary from the estimates, given the inherent uncertainties in evaluating certain exposures. Subject to the imprecision in estimating future contingent liability costs, the Company does not expect that any sum it may have to pay in connection with these matters in excess of the amounts recorded will have a materially adverse effect on its financial position, results of operations or liquidity.

## S.    COMMITMENTS AND GUARANTEES

**COMMITMENTS** — The Company has numerous assets, predominantly real estate, vehicles and equipment, under various lease arrangements. The following is a summary of the Company's right-of-use-assets and lease liabilities:

| (Millions of Dollars) | July 2, 2022 | January 1, 2022 |
|---|---|---|
| Right-of-use assets | $398.5 | $426.0 |
| Lease liabilities | $407.6 | $439.1 |
| Weighted-average incremental borrowing rate | 3.4% | 3.5% |
| Weighted-average remaining term | 6 years | 6 years |

Right-of-use assets are included within Other assets in the Condensed Consolidated Balance Sheets, while lease liabilities are included within Accrued expenses and Other liabilities, as appropriate. The Company determines its incremental borrowing rate based on interest rates from its debt issuances, taking into consideration adjustments for collateral, lease terms and foreign currency.

As of July 2, 2022, the Company had unrecognized commitments that require the future purchase of goods or services (unconditional purchase obligations) to provide it with access to products and services at competitive prices. These obligations consist of supplier agreements with long-term minimum material purchase requirements and freight forwarding arrangements with minimum quantity commitments. As of July 2, 2022, the Company had unconditional purchase obligations of $632.0 million, consisting of $115.8 million in 2022, $246.7 million in 2023, $263.1 million in 2024 and $6.4 million in 2025.

**GUARANTEES** — The Company's financial guarantees at July 2, 2022 are as follows:

| (Millions of Dollars) | Term | Maximum Potential Payment | Carrying Amount of Liability |
|---|---|---|---|
| Guarantees on the residual values of leased assets | One to five years | $           85.4 | $             — |
| Standby letters of credit | Up to three years | 201.6 | — |
| Commercial customer financing arrangements | Up to six years | 72.5 | 11.2 |
| Total | | $          359.5 | $          11.2 |

The Company has guaranteed a portion of the residual values of certain leased assets including the previously discussed leases for one of its major distribution centers and two of its office buildings. The lease guarantees are for an amount up to $85.4 million while the fair value of the underlying assets is estimated at $126.3 million. The related assets would be available to satisfy the guarantee obligations and therefore it is unlikely the Company will incur any future loss associated with these guarantees.

The Company has issued $201.6 million in standby letters of credit that guarantee future payments which may be required under certain insurance programs and in relation to certain environmental remediation activities described more fully in *Note R, Contingencies*.

The Company provides various limited and full recourse guarantees to financial institutions that provide financing to U.S. and Canadian Mac Tool distributors and franchisees for their initial purchase of the inventory and trucks necessary to function as a distributor and franchisee. In addition, the Company provides limited and full recourse guarantees to financial institutions that extend credit to certain end retail customers of its U.S. Mac Tool distributors and franchisees. The gross amount guaranteed in these arrangements is $72.5 million and the $11.2 million carrying value of the guarantees issued is recorded in Other liabilities in the Condensed Consolidated Balance Sheets.

The Company provides warranties on certain products across its businesses. The types of product warranties offered generally range from one year to limited lifetime. There are also certain products with no warranty. Further, the Company sometimes

incurs discretionary costs to service its products in connection with product performance issues. Historical warranty and service claim experience forms the basis for warranty obligations recognized. Adjustments are recorded to the warranty liability as new information becomes available.

The changes in the carrying amount of product warranties for the six months ended July 2, 2022 and July 3, 2021 are as follows:

| (Millions of Dollars) | 2022 | | 2021 | |
|---|---|---|---|---|
| Balance beginning of period | $ | 134.5 | $ | 107.9 |
| Warranties and guarantees issued | | 78.7 | | 70.4 |
| Warranty payments and currency | | (82.0) | | (77.4) |
| Balance end of period | $ | 131.2 | $ | 100.9 |

Product warranties totaling $5.0 million and $5.7 million were reclassified to held for sale as of July 2, 2022 and July 3, 2021, respectively.

## T.   DIVESTITURES

### Oil & Gas business

In June 2022, the Company announced that it had reached a definitive agreement for the sale of its Oil & Gas business as part of the Company's strategic commitment to simplify and streamline its portfolio to focus on the core Tools & Outdoor and Industrial businesses. Based on management's commitment to sell this business, the assets and liabilities related to Oil & Gas were classified as held for sale on the Company's Condensed Consolidated Balance Sheet as of July 2, 2022. There were no assets or liabilities held for sale relating to the Oil & Gas business as of January 1, 2022. This pending divestiture does not qualify for discontinued operations and therefore, its results are included in the Company's continuing operations within the Industrial segment for all periods presented.

Following is the pre-tax losses for this business for the three and six months ended July 2, 2022 and July 3, 2021:

| | Second Quarter | | | | Year-to-Date | | | |
|---|---|---|---|---|---|---|---|---|
| (Millions of Dollars) | 2022 | | 2021 | | 2022 | | 2021 | |
| Pre-tax losses | $ | (0.9) | $ | (9.0) | $ | (5.6) | $ | (10.1) |

In addition, the Company recognized a $168.4 million pre-tax asset impairment charge to adjust the carrying amount of the long-lived asset to its fair value less the costs to sell during the second quarter of 2022. The transaction is subject to regulatory approval and other customary closing conditions, and is expected to close in the second half of 2022.

### Mechanical Access Solutions business

On July 5, 2022, the Company completed the previously announced sale of its Mechanical Access Solutions ("MAS") business comprising of the automatic doors business to Allegion plc for proceeds of $922.8 million. As of July 2, 2022 and January 1, 2022, the assets and liabilities related to MAS were classified as held for sale on the Company's Condensed Consolidated Balance Sheets. The estimated pre-tax gain on sale to be recognized during the third quarter of 2022 is approximately $600 million to $650 million.

As part of the purchase and sale agreement, the Company will perform transition services relating to certain administrative functions for Purchaser primarily for a period of two years or less, pending integration of these functions into their pre-existing business processes.

### Commercial Electronic Security and Healthcare businesses

On July 22, 2022, the Company completed the previously announced sale of its Company's Convergent Security Solutions ("CSS") business comprising of the commercial electronic security and healthcare businesses to Securitas AB ("Purchaser") for proceeds of $3.2 billion. As of July 2, 2022 and January 1, 2022, the assets and liabilities related to CSS were classified as held for sale on the Company's Condensed Consolidated Balance Sheets. The estimated pre-tax gain on sale to be recognized during the third quarter of 2022 is approximately $400 million to $450 million.

As part of the purchase and sale agreement, the Company will perform transition services relating to certain administrative functions for Purchaser primarily for a period of one year or less, pending integration of these functions into their pre-existing

business processes. A portion of the $3.2 billion received at closing reimburses the Company for transition service costs expected to be incurred.

The MAS and CSS divestitures represent a single plan to exit the Security segment and are considered a strategic shift that will have a major effect on the Company's operations and financial results. As such, the operating results of the MAS and CSS are reported as discontinued operations. Amounts previously reported have been reclassified to conform to this presentation to allow for meaningful comparison of continuing operations. These divestitures allow the Company to invest in other areas of the Company that fit into its long-term growth strategy.

Summarized operating results of discontinued operations are presented in the following table for the three and six months ended July 2, 2022 and July 3, 2021:

| (Millions of Dollars) | Second Quarter | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Net Sales | $ 489.8 | $ 502.0 | $ 978.1 | $ 978.3 |
| Cost of sales | 325.9 | 320.3 | 638.5 | 620.1 |
| Selling, general, and administrative[1] | 139.6 | 134.5 | 277.8 | 268.3 |
| Other, net and restructuring charges | 17.9 | 14.8 | 33.2 | 26.4 |
| Earnings from discontinued operations before income taxes | $ 6.4 | $ 32.4 | $ 28.6 | $ 63.5 |
| Income taxes on discontinued operations | (2.6) | 6.4 | (0.2) | 10.3 |
| Net earnings from discontinued operations | $ 9.0 | $ 26.0 | $ 28.8 | $ 53.2 |

[1] Includes provision for credit losses.

The following table presents the significant non-cash items and capital expenditures for the discontinued operations with respect to MAS and CSS that are included in the Condensed Consolidated Statements of Cash Flows (in millions) for the three and six months ended July 2, 2022 and July 3, 2021:

| (Millions of Dollars) | Second Quarter | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Depreciation and amortization | $ — | $ 17.3 | $ 0.4 | $ 34.8 |
| Capital expenditures | $ 2.3 | $ 1.9 | $ 6.3 | $ 6.8 |
| Stock-based compensation | $ 9.2 | $ 1.9 | $ 18.5 | $ 3.9 |

The carrying amounts of the assets and liabilities that were aggregated in assets held for sale and liabilities held for sale as of July 2, 2022 and January 1, 2022 are presented in the following table:

| (Millions of Dollars) | July 2, 2022 | January 1, 2022 |
| --- | --- | --- |
| Cash and cash equivalents | $ 19.7 | $ 145.1 |
| Accounts and notes receivable, net | 548.3 | 513.9 |
| Inventories, net | 209.4 | 169.4 |
| Other current assets | 73.6 | 41.2 |
| Property, plant and equipment, net | 198.2 | 84.3 |
| Goodwill and other intangibles, net | 2,231.6 | 2,270.2 |
| Other assets | 302.8 | 281.3 |
| Valuation allowance | (168.4) | — |
| Total assets | $ 3,415.2 | $ 3,505.4 |
| Accounts payable and accrued expenses | $ 483.5 | $ 460.4 |
| Other long-term liabilities | 137.1 | 137.4 |
| Total liabilities | $ 620.6 | $ 597.8 |

38

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion contains statements reflecting the Company's views about its future performance that constitute "forward-looking statements" under the Private Securities Litigation Act of 1995. There are a number of important factors that could cause actual results to differ materially from those indicated by such forward-looking statements. Please read the information under the caption entitled "Cautionary Statement under the Private Securities Litigation Reform Act of 1995."*

*Throughout this Management's Discussion and Analysis ("MD&A"), references to Notes refer to the "Notes To (Unaudited) Condensed Consolidated Financial Statements" in Part 1, Item 1 of this Form 10-Q, unless otherwise indicated.*

**BUSINESS OVERVIEW**

***Strategy***

The Company is a global provider of hand tools, power tools, outdoor products and related accessories, as well as a leading provider of engineered fastening solutions and attachment tools for infrastructure applications. The Company has executed a growth and acquisition strategy that involves industry, geographic and customer diversification to foster sustainable revenue, earnings and cash flow growth over the long term. Over the next two to three years, the Company is focused on leveraging past acquisitions through an organic strategy that optimizes the newly focused portfolio surrounding its tools, outdoor and industrial businesses. Execution of this strategy means reducing complexity and optimizing the operating structure to invest in the Company's leading franchises to deliver above-market organic growth and to transform the supply chain to be shorter, closer to customers and more responsive to demand.

A key enabler of the strategy is the long-standing Stanley Black & Decker Operating Model ("SBD Operating Model") which has continually evolved over the past 15 years as times have changed. The core tenets of the SBD Operating Model include the concept of the interrelationship between people and technology, which intersect and interact with the other key elements that are focused on delivering capital efficient growth and margin expansion.

The Company's growth strategy is interdependent with its social responsibility strategy focused on workforce upskilling, product innovation, and environmental preservation including mitigating the impacts of climate change. These are core business issues that ensure the long-term viability of the Company, its customers, suppliers, and communities. The Company has established environmental, social and corporate governance ("ESG") targets embodied in its 2030 ESG strategy that include empowering 10 million makers and creators, enhancing 500 million lives through purpose-driven product innovation, becoming carbon-neutral, landfill-free across its operations, and reducing water use in water stressed and scarce areas. The carbon neutrality target includes third-party approved science-based targets to reduce absolute scope 1 and 2 greenhouse gas emissions by greater than 100% by 2030, and to reduce supply chain emissions by 35%. The Company's ESG strategy considers all life-cycle stages including material procurement from supply chain partners, product design, manufacturing, distribution and transportation, product use, product service and end-of-life. Refer to section "Human Capital Management" in Item 1 Business of the Company's Form 10-K for the year ended January 1, 2022 for additional information regarding the Company's commitment to upskilling its employees and improving diversity, equity and inclusion.

In terms of capital allocation, the Company remains committed, over the long-term, to returning approximately 50% of excess capital to shareholders through a strong and growing dividend as well as opportunistically repurchasing shares. The remaining capital (approximately 50%) will be deployed towards acquisitions. Over the next two to three years the Company expects to prioritize return of excess capital to shareholders.

Share Repurchases And Other Securities

During the first quarter of 2022, the Company repurchased 12,645,371 shares of common stock for approximately $2.3 billion through a combination of an accelerated share repurchase ("ASR") and open market share repurchases. The ASR terms provided for an initial delivery of 85% of the total notional share equivalent at execution, or 10,756,770 shares. The final delivery of the remaining shares totaling 3,211,317 under the ASR was completed during the second quarter of 2022. Refer to *Note J, Equity Arrangements*, for further discussion.

In addition, on April 23, 2021, the Board of Directors approved repurchases by the Company of its outstanding securities other than common stock up to an aggregate amount of $3.0 billion. No repurchases have been executed pursuant to this authorization to date.

39

Pending Sale of Oil & Gas business

In June 2022, the Company announced that it had reached a definitive agreement for the sale of its Oil & Gas business. The transaction is subject to regulatory approval and other customary closing conditions, and is expected to close in the second half of 2022.

Sale of Mechanical Access Solutions ("MAS")

On July 5, 2022, the Company completed the previously announced sale of its Mechanical Access Solutions ("MAS") business comprising of the automatic doors business to Allegion plc for proceeds of $922.8 million.

Sale of Convergent Security Solutions ("CSS")

On July 22, 2022, the Company completed the previously announced sale of its CSS business comprising of commercial electronic security and healthcare businesses to Securitas AB for proceeds of $3.2 billion.

Proceeds from the sale of these businesses are expected to be used to fund debt reduction and to contribute to the Company's share repurchase program completed during the first half of 2022. The use of proceeds towards a planned share repurchase program is consistent with the Company's long-term capital allocation strategy focused on value maximization.

Acquisitions

On December 1, 2021, the Company acquired the remaining 80 percent ownership stake in MTD Holdings Inc. ("MTD"), a privately held global manufacturer of outdoor power equipment. The Company previously acquired a 20 percent interest in MTD in January 2019. With over $2.6 billion of revenue in 2021, MTD designs, manufactures and distributes lawn tractors, zero turn ride on mowers, walk behind mowers, snow blowers, residential robotic mowers, handheld outdoor power equipment and garden tools for both residential and professional consumers under well-known brands like Cub Cadet® and Troy-Bilt®.

On November 12, 2021, the Company acquired Excel Industries ("Excel"). Excel is a leading designer and manufacturer of premium commercial and residential turf-care equipment under the brands of Hustler Turf Equipment® and BigDog Mower Co®. The Company believes this is a strategically important bolt-on acquisition that bolsters the presence in the independent dealer network.

The Company expects the combination of MTD, Excel and its existing outdoor strategic business unit in Tools & Outdoor will create a global leader in the $25 billion and growing outdoor category, with strong brands and growth opportunities. As part of the integration of these businesses, the Company plans to design, develop and manufacture battery and electric-powered solutions for professional and residential users. This will position the combined businesses to be a leader as preferences shift from gas powered equipment toward electrified solutions in outdoor power equipment.

Refer to *Note F, Acquisitions and Investments*, for further discussion.

Implementing Global Cost Reduction Program That Is Expected To Deliver $1 Billion Of Cost Savings By End of 2023 And Approximately $2 Billion Within 3 Years

The Company has launched a series of initiatives designed to generate cost savings by resizing the organization and maximizing cash flow, which will reduce inventory while driving long term growth and improved profitability. These initiatives will optimize the cost base for the current demand environment as well as provide a platform to fund future investments to accelerate growth in the core businesses. The Company expects these initiatives to generate cost savings of approximately $150 million to $200 million in the remainder of 2022, $1 billion by the end of 2023 and grow to approximately $2 billion within three years. In addition, the Company is aggressively reducing inventory to support a working capital reduction of $1.0 billion to $1.5 billion and strong free cash flow generation in the second half of 2022.

The Company's primary areas of strategic focus are:

- Prioritizing cash flow generation and inventory optimization;
- Streamlining and simplifying the organization, as well as shifting resources to prioritize investments that it believes impacts customers more directly;
- Accelerating the operations and supply chain transformation to better match the needs of its customers; and
- Continuing to advance innovation, electrification and global market penetration to achieve organic growth of 2-3 times the market.

40

Table of Contents

The Company expects to achieve $1 billion of cost savings by the end of 2023 through the following initiatives:

- Accelerating supply chain transformation ($0.5 billion);
- Simplifying the corporate structure ($0.2 billion);
- Optimizing organizational spans and layers and prioritizing investments in its core businesses ($0.1 billion); and
- Reducing indirect spend ($0.2 billion).

While the supply chain transformation is expected to generate significant cost savings through 2023, the Company is embarking on a three-year journey to completely reshape its supply chain. By moving closer to its customers, becoming more responsive to demand and enabling an agile innovation approach with shorter cycle times, the Company expects to deliver approximately $1.5 billion of cumulative cost savings to achieve 35%+ adjusted gross margins. To drive these efficiencies, the plan will focus on:

- Leveraging strategic sourcing and contract manufacturing ($0.5 billion);
- Consolidating facilities with a 30%+ reduction in manufacturing facilities from approximately 120 today ($0.3 billion);
- Executing the SBD Operating Model to deliver operational excellence through efficiency, simplified organizational design and inventory optimization ($0.4 billion); and
- Platforming products and implementing initiatives to drive a 40%+ SKU reduction ($0.3 billion).

***Segments***

The Company's operations are classified into two reportable business segments: Tools & Outdoor and Industrial.

<u>Tools & Outdoor</u>

The Tools & Outdoor segment is comprised of the Power Tools Group ("PTG"), Hand Tools, Accessories & Storage ("HTAS"), and Outdoor Power Equipment ("Outdoor") businesses. Annual revenues in the Tools & Outdoor segment were $12.8 billion in 2021, representing 82% of the Company's total revenues.

The PTG business includes both professional and consumer products. Professional products include professional grade corded and cordless electric power tools and equipment including drills, impact wrenches and drivers, grinders, saws, routers and sanders, as well as pneumatic tools and fasteners including nail guns, nails, staplers and staples, concrete and masonry anchors. Consumer products include corded and cordless electric power tools sold primarily under the BLACK+DECKER® brand, and home products such as hand-held vacuums, paint tools and cleaning appliances.

The HTAS business sells hand tools, power tool accessories and storage products. Hand tools include measuring, leveling and layout tools, planes, hammers, demolition tools, clamps, vises, knives, saws, chisels and industrial and automotive tools. Power tool accessories include drill bits, screwdriver bits, router bits, abrasives, saw blades and threading products. Storage products include tool boxes, sawhorses, medical cabinets and engineered storage solution products.

The Outdoor business primarily sells corded and cordless electric lawn and garden products, including hedge trimmers, string trimmers, lawn mowers, pressure washers and related accessories, and gas powered lawn and garden products, including lawn tractors, zero turn ride on mowers, walk behind mowers, snow blowers, residential robotic mowers, utility terrain vehicles (UTVs), handheld outdoor power equipment, garden tools, and parts and accessories to professionals and consumers under the DEWALT®, CUB CADET®, BLACK+DECKER®, CRAFTSMAN®, TROY-BILT®, and HUSTLER® brand names.

<u>Industrial</u>

The Industrial segment is comprised of the Engineered Fastening and Infrastructure businesses. Annual revenues in the Industrial segment were $2.5 billion in 2021, representing 16% of the Company's total revenues.

The Engineered Fastening business primarily sells highly engineered components such as fasteners, fittings and various engineered products, which are designed for specific application across multiple verticals. The product lines include externally threaded fasteners, blind rivets and tools, blind inserts and tools, drawn arc weld studs and systems, engineered plastic and mechanical fasteners, self-piercing riveting systems, precision nut running systems, micro fasteners, high-strength structural fasteners, axel swage, latches, heat shields, pins, and couplings.

The Infrastructure business consists of the Attachment Tools and Oil & Gas product lines. Attachment Tools sells hydraulic tools and high quality, performance-driven heavy equipment attachment tools for off-highway applications. Oil & Gas sells and rents custom pipe handling, joint welding and coating equipment used in the construction of large and small diameter pipelines and provides pipeline inspection services.

## RESULTS OF OPERATIONS

The Company's results represent continuing operations and exclude the commercial electronic security, healthcare, and automatic doors businesses, unless specifically noted. These divestitures represent a single plan to exit the Security segment and are considered a strategic shift that will have a major effect on the Company's operations and financial results. Therefore, the operating results of these businesses have been classified as discontinued operations. The pending divestiture of the Oil & Gas business did not qualify for discontinued operations and therefore, its results are included in the Company's continuing operations within the Industrial segment for all periods presented.

### *Certain Items Impacting Earnings*

The Company has provided a discussion of its results both inclusive and exclusive of acquisition-related and other charges. Organic growth is also utilized to describe results aside from the impacts of foreign currency fluctuations, acquisitions during their initial 12 months of ownership, and divestitures. The results and measures, including gross profit, selling, general, and administrative ("SG&A"), Other, net, and segment profit, on a basis excluding acquisition-related and other charges, and organic growth are Non-GAAP financial measures. The Company considers the use of Non-GAAP financial measures relevant to aid analysis and understanding of the Company's results and business trends aside from the material impact of these items and ensures appropriate comparability to operating results of prior periods.

The Company's operating results at the consolidated level as discussed below include and exclude acquisition-related and other charges impacting gross profit, SG&A, and Other, net. The Company's business segment results as discussed below include and exclude acquisition-related and other charges impacting gross profit and SG&A. These amounts for the second quarter and year-to-date periods of 2022 and 2021 are as follows:

Second Quarter 2022

| (Millions of Dollars) | | GAAP | | Acquisition-Related Charges & Other | | Non-GAAP |
|---|---|---|---|---|---|---|
| Gross profit | $ | 1,207.1 | $ | 16.6 | $ | 1,223.7 |
| Selling, general and administrative[1] | | 852.7 | | (32.9) | | 819.8 |
| Operating profit | | 354.4 | | 49.5 | | 403.9 |
| Earnings from continuing operations before income taxes and equity interest | | 15.9 | | 248.1 | | 264.0 |
| Income taxes on continuing operations | | (62.8) | | 52.5 | | (10.3) |
| Net Earnings from Continuing Operations Attributable to Common Shareowners - Diluted | | 79.0 | | 195.6 | | 274.6 |
| Diluted earnings per share of common stock - Continuing operations | $ | 0.51 | $ | 1.26 | $ | 1.77 |

[1] Includes provision for credit losses

The Acquisition-Related Charges and Other in the table above relate to the following:

- Charges reducing Gross profit primarily pertaining to inventory step-up charges;
- Charges in SG&A primarily related to integration-related costs;
- Other charges included in Earnings from continuing operations before income taxes and equity interest consisting of:
    - $10.9 million in Other, net primarily related to a voluntary retirement program;
    - $0.2 million gain pertaining to a previously divested business;
    - $168.4 million asset impairment charge related to the Oil & Gas business; and,
    - $19.5 million of restructuring charges primarily pertaining to severance and related costs;
- Income taxes on continuing operations include the tax effect on the above net charges.

Year-To-Date 2022

Table of Contents

| (Millions of Dollars) | | GAAP | | Acquisition-Related Charges & Other | | Non-GAAP |
|---|---|---|---|---|---|---|
| Gross profit | $ | 2,512.5 | $ | 105.4 | $ | 2,617.9 |
| Selling, general and administrative[1] | | 1,813.0 | | (111.8) | | 1,701.2 |
| Operating profit | | 699.5 | | 217.2 | | 916.7 |
| Earnings from continuing operations before income taxes and equity interest | | 194.4 | | 469.5 | | 663.9 |
| Income taxes on continuing operations | | (39.9) | | 82.3 | | 42.4 |
| Net Earnings from Continuing Operations Attributable to Common Shareowners - Diluted | | 234.8 | | 387.2 | | 622.0 |
| Diluted earnings per share of common stock - Continuing operations | $ | 1.47 | $ | 2.41 | $ | 3.88 |

[1] Includes provision for credit losses

The Acquisition-Related Charges and Other in the table above relate to the following:

- Charges reducing Gross profit primarily pertaining to inventory step-up charges and the Russia business closure;
- Charges in SG&A primarily related to a voluntary retirement program, integration-related costs, and the Russia business closure;
- Other charges included in Earnings from continuing operations before income taxes and equity interest consisting of:
  - $11.9 million in Other, net primarily related to a voluntary retirement program and deal transaction costs;
  - $0.2 million gain on a previously divested business;
  - $168.4 million asset impairment charge related to the Oil & Gas business; and,
  - $72.2 million of restructuring charges primarily pertaining to severance and related costs;
- Income taxes on continuing operations include the tax effect on the above net charges.

Second Quarter 2021

| (Millions of Dollars) | | GAAP | | Acquisition-Related Charges & Other | | Non-GAAP |
|---|---|---|---|---|---|---|
| Gross profit | $ | 1,361.8 | $ | 1.3 | $ | 1,363.1 |
| Selling, general and administrative[1] | | 767.1 | | (18.4) | | 748.7 |
| Operating profit | | 594.7 | | 19.7 | | 614.4 |
| Earnings from continuing operations before income taxes and equity interest | | 495.4 | | 33.2 | | 528.6 |
| Income taxes on continuing operations | | 67.3 | | 8.4 | | 75.7 |
| Share of net earnings of equity method investment | | 4.4 | | 11.0 | | 15.4 |
| Net Earnings from Continuing Operations Attributable to Common Shareowners - Diluted | | 429.0 | | 35.8 | | 464.8 |
| Diluted earnings per share of common stock - Continuing operations | $ | 2.60 | $ | 0.21 | $ | 2.81 |

[1] Includes provision for credit losses

The Acquisition-Related Charges and Other in the table above relate to the following:

- Charges reducing Gross profit pertaining to facility-related charges;
- Charges in SG&A primarily for functional transformation initiatives;
- Other charges included in Earnings from continuing operations before income taxes and equity interest consisting of:
  - $0.5 million in Other, net primarily related to deal transactions costs;
  - $2.6 million net loss pertaining to a previously divested business; and
  - $10.4 million of restructuring charges pertaining to severance and facility closures;
- Income taxes on continuing operations include the tax effect on the above net charges.

Year-To-Date 2021

43

| (Millions of Dollars) | GAAP | | Acquisition-Related Charges & Other | | Non-GAAP | |
|---|---|---|---|---|---|---|
| Gross profit | $ | 2,749.6 | $ | 5.7 | $ | 2,755.3 |
| Selling, general and administrative[1] | | 1,486.2 | | (33.4) | | 1,452.8 |
| Operating profit | | 1,263.4 | | 39.1 | | 1,302.5 |
| Earnings from continuing operations before income taxes and equity interest | | 1,068.7 | | 57.0 | | 1,125.7 |
| Income taxes on continuing operations | | 182.8 | | 14.4 | | 197.2 |
| Share of net earnings of equity method investment | | 6.2 | | 11.2 | | 17.4 |
| Net Earnings from Continuing Operations Attributable to Common Shareowners - Diluted | | 880.0 | | 53.8 | | 933.8 |
| Diluted earnings per share of common stock - Continuing operations | $ | 5.34 | $ | 0.33 | $ | 5.67 |

[1] Includes provision for credit losses

The Acquisition-Related Charges and Other in the table above relate to the following:

- Charges reducing Gross profit pertaining to facility-related charges;
- Charges in SG&A primarily for functional transformation initiatives;
- Other charges included in Earnings from continuing operations before income taxes and equity interest consisting of:
    ◦ $2.1 million in Other, net primarily related to deal transactions costs;
    ◦ $3.6 million net loss pertaining to a previously divested business; and
    ◦ $12.2 million of restructuring charges pertaining to severance and facility closures;
- Income taxes on continuing operations include the tax effect on the above net charges.

Below is a summary of the Company's operating results at the consolidated level, followed by an overview of business segment performance.

### Consolidated Results

*Net Sales:* Net sales were $4.393 billion in the second quarter of 2022 compared to $3.799 billion in the second quarter of 2021, representing an increase of 16%, primarily driven by a 24% increase from strategic outdoor power equipment acquisitions and a 7% increase from price realization, partially offset by a 13% and 2% decrease from volume and foreign currency, respectively. Tools & Outdoor net sales increased 17% compared to the second quarter of 2021 due to a 28% increase from the MTD and Excel acquisitions and a 7% increase in price, partially offset by a 16% decline in volume and a 2% decrease from foreign currency. Industrial net sales increased by 8% compared to the second quarter of 2021 as an 8% increase in price and 4% increase in volume was partially offset by a 4% impact from foreign currency.

Net sales were $8.841 billion in the first half of 2022 compared to $7.520 billion in the first half of 2021, representing an increase of 18%, primarily driven by a 23% increase from strategic outdoor power equipment acquisitions and a 6% increase from price realization, partially offset by 9% and 2% decreases from volume and foreign currency, respectively. Tools & Outdoor net sales increased 21% compared to the first half of 2021 due to a 28% increase from the MTD and Excel acquisitions and a 6% increase in price, partially offset by an 11% decline in volume and a 2% decrease from foreign currency. Industrial net sales increased 3% compared to the first half of 2021 as a 7% increase in price was partially offset by a 3% impact from foreign currency and a modest decline in volume of 1%.

*Gross Profit:* Gross profit was $1.207 billion, or 27.5% of net sales, in the second quarter of 2022 compared to $1.362 billion, or 35.8% of net sales, in the second quarter of 2021. Acquisition-related and other charges, which reduced gross profit, were $16.6 million for the three months ended July 2, 2022 and $1.3 million for the three months ended July 3, 2021. Excluding these charges, gross profit was 27.9% of net sales for the three months ended July 2, 2022, compared to 35.9% for the three months ended July 3, 2021, as price realization was more than offset by commodity inflation, higher supply chain costs and lower volume.

Gross profit was $2.513 billion, or 28.4% of net sales, in the first half of 2022 compared to $2.750 billion, or 36.6% of net sales, in the first half of 2021. Acquisition-related and other charges, which reduced gross profit, were $105.4 million for the six months ended July 2, 2022 and $5.7 million for the six months ended July 3, 2021. Excluding these charges, gross profit was 29.6% of net sales for the six months ended July 2, 2022, compared to 36.6% for the six months ended July 3, 2021, driven by the factors discussed above that impacted the second quarter of 2022.

44

Table of Contents

*SG&A Expenses:* SG&A, inclusive of the provision for credit losses, was $852.7 million, or 19.4% of net sales, in the second quarter of 2022, compared to $767.1 million, or 20.2% of net sales, in the second quarter of 2021. Within SG&A, acquisition-related and other charges totaled $32.9 million for the three months ended July 2, 2022 and $18.4 million for the three months ended July 3, 2021. Excluding these charges, SG&A was 18.7% of net sales for the three months ended July 2, 2022, compared to 19.7% for the three months ended July 3, 2021.

SG&A, inclusive of the provision for credit losses, was $1.813 billion, or 20.5% of net sales, in the first half of 2022, compared to $1.486 billion, or 19.8% of net sales, in the first half of 2021. Within SG&A, acquisition-related and other charges totaled $111.8 million for the six months ended July 2, 2022 and $33.4 million for the six months ended July 3, 2021. Excluding these charges, SG&A was 19.2% of net sales for the six months ended July 2, 2022, compared to 19.3% for the six months ended July 3, 2021.

Distribution center costs (i.e. warehousing and fulfillment facility and associated labor costs) are classified within SG&A. This classification may differ from other companies who may report such expenses within cost of sales. Due to diversity in practice, to the extent the classification of these distribution costs differs from other companies, the Company's gross margins may not be comparable.

*Other, net:* Other, net amounted to $79.1 million and $42.5 million in the second quarter of 2022 and 2021, respectively. Excluding acquisition-related and other charges of $10.9 million, Other, net totaled $68.2 million for the three months ended July 2, 2022. Excluding acquisition-related and other charges of $0.5 million, Other, net totaled $42.0 million for the three months ended July 3, 2021. The increase in 2022 compared to 2021 is driven by higher intangible asset amortization due to the MTD and Excel acquisitions.

Other, net amounted to $141.1 million and $90.5 million in the first half of 2022 and 2021, respectively. Excluding acquisition-related and other charges of $11.9 million, Other, net totaled $129.2 million for the six months ended July 2, 2022. Excluding acquisition-related and other charges of $2.1 million, Other, net totaled $88.4 million for the six months ended July 3, 2021. The increase in 2022 compared to 2021 is driven by higher intangible asset amortization due to the MTD and Excel acquisitions.

*(Gain) Loss on Sales of Businesses*: During the second quarter of 2022 and 2021, the Company recorded a pre-tax gain of $0.2 million and a pre-tax loss of $2.6 million, respectively, related to previously divested businesses.

During the first half of 2022 and 2021, the Company recorded a pre-tax gain of $0.2 million and a pre-tax loss of $3.6 million, respectively, related to previously divested businesses.

*Asset Impairment Charge*: During the second quarter of 2022 the Company recorded a pre-tax impairment loss of $168.4 million related to the Oil & Gas business. Refer to *Footnote T, Divestitures*, for additional information on the pending divestiture of the Oil & Gas business.

*Interest, net:* Net interest expense was $71.7 million in the second quarter of 2022 compared to $43.8 million in the second quarter of 2021. On a year-to-date basis, net interest expense was $123.6 million in 2022 and $88.4 million in 2021. The year-over-year increase was primarily driven by higher U.S. interest rates and higher average balances relating to the Company's commercial paper borrowings, as well as the $2.25 billion credit facility and $1.0 billion issuance of debt in the first quarter of 2022.

*Income Taxes:* The Company recognized income tax benefit of $62.8 million and $39.9 million for the three and six months ended July 2, 2022, respectively, resulting in effective tax rates of (395.0)% and (20.5)%. These effective tax rates differ from the U.S. statutory tax rate primarily due to a benefit associated with the anticipated disposition of the Company's Oil & Gas business, the continued reorganization of the supply chain, the impact of lower forecasted earnings in North America and the re-measurement of uncertain tax positions. Excluding the impacts of the acquisition-related and other charges, the effective tax rates were (3.9)% and 6.4% for the three and six months ended July 2, 2022, respectively. These effective tax rates differ from the U.S. statutory tax rate due to the items discussed above, excluding the benefit associated with the anticipated disposition of the Company's Oil & Gas business.

The Company recognized income tax expense of $67.3 million and $182.8 million for the three and six months ended July 3, 2021, respectively, resulting in effective tax rates of 13.6% and 17.1%. Excluding the impacts of the acquisition-related and other charges, the effective tax rates were 14.3% and 17.5% for the three and six months ended July 3, 2021, respectively. These effective tax rates differ from the U.S. statutory tax rate primarily due to tax on foreign earnings, the re-measurement of uncertain tax position reserves, the re-measurement of the deferred tax assets and liabilities due to foreign corporate income tax rate changes, and the tax benefit of equity-based compensation.

### Business Segment Results

The Company's reportable segments are aggregations of businesses that have similar products, services and end markets, among other factors. The Company utilizes segment profit which is defined as net sales minus cost of sales and SG&A inclusive of the provision for credit losses (aside from corporate overhead expense), and segment profit as a percentage of net sales to assess the profitability of each segment.

The Company's operations are classified into two reportable business segments: Tools & Outdoor and Industrial.

### Tools & Outdoor:

| (Millions of Dollars) | Second Quarter | | | | Year-to-Date | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **2022** | | 2021 | | **2022** | | 2021 | |
| Net sales | $ | **3,744.9** | $ | 3,196.5 | $ | **7,546.1** | $ | 6,259.4 |
| Segment profit | $ | **361.6** | $ | 627.0 | $ | **740.1** | $ | 1,271.7 |
| % of Net sales | | **9.7 %** | | 19.6 % | | **9.8 %** | | 20.3 % |

Tools & Outdoor net sales increased $548.4 million, or 17%, in the second quarter of 2022 compared to the second quarter of 2021, as a 28% increase from the MTD and Excel acquisitions and a 7% increase in price were partially offset by lower volume of 16% and 2% from unfavorable currency impacts. Regional year-over-year organic revenue was flat in the emerging markets and had 10% and 11% declines in Europe and North America, respectively. Sales in outdoor products were impacted by a very slow start to the season due to poor weather and a slowing consumer demand environment in the last portion of the quarter, and as a result, were down 8% on a proforma basis. The Tools business had in-line performance through late May, after which, demand slowed significantly for the remainder of the quarter. U.S. retail point-of-sale demand softened during the last portion of the quarter and appears to be stabilizing above 2019 levels on a total dollar basis, supported by price increases and professional demand.

Tools & Outdoor net sales increased $1.287 billion, or 21%, in the first half of 2022 compared to the first half of 2021, primarily driven by a 28% increase from the MTD and Excel acquisitions and a 6% increase in price, partially offset by lower volume of 11% and 2% from unfavorable currency impacts. Organic revenue in emerging markets increased 3% year-over-year and declined in Europe and North America by 4% and 7%, respectively. The year-over-year change was primarily driven by the same factors that impacted the second quarter of 2022, as discussed above.

Segment profit for the second quarter of 2022 was $361.6 million, or 9.7% of net sales, compared to $627.0 million, or 19.6% of net sales, in the second quarter of 2021. Excluding acquisition-related and other charges of $41.3 million and $9.2 million for the three months ended July 2, 2022 and July 3, 2021, respectively, segment profit was 10.8% of net sales in the second quarter of 2022 and 19.9% in the second quarter of 2021, as the benefit from price realization was more than offset by inflation, higher supply chain costs and lower volume.

Segment profit for the first half of 2022 was $740.1 million, or 9.8% of net sales, compared to $1.272 billion, or 20.3% of net sales, in the first half of 2021. Excluding acquisition-related and other charges of $195.0 million and $13.4 million for the six months ended July 2, 2022 and July 3, 2021, respectively, segment profit was 12.4% of net sales in the first half of 2022 and 20.5% in the first half of 2021, primarily driven by the same factors discussed above.

### Industrial:

| (Millions of Dollars) | Second Quarter | | | | Year-to-Date | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **2022** | | 2021 | | **2022** | | 2021 | |
| Net sales | $ | **648.1** | $ | 602.2 | $ | **1,294.7** | $ | 1,259.9 |
| Segment profit | $ | **58.3** | $ | 60.5 | $ | **99.6** | $ | 160.3 |
| % of Net sales | | **9.0 %** | | 10.0 % | | **7.7 %** | | 12.7 % |

Industrial net sales increased $45.9 million, or 8%, in the second quarter of 2022 compared to the second quarter of 2021, driven by an 8% increase in price and 4% increase in volume partially offset by 4% from unfavorable currency impacts. Engineered Fastening organic revenues were up by 7% led by growth in aerospace, general industrial and automotive fasteners. Infrastructure organic revenues were up 26%, with attachment tools delivering 17% growth while the business maintained a healthy backlog.

Industrial net sales increased $34.8 million, or 3%, in the first half of 2022 compared to the first half of 2021, as a 7% increase in price was partially offset by unfavorable currency impacts of 3% and a modest decline in volume of 1%. Engineered Fastening and Infrastructure organic revenues grew 3% and 14%, respectively, primarily driven by the same factors discussed above.

Industrial segment profit for the second quarter of 2022 totaled $58.3 million, or 9.0% of net sales, compared to $60.5 million, or 10.0% of net sales, in the corresponding 2021 period. Excluding acquisition-related and other charges of $1.9 million and $3.0 million for the three months ended July 2, 2022 and July 3, 2021, respectively, segment profit amounted to 9.3% of net sales in the second quarter of 2022, down 120 basis points from 10.5% in the second quarter of 2021 as volume growth and price realization were more than offset by commodity inflation, higher supply chain costs and adverse mix.

Industrial segment profit for the first half of 2022 totaled $99.6 million, or 7.7% of net sales, compared to $160.3 million, or 12.7% of net sales, in the corresponding 2021 period. Excluding acquisition-related and other charges of $5.4 million and $6.6 million for the six months ended July 2, 2022 and July 3, 2021, respectively, segment profit amounted to 8.1% of net sales in the first half of 2022 compared to 13.2% in the first half of 2021 primarily driven by the same factors discussed above.

### *Corporate Overhead*

Corporate Overhead includes the corporate overhead element of SG&A, which is not allocated to the business segments. Corporate Overhead amounted to $65.5 million and $92.8 million in the second quarter of 2022 and 2021, respectively. Excluding acquisition-related and other charges of $6.3 million for the three months ended July 2, 2022 and $7.5 million for the three months ended July 3, 2021, the corporate overhead element of SG&A was $59.2 million and $85.3 million for the three months ended July 2, 2022 and July 3, 2021, respectively. The decrease in 2022 compared to 2021 was primarily due to lower employee-related costs.

On a year-to-date basis, the corporate overhead element of SG&A amounted to $140.2 million in 2022 compared to $168.6 million in 2021. Excluding acquisition-related and other charges of $16.8 million for the six months ended July 2, 2022 and $19.1 million for the six months ended July 3, 2021, the corporate overhead element of SG&A was $123.4 million and $149.5 million for the six months ended July 2, 2022 and July 3, 2021, respectively, primarily driven by the same factor discussed above.

## RESTRUCTURING ACTIVITIES

A summary of the restructuring reserve activity from January 1, 2022 to July 2, 2022 is as follows:

| *(Millions of Dollars)* | January 1, 2022 | | Net Additions | | Usage | | Currency | | July 2, 2022 |
|---|---|---|---|---|---|---|---|---|---|
| Severance and related costs | $ | 28.2 | $ | 64.6 | $ | (43.5) | $ | 2.1 | $ | **51.4** |
| Facility closures and asset impairments | | 3.5 | | 7.6 | | (8.6) | | 0.1 | | **2.6** |
| **Total** | $ | 31.7 | $ | 72.2 | $ | (52.1) | $ | 2.2 | $ | **54.0** |

For the three and six months ended July 2, 2022, the Company recognized net restructuring charges of $19.5 million and $72.2 million, primarily related to severance and related costs. The Company expects to achieve annual net cost savings of approximately $154 million by the end of 2022 related to the restructuring costs incurred during the six months ended July 2, 2022. The majority of the $54.0 million of reserves remaining as of July 2, 2022 is expected to be utilized within the next 12 months.

### *Segments:*

The $72 million of net restructuring charges for the six months ended July 2, 2022 includes: $45 million in the Tools & Outdoor segment; $16 million in the Industrial segment; and $11 million in Corporate.

The $19 million of net restructuring charges for the three months ended July 2, 2022 includes: $2 million in the Tools & Outdoor segment; $8 million in the Industrial segment; and $9 million in Corporate.

The anticipated annual net cost savings of approximately $154 million related to the 2022 restructuring actions include: $113 million in the Tools & Outdoor segment; $18 million in the Industrial segment; and $23 million in Corporate.

**2022 OUTLOOK**

This outlook discussion is intended to provide broad insight into the Company's near-term earnings and cash flow generation prospects. The Company is revising its 2022 diluted earnings per share outlook to $0.80 - $2.05 on a diluted GAAP basis, from $7.20 - $8.30, and on an adjusted diluted EPS basis to $5.00 to $6.00 from $9.50 to $10.50. Free cash flow is expected to be approximately $0.4 billion to $1.0 billion in the second half of the year including tax payments of $0.5 billion to $0.6 billion associated with Security divestitures. Excluding such payments, cash generation is expected to be $1.0 billion to $1.5 billion driven by working capital reductions. The Company is focused on serving its customers by improving power tool supply while reducing inventory in other categories. The Company remains focused on disciplined capital allocation, and intends to balance share repurchase activity with its commitment to dividends and strong investment grade credit ratings.

The Company has changed the following assumptions for 2022 from its prior outlook: lower second half revenue, primarily driven by slowing consumer demand in Tools & Outdoor and moderated expectations for price will approximate $4.25 of dilution to earnings per share; currency translation, other items below operating margin and second quarter performance will approximate $0.55 of dilution to earnings per share; the impact from plant production curtailments will approximate $0.50 to $0.70 of dilution to earnings per share; and the 2022 impact from cost savings initiatives will approximate $0.80 to $1.00 of accretion per diluted share.

The difference between the 2022 diluted earnings per share outlook and the diluted earnings per share range, excluding charges, is $3.95 to $4.20, consisting of acquisition-related and other charges. These forecasted charges primarily relate to restructuring expenses, a voluntary retirement program, the Russia business closure, integration-related costs, a non-cash impairment charge for Oil & Gas, and non-cash inventory step-up charges.

**FINANCIAL CONDITION**

*Liquidity, Sources and Uses of Capital:* The Company's primary sources of liquidity are cash flows generated from operations and available lines of credit under various credit facilities.

*Operating Activities:* Cash flows used in operations were $443.9 million in the second quarter of 2022 compared to cash provided by operations of $444.4 million in the corresponding period of 2021, primarily driven by lower payable balances and lower earnings. Year-to-date cash flows used in operations were $1.685 billion in 2022 compared to cash provided by operations of $286.6 million in 2021. The year-over-year change was mainly attributable to lower payable balances, lower earnings, and higher inventory levels due to the impact of softer demand and the dwindling effects of supply chain constraints.

*Free Cash Flow:* Free cash flow, as defined in the table below, was an outflow of $589.6 million in the second quarter of 2022 compared to and inflow of $339.3 million in the corresponding period of 2021. On a year-to-date basis, free cash flow was an outflow of $1.971 billion in 2022 compared to an inflow of $93.2 million in 2021.The decrease in free cash flow during both periods were due to the same factors discussed above in operating activities. The Company has implemented significant production curtailments to slow finished goods manufacturing and expects inventory to decline sequentially beginning in the third quarter of 2022. Management considers free cash flow an important indicator of its liquidity, as well as its ability to fund future growth and provide dividends to shareowners, and is useful information for investors. Free cash flow does not include deductions for mandatory debt service, other borrowing activity, discretionary dividends on the Company's common and preferred stock and business acquisitions, among other items.

| | Second Quarter | | Year-to-Date | |
|---|---|---|---|---|
| *(Millions of Dollars)* | **2022** | **2021** | **2022** | **2021** |
| Net cash (used in) provided by operating activities | $ (443.9) | $ 444.4 | $ (1,685.0) | $ 286.6 |
| Less: capital and software expenditures | (145.7) | (105.1) | (285.5) | (193.4) |
| Free cash flow | $ (589.6) | $ 339.3 | $ (1,970.5) | $ 93.2 |

*Investing Activities:* Cash flows used in investing activities totaled $154.3 million and $108.8 million in the second quarter of 2022 and 2021, respectively, primarily due to capital and software expenditures of $145.7 million and $105.1 million, respectively.

Year-to-date cash flows used in investing activities totaled $317.7 million in 2022 primarily due to capital and software expenditures of $285.5 million and acquisitions of businesses, net of cash acquired, of $45.6 million. Cash flows used in investing activities totaled $256.7 million in the first half of 2021, primarily due to capital and software expenditures of $193.4 million and net investment hedge settlements of $52.6 million.

48

*Financing Activities:* Cash flows provided by financing activities totaled $608.2 million in the second quarter of 2022 primarily driven by net short-term borrowings of $746.6 million, partially offset by cash dividend payments on common stock of $114.0 million. Cash flows used in financing activities totaled $853.3 million in the second quarter of 2021 primarily driven by the Series C Preferred Stock redemption and conversion for $750.0 million and cash dividend payments on common stock of $111.6 million.

Cash flows provided by financing activities totaled $2.034 billion in the first quarter of 2022 primarily driven by net short-term borrowings of $3.591 billion and proceeds from debt issuances, net of fees, of $992.6 million, partially offset by share repurchases of $2.314 billion and cash dividend payments on common stock of $230.3 million. Cash flows used in financing activities totaled $948.3 million in the first half of 2021 primarily driven by by the Series C Preferred Stock redemption and conversion for $750.0 million and cash dividend payments on common stock of $221.7 million, partially offset by proceeds from issuances of common stock of $100.4 million.

### *Credit Ratings & Liquidity:*

The Company maintains strong investment grade credit ratings from the major U.S. rating agencies on its senior unsecured debt (S&P A, Fitch A-, Moody's Baa1), as well as its commercial paper program (S&P A-1, Fitch F1, Moody's P-2). There were no changes to any of the Company's credit ratings, however Moody's Corporation changed the Company's outlook from "stable" to "negative" during the second quarter of 2022. Failure to maintain strong investment grade credit rating levels could adversely affect the Company's cost of funds, liquidity and access to capital markets, but would not have an adverse effect on the Company's ability to access its existing committed credit facilities.

Cash and cash equivalents totaled $282.3 million and $142.1 million as of July 2, 2022 and January 1, 2022, respectively, which was primarily held in the U.S.

As a result of the Tax Cuts and Jobs Act (the "Act"), the Company's tax liability related to the one-time transition tax associated with unremitted foreign earnings and profits totaled $252 million at July 2, 2022. The Act permits a U.S. company to elect to pay the net tax liability interest-free over a period of up to eight years. The Company has considered the implications of paying the required one-time transition tax and believes it will not have a material impact on its liquidity.

The Company has a $3.5 billion commercial paper program which includes Euro denominated borrowings in addition to U.S. Dollars. As of July 2, 2022 and January 1, 2022, the Company had borrowings outstanding of $3.3 billion and $2.2 billion, respectively.

The Company has a five-year $2.5 billion committed credit facility (the "5-Year Credit Agreement"). Borrowings under the 5-Year Credit Agreement may be made in U.S. Dollars, Euros or Pounds Sterling. A sub-limit amount of $814.3 million is designated for swing line advances which may be drawn in Euros pursuant to the terms of the 5-Year Credit Agreement. Borrowings bear interest at a floating rate plus an applicable margin dependent upon the denomination of the borrowing and specific terms of the 5-Year Credit Agreement. The Company must repay all advances under the 5-Year Credit Agreement by the earlier of September 8, 2026 or upon termination. The 5-Year Credit Agreement is designated to be a liquidity back-stop for the Company's $3.5 billion U.S. Dollar and Euro commercial paper program. As of July 2, 2022 and January 1, 2022, the Company had not drawn on its five-year committed credit facility.

The Company has a 364-Day $1.0 billion committed credit facility (the "364-Day Credit Agreement"). Borrowings under the 364-Day Credit Agreement may be made in U.S. Dollars or Euros and bear interest at a floating rate plus an applicable margin dependent upon the denomination of the borrowing and pursuant to the terms of the 364-Day Credit Agreement. The Company must repay all advances under the 364-Day Credit Agreement by the earlier of September 7, 2022 or upon termination. The Company may, however, convert all advances outstanding upon termination into a term loan that shall be repaid in full no later than the first anniversary of the termination date provided that the Company, among other things, pays a fee to the administrative agent for the account of each lender. The 364-Day Credit Agreement serves as part of the liquidity back-stop for the Company's $3.5 billion U.S. Dollar and Euro commercial paper program. As of July 2, 2022 and January 1, 2022, the Company had not drawn on its 364-Day committed credit facility.

The Company has a second 364-Day $1.0 billion committed credit facility (the "Second 364-Day Credit Agreement"). Borrowings under the Second 364-Day Credit Agreement may be made in U.S. Dollars and Euros and bear interest at a base rate plus an applicable margin determined at the time of the borrowing. The Company must repay all advances under the Second 364-Day Credit Agreement by the earlier of November 15, 2022 or upon termination. The Company may, however, convert all advances outstanding upon termination into a term loan that shall be repaid in full no later than the first anniversary

of the termination date provided that the Company, among other things, pays a fee to the administrative agent for the account of each lender. As of July 2, 2022 and January 1, 2022, the Company had not drawn on its Second 364-Day Credit Agreement.

In January 2022, the Company executed a third 364-Day $2.5 billion committed credit facility (the "Third 364-Day Credit Agreement"). Borrowings under the Third 364-Day Credit Agreement shall be made in U.S. Dollars and bear interest at a base rate plus an applicable margin determined at the time of the borrowing. The Company must repay all advances under the Third 364-Day Credit Agreement by the earlier of January 25, 2023 or upon termination. The Company may, however, convert all advances outstanding upon termination into a term loan that shall be repaid in full no later than the first anniversary of the termination date provided that the Company, among other things, pays a fee to the administrative agent for the account of each lender. As of July 2, 2022, the Company had $2.5 billion outstanding on its Third 364-Day Credit Agreement.

In February 2022, the Company issued $500.0 million of senior unsecured term notes maturing February 24, 2025 ("2025 Term Notes") and $500.0 million of senior unsecured term notes maturing May 15, 2032 ("2032 Term Notes"). The 2025 Term Notes will accrue interest at a fixed rate of 2.3% per annum and the 2032 Term Notes at a fixed rate of 3.0% per annum, with interest payable semi-annually in arrears, and rank equally in right of payment with all of the Company's existing and future unsecured unsubordinated debt. The Company received total net proceeds from this offering of approximately $992.6 million, net of approximately $7.4 million of underwriting expenses and other fees associated with the transaction. The Company used the net proceeds from the offering for general corporate purposes, including repayment of indebtedness under the commercial paper facilities.

In November 2019, the Company issued 7,500,000 Equity Units with a total notional value of $750 million ("2019 Equity Units"). Each unit has a stated amount of $100 and initially consists of a three-year forward stock purchase contract ("2022 Purchase Contracts") for the purchase of a variable number of shares of common stock, on November 15, 2022, for a price of $100, and a 10% beneficial ownership interest in one share of 0% Series D Cumulative Perpetual Convertible Preferred Stock, without par, with a liquidation preference of $1,000 per share ("Series D Preferred Stock"). The Company received approximately $735 million in cash proceeds from the 2019 Equity Units, net of offering expenses and underwriting costs and commissions, and issued 750,000 shares of Series D Preferred Stock. The proceeds were used, together with cash on hand, to redeem the 2052 Junior Subordinated Debentures in December 2019. The Company also used $19 million of the proceeds to enter into capped call transactions utilized to hedge potential economic dilution. On and after November 15, 2022, the Series D Preferred Stock may be converted into common stock at the option of the holder. At the election of the Company, upon conversion, the Company may deliver cash, common stock, or a combination thereof. On or after December 22, 2022, the Company may elect to redeem for cash, all or any portion of the outstanding shares of the Series D Preferred Stock at a redemption price equal to 100% of the liquidation preference, plus any accumulated and unpaid dividends. If the Company calls the Series D Preferred Stock for redemption, holders may convert their shares immediately preceding the redemption date. Upon a successful remarketing of the Series D Preferred Stock (the "Remarketed Series D Preferred Stock"), the Company will receive additional cash proceeds of $750 million and issue shares of Remarketed Series D Preferred Stock. The Company pays the holders of the 2022 Purchase Contracts quarterly contract adjustment payments, which commenced February 15, 2020. As of July 2, 2022, the present value of the contract adjustment payments was approximately $19 million.

In March 2015, the Company entered into a forward share purchase contract with a financial institution counterparty for 3,645,510 shares of common stock. The contract obligates the Company to pay $350 million, plus an additional amount related to the forward component of the contract. In February 2022, the Company amended the settlement date to April 2023, or earlier at the Company's option.

Refer to *Note H, Long-Term Debt and Financing Arrangements,* and *Note J, Equity Arrangements*, for further discussion of the Company's financing arrangements.

50

**OTHER MATTERS**

*Critical Accounting Estimates:* There have been no significant changes in the Company's critical accounting estimates during the second quarter of 2022.

Refer to the *"Other Matters"* section of *Management's Discussion and Analysis of Financial Condition and Results of Operations* in the Company's Form 10-K for the year ended January 1, 2022 for a discussion of the Company's critical accounting estimates.

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

There has been no significant change in the Company's exposure to market risk during the second quarter of 2022. Refer to the *Management's Discussion and Analysis of Financial Condition and Results of Operations* in the Company's Form 10-K for the year ended January 1, 2022 for further discussion.

**ITEM 4. CONTROLS AND PROCEDURES**

*Disclosure Controls and Procedures*

Under the supervision and with the participation of management, including the Company's President and Chief Executive Officer and its Interim Chief Financial Officer, the Company has, pursuant to Rule 13a-15(b) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), evaluated the effectiveness of the design and operation of its disclosure controls and procedures (as defined under Rule 13a-15(e) of the Exchange Act). Based upon that evaluation, the Company's President and Chief Executive Officer and its Interim Chief Financial Officer have concluded that, as of July 2, 2022, the Company's disclosure controls and procedures are effective.

*Changes in Internal Control Over Financial Reporting*

There has been no change in the Company's internal control over financial reporting that occurred during the second quarter of 2022 that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting.

**CAUTIONARY STATEMENTS UNDER THE PRIVATE SECURITIES LITIGATION**
**REFORM ACT OF 1995**

This document contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements other than statements of historical fact are "forward-looking statements" for purposes of federal and state securities laws, including any projections or guidance of earnings, revenue or other financial items; any statements of the plans, strategies and objectives of management for future operations; any statements concerning proposed new products, services or developments; any statements regarding future economic conditions or performance; any statements of belief; and any statements of assumptions underlying any of the foregoing. Forward-looking statements may include, among others, the words "may," "will," "estimate," "intend," "continue," "believe," "expect," "anticipate" or any other similar words.

Although the Company believes that the expectations reflected in any of its forward-looking statements are reasonable, actual results could differ materially from those projected or assumed in any of its forward-looking statements. The Company's future financial condition and results of operations, as well as any forward-looking statements, are subject to change and to inherent risks and uncertainties, such as those disclosed or incorporated by reference in the Company's filings with the Securities and Exchange Commission.

Important factors that could cause the Company's actual results, performance and achievements, or industry results to differ materially from estimates or projections contained in its forward-looking statements include, among others, the following: (i) successfully developing, marketing and achieving sales from new products and services and the continued acceptance of current products and services; (ii) macroeconomic factors, including global and regional business conditions (such as Brexit), commodity prices, inflation and deflation, and currency exchange rates; (iii) laws, regulations and governmental policies affecting the Company's activities in the countries where it does business, including those related to tariffs, taxation, data privacy, anti-bribery, anti-corruption, government contracts and trade controls such as section 301 tariffs and section 232 steel and aluminum tariffs; (iv) the economic, political, cultural and legal environment of emerging markets, particularly Latin America, Russia, China and Turkey; (v) realizing the anticipated benefits of mergers, acquisitions, joint ventures, strategic alliances or divestitures; (vi) pricing pressure and other changes within competitive markets; (vii) availability and price of raw materials, component parts, freight, energy, labor and sourced finished goods; (viii) the impact the tightened credit markets and change to LIBOR and other benchmark rates may have on the Company or its customers or suppliers; (ix) the extent to which the Company has to write off accounts receivable or assets or experiences supply chain disruptions in connection with bankruptcy filings by customers or suppliers; (x) the Company's ability to identify and effectively execute productivity improvements and cost reductions; (xi) potential business and distribution disruptions, including those related to physical security threats, information technology or cyber-attacks, epidemics, pandemics, sanctions, political unrest, war, terrorism or natural disasters; (xii) the continued consolidation of customers, particularly in consumer channels and the Company's continued reliance on significant customers; (xiii) managing franchisee relationships; (xiv) the impact of poor weather conditions and climate change; (xv) maintaining or improving production rates in the Company's manufacturing facilities, responding to significant changes in customer preferences, product demand and fulfilling demand for new and existing products, and learning, adapting and integrating new technologies into products, services and processes; (xvi) changes in the competitive landscape in the Company's markets; (xvii) the Company's non-U.S. operations, including sales to non-U.S. customers; (xviii) the impact from demand changes within world-wide markets associated with homebuilding and remodeling; (xix) potential adverse developments in new or pending litigation and/or government investigations; (xx) the incurrence of debt and changes in the Company's ability to obtain debt on commercially reasonable terms and at competitive rates; (xxi) substantial pension and other postretirement benefit obligations; (xxii) potential regulatory liabilities, including environmental, privacy, data breach, workers compensation and product liabilities; (xxiii) attracting and retaining key employees, managing a workforce in many jurisdictions, work stoppages or other labor disruptions; (xxiv) the Company's ability to keep abreast with the pace of technological change; (xxv) changes in accounting estimates; (xxvi) the Company's ability to protect its intellectual property rights and associated reputational impacts; (xxvii) the continued adverse effects of the COVID-19 pandemic and an indeterminate recovery period; (xxviii) the possibility that the Company does not achieve the intended financial benefits from the acquisition of MTD and Excel including failure to achieve the Company's plans to design, develop and manufacture battery and electric-powered solutions for professional and residential users; (xxix) the Company's ability to implement, and achieve the expected benefits (including cost savings and reduction in working capital) from its Global Cost Reduction Program including: prioritizing cash flow generation and inventory optimization/reduction; streamlining and simplifying the organization; reducing indirect spend; optimizing organizational spans and layers; shifting resources to prioritize investments in core businesses that impact customers more directly; accelerating the operations and supply chain transformation to better match the needs of customers; leveraging strategic sourcing and contract manufacturing; consolidating facilities with a 30%+ reduction in manufacturing facilities; executing the SBD Operating Model; platforming products and; continuing to advance innovation, electrification and global market penetration; and (xxx) failure to consummate, or a delay in the consummation of, the Oil & Gas sale transaction for various reasons.

52

Table of Contents

Additional factors that could cause actual results to differ materially from forward-looking statements are set forth in the Annual Report on Form 10-K and in this Quarterly Report on Form 10-Q, including under the heading "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and in the Condensed Consolidated Financial Statements and the related Notes.

Forward-looking statements in this Quarterly Report on Form 10-Q speak only as of the date hereof, and forward-looking statements in documents attached that are incorporated by reference speak only as of the date of those documents. The Company does not undertake any obligation to update or release any revisions to any forward-looking statement or to report any events or circumstances after the date hereof or to reflect the occurrence of unanticipated events, except as required by law.

53

## PART II — OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

The Company has identified that certain expenses it incurred in previous years constituted undisclosed perquisites. The Company has voluntarily disclosed this information to the U.S. Securities and Exchange Commission ("SEC") and is cooperating with the SEC's investigation of this matter.

For the named executive officers in fiscal year 2021, the Company has calculated the amount of the undisclosed perquisites to be approximately $204,000 in 2020 and approximately $335,000 in 2019. These amounts relate principally to use of corporate aircraft and have been included in the Company's proxy statement for its 2022 annual shareholders meeting.

The Company is committed to upholding the highest standards of corporate governance and is continuously focused on ensuring the effectiveness of its policies, procedures, and controls. The Company is in the process, with the assistance of professional advisors, of reviewing and further enhancing relevant policies, procedures, and controls.

Currently the Company does not believe that this matter will have a material impact on its financial condition or results of operations, although it is possible that a loss related to this matter may be incurred. Given the ongoing nature of this matter, management cannot predict the duration, scope, or outcome of the SEC's investigation or estimate the potential magnitude of any such loss or range of loss, or the cost of the ongoing SEC investigation. Any determination that the Company's expense and perquisite reporting practices were not in compliance with existing laws or regulations could result in the imposition of fines, civil or criminal penalties, equitable remedies, including disgorgement, injunctive relief, or other sanctions against the Company. The Company also may become a party to litigation or other legal proceedings over these matters.

In the normal course of business, the Company is involved in various lawsuits and claims, including product liability, environmental, intellectual property, contract and commercial, advertising, employment and distributor claims, and administrative proceedings. The Company does not expect that the resolution of these matters will have a materially adverse effect on the Company's consolidated financial position, results of operations or liquidity.

### ITEM 1A. RISK FACTORS

There have been no material changes to the risk factors as disclosed in the Company's Form 10-K for the year ended January 1, 2022 filed with the Securities and Exchange Commission on February 22, 2022.

### ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

#### Issuer Purchases of Equity Securities

The following table provides information about the Company's purchases of equity securities that are registered by the Company pursuant to Section 12 of the Exchange Act during the three months ended July 2, 2022:

| 2022 | Total Number Of Shares Purchased (a) | Average Price Paid Per Share | Total Number Of Shares Purchased As Part Of A Publicly Announced Plan Or Program | (In Millions) Maximum Number Of Shares That May Yet Be Purchased Under The Program (b) |
|---|---|---|---|---|
| April 3 - May 7 | 3,218,643 | $ 143.18 | 3,211,317 | 20 |
| May 8 - June 4 | — | — | — | 20 |
| June 5 - July 2 | — | — | — | 20 |
| Total | 3,218,643 | $ 143.18 | 3,211,317 | 20 |

(a)  Shares of common stock in this column totaling 7,326 for the month ended May 7, 2022, were deemed surrendered to the Company by participants in various benefit plans of the Company to satisfy the participants' taxes related to vesting or delivery of time-vesting restricted share units under those plans.

(b)  On February 16, 2022, the Board of Directors terminated the previous repurchase program (the "April 2021 Program") and approved a new repurchase program of up to the greater of (i) 20.0 million shares of the Company's common stock; and (ii) the number of shares of the Company's common stock in the aggregate that can be purchased for an amount up to $2.5 billion (the "February 2022 Program"). On April 21, 2022, the Board terminated the February 2022 Program and approved a new share repurchase program of up to 20 million shares of the Company's common stock (the "April 2022 Program"). The April 2022 Program does not have an expiration date. The Company may repurchase shares under the

Table of Contents

April 2022 Program through open market purchases, privately negotiated transactions or share repurchase programs, including one or more accelerated share repurchase programs (under which an initial payment for the entire repurchase amount may be made at the inception of the program). Such repurchases may be funded from cash on hand, short-term borrowings or other sources of cash at the Company's discretion, and the Company is under no obligation to repurchase any shares pursuant to the repurchase program. The currently authorized shares available for repurchase under the April 2022 Program do not include (i) approximately 3.6 million shares reserved and authorized for purchase under the Company's approved repurchase program in place prior to the April 2022 Program relating to a forward share purchase contract entered into in March 2015; or (ii) the shares reserved and authorized for repurchase under the February 2022 Program relating to the remaining shares delivered pursuant to the ASR (defined below) in the second quarter of 2022. In March 2022, the Company executed an accelerated share repurchase ("ASR") with a notional amount of $2.0 billion, which was funded through borrowings under one of its existing 364-Day committed credit facilities. The ASR terms provided for an initial delivery of 85% of the total notional share equivalent at execution, or approximately 10.8 million shares. The final delivery of approximately 3.2 million shares was completed in May 2022. The total amount of shares delivered were determined at the end of the calculation period based on the volume weighted average price ("VWAP") of the Company's stock (inclusive of a VWAP discount) during that period. Refer to *Note J, Equity Arrangements,* of the *Notes to (Unaudited) Condensed Consolidated Financial Statements* in *Part I, Item 1* for further discussion.

## ITEM 6. EXHIBITS

(10.1) Letter Agreement dated May 31, 2022, between Stanley Black & Decker, Inc. and Donald Allan, Jr. (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed on June 1, 2022).

(10.2) Stanley Black & Decker 2022 Omnibus Award Plan (incorporated by reference to Exhibit 99.1 to the Registration Statement on Form S-8 filed on April 5, 2022).

(10.3) Stanley Black & Decker Supplemental Retirement Account Plan (As In Effect January 1, 2019) (filed herewith).*

(11) Statement re-computation of per share earnings (the information required to be presented in this exhibit appears in Note C to the Company's (Unaudited) Condensed Consolidated Financial Statements set forth in this Quarterly Report on Form 10-Q).

(31)(i)(a) Certification by President and Chief Executive Officer pursuant to Rule 13a-14(a).

(i)(b) Certification by Interim Chief Financial Officer pursuant to Rule 13a-14(a).

(32)(i) Certification by President and Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.

(ii) Certification by Interim Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.

(101) The following materials from Stanley Black & Decker Inc.'s Quarterly Report on Form 10-Q for the quarter ended July 2, 2022, formatted in iXBRL (Inline eXtensible Business Reporting Language): (i) Consolidated Statements of Operations and Comprehensive Income (Loss) for the three and six months ended July 2, 2022 and July 3, 2021; (ii) Condensed Consolidated Balance Sheets at July 2, 2022 and January 1, 2022; (iii) Condensed Consolidated Statements of Cash Flows for the three and six months ended July 2, 2022 and July 3, 2021; (iv) Consolidated Statements of Changes in Shareowners' Equity for the three and six months ended July 2, 2022 and July 3, 2021; and (v) Notes to (Unaudited) Condensed Consolidated Financial Statements**.

(104) The cover page of Stanley Black & Decker Inc.'s Quarterly Report on Form 10-Q for the quarter ended July 2, 2022, formatted in iXBRL (included within Exhibit 101 attachments).

* Management contract or compensation plan or arrangement.

** Pursuant to Rule 406T of Regulation S-T, the Interactive Data Files on Exhibit 101 hereto are deemed not filed or part of a registration statement or prospectus for purposes of Sections 11 or 12 of the Securities Act of 1933, as amended, are deemed not filed for purposes of Section 18 of the Securities and Exchange Act of 1934, as amended, and otherwise are not subject to liability under those sections.

Table of Contents

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**STANLEY BLACK & DECKER, INC.**

Date:    July 28, 2022                                   By:            /s/ CORBIN WALBURGER

**Corbin Walburger**
**Interim Chief Financial Officer**

57

**EXHIBIT 10.3**

**STANLEY BLACK & DECKER**
**SUPPLEMENTAL RETIREMENT ACCOUNT PLAN**
**(As In Effect January 1, 2019)**

**Background**. Stanley Black & Decker, Inc., together with its wholly-owned U.S. subsidiaries ("Stanley Black & Decker"), maintains the Stanley Black & Decker Supplemental Retirement Account Plan (the "Plan") to provide certain employees with benefits that are not provided under a tax-qualified retirement plan under Section 401(a) of the Internal Revenue Code of 1986, as amended ("Code"). Stanley Black & Decker, Inc. now desires to amend the Plan in the form of a restated Plan. It is intended that the restated Plan shall operate as a "class year" plan, pursuant to which, for each Plan Year, a Participant is permitted to designate, subject to the requirements of Code Section 409A and the Plan, the time and form of payment applicable to those Accounts established for the benefit of the Participant for such Plan Year. It is further intended that, in accordance with the applicable provisions of the Plan, each Participant shall be permitted to designate one or more assumed investment funds in which amounts that are credited to his or her Accounts, as established for each Plan Year, shall be deemed to be invested. This document sets forth the terms of the Plan restatement and replaces all prior Plan documents, including any Plan restatement that was executed prior to the execution of this restatement.

**Article 1**

**Effective Date**

This restatement shall be effective January 1, 2019.

**Article 2**

**Definitions**

The following terms have the meanings set forth below.

"**Accounts**" means a Participant's Supplemental Employee Contribution Account, Supplemental Company Matching Contribution Account, and Supplemental Company Core Contribution Account, as established and maintained in accordance with the terms of this Plan.

"**Beneficiary**" means any individual, trust or estate designated by a Participant, in accordance with the procedures established by the Company, to receive a death benefit payable on the Participant's behalf under the Plan. If, at the time of death of a Participant, there is no such beneficiary designation on file with the Company or there is no such designated beneficiary surviving, the death benefit shall be paid to the Participant's estate.

"**Committee**" means the Finance and Pension Committee of the Board of Directors of the Company.

"**Company**" means Stanley Black & Decker, Inc.

"**Compensation**" means, with respect to a Plan Year:

(a)    Subject to paragraphs (b) and (c), and Section 4.2, the salary and other amounts received by a Participant from the Controlled Group for services actually rendered in the course of employment with the Controlled Group during the pertinent Plan Year, to the extent such amounts are includible in the gross income of the Participant for federal income tax purposes, including, but not limited to, bonuses, commissions and vacation pay that are paid with respect to such services rendered during the Plan Year. Compensation for a Plan Year shall also include a Participant's Elective Deferral Contributions under the

1

Plan, and elective contributions of the Participant that are excludable from gross income for federal income tax purposes under Section 402(g) of the Code, Section 125 of the Code or Section 132(f)(4) of the Code (a qualified transportation fringe benefit plan), provided that any such contributions are made from amounts that would be considered Compensation pursuant to the preceding sentence if paid to the Participant.

(b)    Compensation for a Plan Year shall not include reimbursements or other expense allowances, fringe benefits (whether or not paid in cash), moving expenses, welfare benefits, including the cost of group term life insurance coverage, profit sharing bonuses, special bonuses, retention bonuses, synergy bonuses, or working capital bonuses, WIN awards, amounts paid to a Participant under the Company's long-term stock incentive plans, amounts realized from the grant or exercise of a stock option, or any amounts paid during the Plan Year for services rendered in a prior Plan Year. For purposes of paragraph (a), a bonus that is includible in Compensation and paid to the Participant in the Plan Year that follows the Plan Year during which the services were performed with respect to which the bonus is paid will be included in Compensation for such Plan Year in which the services were performed. Any Elective Deferral Contributions with respect to a bonus, that are elected pursuant to Section 3.1(a) prior to the beginning of the Plan Year in which the services were performed with respect to which the bonus is determined, will be included in Compensation for that Plan Year. Except for a Participant's final regular payroll check or a bonus for services performed in a prior Plan Year, Compensation shall not include amounts paid after the Participant ceases to have employment status with Stanley Black & Decker. Amounts described in subsection (a) that are paid after the last day of a Plan Year solely for services performed during the final payroll period that includes the last day of such Plan Year shall be treated as Compensation for the Plan Year in which such final payroll period ends. Pursuant to Treasury Regulation Section 1.409A-2(a)(13), the preceding sentence shall not apply to any amount that is paid after the last day of a Plan Year for services performed during any period other than such final payroll period, such as a bonus paid entirely or in part with respect to services performed during a period other than the final payroll period.

(c)    For purposes of paragraph (a), a Participant who earns sales commission compensation is treated as providing the services to which such compensation relates in the Plan Year in which the pertinent sale occurs. For purposes of this paragraph (c), the term "sales commission compensation" means compensation or portions of compensation earned by a Participant if a substantial portion of the services provided by such Participant to Stanley Black & Decker consists of the direct sales of products or services to unrelated customers, such compensation earned by the Participant consists of either a portion of the purchase price for products or services or an amount substantially all of which is calculated by reference to the volume of sales, and payment of such compensation is contingent upon the closing of the sales transaction and such other requirements as may be specified by Stanley Black & Decker prior to the closing of the sales transaction. For this purpose, a customer is treated as an unrelated customer only if the customer is not related to either the Participant or Stanley Black & Decker, and a person is treated as related if the person would be treated as related under Treasury Regulation Section 1.409A-1(f)(2)(ii) or the person would be treated as providing management services under Treasury Regulation Section 1.409A-1(f)(2)(iv).

"**Controlled Group**" means a group of corporations or other entities of which the Company is a member, determined under Section 414(b) and Section 414(c) of the Internal Revenue Code, applied by utilizing "at least 80 percent" each place it appears in Internal Revenue Code Section 1563(a)(1), (2) and (3) and in Treasury Regulation Section 1.414(c)-2.

"**Disability**" means a Participant's Separation from Service as a result of his or her permanent inability, by reason of a medically determinable physical or mental impairment, to perform any job for which the Participant is reasonably suited by education and experience.

"**Earnings**" means:

(a)    Subject to paragraph (b), the salary and other amounts received by a Participant for a Plan Year from the Controlled Group for services actually rendered in the course of employment with the Controlled Group, to the extent such amounts are includible in the gross income of the Participant for federal income tax purposes, including, but not limited to, bonuses, commissions and vacation pay that are paid during the Plan Year. Earnings for a Plan Year shall also include a Participant's elective

2

contributions that are excludable from gross income for federal income tax purposes under Section 402(g) of the Code, Section 125 of the Code or Section 132(f)(4) of the Code (a qualified transportation fringe benefit plan), provided that any such contributions are made from amounts that would be considered Earnings pursuant to the preceding sentence if paid to the Participant.

(b)    Earnings for a Plan Year shall not include reimbursements or other expense allowances, fringe benefits (whether or not paid in cash), moving expenses, welfare benefits, including the cost of group term life insurance coverage, deferred compensation in the year paid if the compensation has been deferred beyond the calendar year in which it would otherwise have been paid, profit sharing bonuses, special bonuses, retention bonuses, synergy bonuses, or working capital bonuses, WIN awards, amounts paid to a Participant under the Company's long-term stock incentive plans, or amounts realized from the grant or exercise of a stock option. Except for a Participant's final regular payroll check, Earnings shall not include amounts paid after the Participant ceases to have employment status with the Controlled Group.

"**Elective Deferral Contribution**" means the amount of Compensation that a Participant elects to defer for a Plan Year under Section 4.1.

"**Employee**" means an individual employed by Stanley Black & Decker as a common law employee on a salaried basis who is subject to the income tax laws of the United States and is not covered under a collective bargaining agreement, provided that, anything herein to the contrary notwithstanding, an individual shall not be considered an Employee and shall not be eligible to defer Compensation with respect to a Plan Year or receive any other contributions under the Plan for a Plan Year unless he or she is eligible to make elective pre-tax contributions under the Retirement Account Plan on the first day of such Plan Year, based on the provisions of the Retirement Account Plan that are adopted prior to the first day of the Plan Year and in effect on such first day of the Plan Year, without regard to any subsequent changes in the Retirement Account Plan.

"**Highly Compensated Employee**" means, for purposes of determining if an individual is a Highly Compensated Employee in connection with Section 3.1(a) for a Plan Year, an Employee who received Earnings from the Controlled Group during the immediately preceding Plan Year in excess of the minimum dollar amount that is then applied under Code Section 414(q)(1)(B), subject to adjustments made thereunder, for determining status as a "highly compensated employee" under said Code Section for the following Plan Year. An individual who has been a Highly Compensated Employee for a Plan Year shall cease to be a Highly Compensated Employee, effective upon the close of business on the last day of the Plan Year in which his or her Earnings for such Plan Year do not exceed the pertinent dollar amount that applies under Code Section 414(q)(1)(B) when determining his or her status as a "highly compensated employee" under Code Section 414(q)(1)(B) for the subsequent Plan Year. For purposes of this definition, an individual's Earnings for the last calendar quarter of a Plan Year shall be determined solely on the basis of projected base salary, including projected elective contributions under Code Section 125, 402(g) or 132(f)(4), with respect to such base salary.

"**Participant**" means a Highly Compensated Employee who is eligible under Section 3.1(a) or 3.2 to elect to defer a portion of his or her Compensation in accordance with the terms of the Plan.

"**Pension Operating Committee**" means the Pension Operating Committee of the Company.

"**Plan Year**" means the calendar year.

"**Pre-2015 Accounts**" means all Accounts established under the Plan on behalf of a Participant prior to January 1, 2015, that are held under the Plan on or after that date.

"**Retirement Account Plan**" means the Stanley Black & Decker Retirement Account Plan sponsored by Stanley Black & Decker, Inc.

"**Separation from Service**" means the termination of a Participant's employment with the Controlled Group for a reason other than death. Whether a Separation from Service has occurred is determined in accordance with the standards that apply for determining if there is a "separation from service" for a reason other than death pursuant to Treasury Regulation Section 1.409A-1(h)(1). There is a

3

00840.002/695742.6

Separation from Service as of a particular date, if the Company and the Participant reasonably anticipated that, as of that date, the Participant would provide no further services to the Controlled Group as a common law employee or as an independent contractor or the Participant would provide services to the Controlled Group as a common law employee or an independent contractor at an annual rate that is not more than 20% of the services rendered, on average, during the immediately preceding 36 consecutive months of service (or the full period of service, if less than 36 months). For purposes of the preceding sentence, service as a director of a member of the Controlled Group shall not be taken into account.

The Participant's employment relationship shall be treated as continuing while the Participant is on military leave, sick leave or other bona fide leave of absence, provided that the Participant is expected to return to work for a member of the Controlled Group and the period of such leave of absence does not exceed six months, or if the period is longer, the Participant has a right to reemployment with a member of the Controlled Group either by statute or by contract. If the period of a military leave, sick leave or other bona fide leave of absence exceeds six months and there is no right to reemployment, a termination of the employment relationship shall be deemed to have occurred as of the first date immediately following the first six months of the leave.

"**Specified Employee**" means a Participant who is identified as a "specified employee" in accordance with Treasury Regulation Section 1.409A-1(i), pursuant to a written policy established and maintained by the Company.

"**Supplemental Company Core Contribution Account**" means the bookkeeping record that is separately established and maintained for a Participant for each Plan Year that begins after December 31, 2014, for which a supplemental Company core contribution is made on his or her behalf under the Plan, and that separately reflects the supplemental Company core contributions credited on behalf of the Participant under the Plan pursuant to Section 4.2(b) for each such Plan Year. Funds credited on behalf of the Participant under the terms of the Plan for the period prior to January 1, 2015, that are attributable to supplemental Company cornerstone or core contributions, shall remain credited to the separate Supplemental Company Core Contribution Account previously established on his or her behalf before January 1, 2015.

"**Supplemental Company Matching Contribution Account**" means the bookkeeping record that is separately established and maintained for a Participant for each Plan Year that begins after December 31, 2014, for which a supplemental Company matching contribution is made on his or her behalf under the Plan, and that separately reflects the supplemental Company matching contributions credited on behalf of the Participant under the Plan, pursuant to Section 4.2(a), for each such Plan Year. Funds credited on behalf of the Participant under the terms of the Plan for the period prior to January 1, 2015, that are attributable to supplemental Company matching contributions, shall remain credited to the separate Supplemental Company Matching Contribution Account previously established on his or her behalf before January 1, 2015.

"**Supplemental Employee Contribution Account**" means the bookkeeping record that is separately established and maintained for a Participant for each Plan Year that begins after December 31, 2014, for which a supplemental Employee contribution is made, at his or her election, under the Plan, and that separately reflects amounts credited under Section 4.1 for each such Plan Year. Funds credited on behalf of the Participant under the terms of the Plan for the period prior to January 1, 2015, that are attributable to supplemental Employee contributions, shall remain credited to the Supplemental Employee Contribution Account previously established on his or her behalf before January 1, 2015.

"**Valuation Date**" means the applicable distribution date under the Plan or, if the distribution date is not a business day, the business day that immediately precedes such distribution date, on which Accounts are valued for purposes of making a distribution.

## Article 3

### Plan Participation

3.1    **Date of Participation**.

4

00840.002/695742.6

(a)    **Eligibility to Defer**. An Employee shall become a Participant in the Plan effective upon the first January 1 on which he or she is a Highly Compensated Employee. Subject to Section 3.2, an Employee who is a Participant for a Plan Year shall be eligible to elect under Section 4.1 to defer a specified portion of the Compensation payable with respect to services performed during the Plan Year, provided that the Employee must irrevocably elect to defer such portion before January 1 of such Plan Year in which the services are performed, and, subject to Section 3.3, such election must remain in effect for the entire Plan Year.

(b)    **Deferral Elections**. Any election to defer Compensation shall be effective only with respect to Compensation for services that are performed on or after the January 1st on which such election becomes effective. An election to defer Compensation by making Elective Deferral Contributions shall be submitted to the Company by the deadline established by the Company that precedes the first January 1 on which such election is to become effective. Such election shall state the portion of Compensation to be withheld. Any election to defer shall be made in accordance with procedures established by the Company and, subject to Section 3.3, shall be irrevocable for the Compensation payable with respect to services performed during the Plan Year to which such election applies.

(c)    **Evergreen Deferral Elections.** An election made under the Plan to defer a specified portion of Compensation, consisting of base salary (including commissions and vacation pay) that is payable with respect to services performed during a Plan Year, shall remain in effect for such Compensation payable with respect to services performed during subsequent Plan Years until changed or revoked by the Participant, and, subject to Sections 3.2 and 3.3, as of each December 31, such a prior election becomes irrevocable with respect to such Compensation consisting of base salary (including commissions and vacation pay) that is payable in connection with services performed by the Participant during the immediately following Plan Year, so that the deferral election with respect to Compensation consisting of base salary (including commissions and vacation pay) that is payable with respect to services performed by the Participant during the immediately following Plan Year shall be deemed to have been irrevocably made as of December 31 of the preceding Plan Year. Anything herein to the contrary notwithstanding, an election made with respect to the contribution of Elective Deferral Contributions may be considered an evergreen election, for purposes of this Section 3.1(c), in regard to a subsequent year only with respect to the portion of Compensation consisting of base salary (including commissions and vacation pay) and shall not be considered an evergreen election for purposes of this Section 3.1(c) in connection with an amount payable as a cash bonus under a management incentive plan or bonus pay plan with regard to services performed in a subsequent year.

3.2    **Continuing Plan Participation**. If an Employee becomes a Participant for a Plan Year, pursuant to Section 3.1(a), he or she shall remain eligible to make Elective Deferral Contributions from Compensation payable with respect to services performed during each subsequent Plan Year in which he or she is a Highly Compensated Employee. If an Employee who has become a Participant for a Plan Year, pursuant to Section 3.1(a), ceases to be a Highly Compensated Employee with respect to a subsequent Plan Year, he or she shall not be eligible to make Elective Deferral Contributions from Compensation payable with respect to services performed during that subsequent Plan Year but shall be eligible to make Elective Deferral Contributions from Compensation payable with respect to services performed during the next Plan Year in which he or she is a Highly Compensated Employee by making a new deferral election under Section 3.1(a).

3.3    **Unforeseeable Emergency**. With the approval of the Company, a Participant who is faced with an "unforeseeable emergency" shall be permitted, on account of such emergency, to cancel an election previously made by the Participant to make Elective Deferral Contributions under the Plan. An election by a Participant to cancel his or her Elective Deferral Contributions with respect to Compensation payable for services performed during a Plan Year on account of an unforeseeable emergency shall cancel all remaining Elective Deferral Contributions of the Participant that would otherwise be made with respect to Compensation payable for services performed during the Plan Year, and no additional Elective Deferral Contributions shall be made until the Participant makes a new election to defer a portion of his or her Compensation for services performed during a subsequent Plan Year in accordance with Sections 3.1 and 3.2. For purposes of this Section 3.3, an unforeseeable emergency is a severe financial hardship to a Participant resulting from (a) an illness or accident of the Participant, the Participant's spouse, the Participant's Beneficiary, or a dependent of the Participant (as defined in Code

5

Section 152, without regard to Section 152(b)(1), (b)(2) and (d)(1)(B)), (b) loss of the Participant's property due to casualty (including the need to rebuild a home following damage to the home not otherwise covered by insurance), or (c) other similar extraordinary and unforeseeable circumstances arising as a result of events beyond the control of the Participant. The determination of whether a Participant is faced with an unforeseeable emergency shall be made by the Company in its sole discretion, based on the facts and circumstances surrounding such emergency and such information as the Company shall deem to be necessary in accordance with the requirements of Code Section 409A and the regulations thereunder.

**Article 4**

**Supplemental Employee and Company Contributions**

4.1    **Elective Deferral Contributions**.

(a)    **Elections to Defer**. An Employee who is a Participant for a Plan Year may make an election for the Plan Year in accordance with Section 3.1 to defer a specified whole percentage, from 1% to 50%, of the portion of Compensation for services performed during the Plan Year that consists of base salary (including any commissions or vacation pay). Also, an Employee who is a Participant for a Plan Year may make an election for the Plan Year, in accordance with Section 3.1, to defer a whole percentage, of up to 100%, of any Compensation for services performed during the Plan Year that consists of a cash bonus payable under a management incentive plan or a bonus pay plan. Any election under this Section 4.1(a) with respect to a Plan Year shall be implemented as an irrevocable election for such Plan Year under Section 3.1

(b)    **Crediting of Elective Deferral Contributions**. Any amount deferred by a Participant under this Section 4.1 for a Plan Year shall be credited to a separate Supplemental Employee Contribution Account that is established and maintained by the Company for the Plan Year for which the Participant elects to defer such amount. The amount deferred shall be credited as soon as administratively practicable following the date on which the amount would have been paid to the Participant if not for the Participant's election to defer.

4.2    **Supplemental Company Contributions**.

(a)    **Supplemental Matching Contributions for Elective Deferral Contributions**. Prior to the 2019 Plan Year, the Company ordinarily made matching contributions for a Plan Year that were equal to 50% of a Participant's Elective Deferrals to the Plan of up to 7% of the portion of his or her Compensation for the year in excess of the maximum amount with respect to which elective contributions could be made to the Retirement Account Plan. Effective January 1, 2019, the Company, at its discretion, will determine whether matching contributions will be made for a Plan Year. If the Company decides to make matching contributions for a Plan Year, it may make contributions for a Participant, in an amount determined in its discretion, that constitute part or all of or more than the matching contributions that would have been made pursuant to the Plan provisions that were in effect prior to 2019. Anything herein to the contrary notwithstanding, at the discretion of the Company, a different level of matching contributions may be made for particular Participants. The matching contributions, if any, that are made for a Plan Year shall be credited to the Participant's Supplemental Company Matching Contribution Account established by the Company for that Plan Year when administratively practicable during the Plan Year following the Plan Year for which the contributions are made or, if administratively practicable, upon an individual's earlier termination of employment with Stanley Black & Decker. For the avoidance of doubt, this change will not impact any contributions made for Plan Years beginning before January 1, 2019.

(b)    **Supplemental Core Contributions for Certain Participants**. Supplemental Company core contributions, if any, that are made on behalf of a Participant for a Plan Year shall be credited to a separate Supplemental Company Core Contribution Account established for the Participant for the Plan Year for which such contributions are made. Such contributions shall be determined under the terms of Appendix A.

6

4.3.    **Investment Return**.

(a)    **Crediting of Investment Return**. Subject to such rules and limitations as the Pension Operating Committee may establish and to the provisions of subsection (b) of this Section 4.3, with respect to any Accounts that are established for the benefit of a Participant, the Participant shall designate from among the assumed investment funds described in said subsection (b) of this Section 4.3, one or more assumed investment funds in which amounts that are credited to such Accounts shall be deemed to be invested. Each Account shall be adjusted periodically for increases or decreases in the fair market value of the assumed investment funds in which such Accounts are deemed to be invested.

(b)    **Assumed Investment Alternatives**. The Pension Operating Committee shall designate the assumed investment funds that shall be available from time to time under the Plan for purposes of measuring the investment return of a Supplemental Employee Contribution Account, Supplemental Company Matching Contribution Account or a Supplemental Company Core Contribution Account. In accordance with procedures established by the Pension Operating Committee, a Participant may elect how the amounts credited to each separate Supplemental Employee Contribution Account, Supplemental Company Matching Contribution Account or Supplemental Company Core Contribution Account that is established on his or her behalf shall be deemed to be invested among the assumed investment funds made available by the Pension Operating Committee. At the direction of the Pension Operating Committee, the assumed investment funds for each Supplemental Employee Contribution Account and Supplemental Company Matching Contribution Account may include a deemed investment fund that is considered to be invested primarily in shares of common stock of Stanley Black & Decker, Inc. In the event a Participant has not made a valid investment election, the pertinent portion of the Participant's Supplemental Employee Contribution Account, Supplemental Company Matching Contribution Account or Supplemental Company Core Contribution Account shall be deemed to be invested in a default investment fund identified by the Pension Operating Committee.

## Article 5

### Vesting

5.1    **Supplemental Employee Contribution Account and Supplemental Company Contribution Accounts**. A Participant's vested interest in his or her Accounts under the Plan shall be determined as follows:

(a)    **Supplemental Employee Contribution Account**. A Participant is 100% vested at all times in the value of any amounts credited to a Supplemental Employee Contribution Account that has been established on his or her behalf.

(b)    **Supplemental Company Contribution Accounts**. With respect to each separate Supplemental Company Matching Contribution Account that has been established for a Participant, the Participant shall be 100% vested in the value of such Supplemental Company Matching Contribution Account upon the Participant's completion of one year of service, and, except as provided below, no portion of a Participant's Supplemental Company Matching Contribution Account shall be vested before completion of one year of service. With respect to each separate Supplemental Company Core Contribution Account that has been established for a Participant, the Participant shall be 100% vested in the value of such Supplemental Company Core Contribution Account upon the Participant's completion of three years of service, and, except as provided below, no portion of a Participant's Supplemental Company Core Contribution Account shall be vested before completion of three years of service. With respect to each separate Supplemental Company Matching Contribution Account or Supplemental Company Core Contribution Account that has been established for a Participant, the Participant shall automatically become vested in the value of such Supplemental Company Matching Contribution Account or Supplemental Company Core Contribution Account if the Participant has employment status with any member of the Controlled Group (i) upon reaching his or her 55th birthday, (ii) upon incurring a Disability, or (iii) upon his or her death. For purposes of this subsection (b), a year of service means each twelve month period commencing on an individual's employment commencement date and the anniversaries thereof during which the individual has employment status with any member of the

7

00840.002/695742.6

Controlled Group, during the period it is a member of the Controlled Group and the period of employment with a predecessor employer preceding Stanley Black & Decker's, acquisition of the business conducted by such employer, whether through the purchase of all of the outstanding stock of such employer or of all, or substantially all, of the assets used by such employer in a trade or business. A Participant who ceases to have employment status with the Controlled Group on a date that is less than a full year following the most recent anniversary of his or her employment commencement date shall receive vesting service credit for each month during such partial year in which he or she had employment status. A Participant whose employment is interrupted by a break in service shall have his or her years of service determined by aggregating service with all members of the Controlled Group before and after the break in service.

## Article 6

### Distributions of Vested Accounts

6.1    **Time and Form of Distribution of Vested Accounts**.

(a)    **Time of Distribution of Vested Accounts**. Except as otherwise provided in subsection (b) of this Section 6.1, in Section 6.5, and in Section 6.6, a Participant's vested Accounts that are established for a Plan Year that begins after December 31, 2014, shall be distributed as set forth below:

(i)    If the Participant elected a distribution date for vested Accounts that were established for his or her benefit for a Plan Year that begins after December 31, 2014, the applicable vested Accounts shall be distributed to the Participant, pursuant to Section 6.2, provided that, if the Participant dies prior to the payment of any portion of such vested Accounts, the vested Accounts shall be distributed to the Participant's Beneficiary upon the Participant's death, as provided in Section 7.1.

(ii)    If the Participant did not elect a distribution date for vested Accounts established for his or her benefit for a Plan Year that begins after December 31, 2014, the applicable vested Accounts shall be distributed to the Participant upon his or her Separation from Service, as provided in Section 7.1. If the Participant dies prior to the stipulated time of distribution, all such applicable vested Accounts shall be distributed to the Participant's Beneficiary following the Participant's death, as provided in Section 7.1.

(b)    **Delayed Distributions to Specified Employees**. If a Participant is a Specified Employee as of the date of his or her Separation from Service and the Participant did not elect a distribution date applicable to a vested Account that is at least six months after the date of his or her Separation from Service, payment of such vested Account shall be made to the Participant, as provided in Section 7.1, once six months have elapsed following the date of the Participant's Separation from Service. However, if a Participant for whom payments are deferred under this Section 6.1(b) dies prior to receiving his or her payment under this Section 6.1(b), payment of the applicable vested Account shall be made upon his or her death, as provided in Section 7.1.

6.2    **Election of Time of Distribution.** Subject to Sections 6.1(b), 6.5, and 6.6, for each Plan Year that begins on or after January 1, 2015, a Participant may, prior to the beginning of the Plan Year, in accordance with the rules established by the Company, elect that any vested Accounts established for his or her benefit for such Plan Year be distributed, pursuant to Section 6.3, in the form elected by the Participant, on the later of the last day of a specified Plan Year quarter or the last day of the Plan Year quarter that contains the date of the Participant's Separation from Service. Except as provided in Sections 6.5 and 6.6, any such election by a Participant as to the date of distribution must apply uniformly to all vested Accounts established on behalf of the Participant for the applicable Plan Year. Subject to Sections 6.5 and 6.6, for each Plan Year that begins on or after January 1, 2015, a Participant's election of the date of distribution with respect to vested Accounts established for his or her benefit for a Plan Year shall apply with respect to vested Accounts established for his or her benefit in subsequent Plan Years until the Participant validly elects, in accordance with the terms of the Plan, a new date of distribution with respect to vested Accounts.

8

6.3    **Form of Distribution of Vested Accounts Established for Plan Years Beginning on or after January 1, 2015**. Subject to Sections 6.5 and 6.6, a Participant, prior to the beginning of each Plan Year that begins after December 31, 2014, in accordance with rules established by the Company, may elect that the vested Accounts established for his or her benefit for such Plan Year be distributed in one of the following forms:

(a)    a lump sum cash payment to the Participant;

(b)    two (2) annual, cash installment payments, with the first installment payment made on the distribution date determined under this Article 6 and the second installment made on the anniversary of that date; or

(c)    five (5) annual, cash installment payments, with the first installment payment made on the distribution date determined under this Article 6 and the remaining installment payments made on the succeeding four anniversaries of such distribution date.

Except as provided in Sections 6.5, 6.6, and 6.7, if a Participant dies before the distribution of any portion of his or her vested Account, such vested Account shall be distributed to the Participant's Beneficiary upon the Participant's death, in a lump sum or installments, in the same manner as elected for distribution to the Participant, as elected by the Participant prior to the beginning of the Plan Year for which contributions are made to the Account. If a Participant dies after the distribution of a vested Account in installments has commenced, but prior to receiving all installment payments, the Participant's Beneficiary shall receive any remaining installments at the time such installments would have been made to the Participant.

Subject to Sections 6.5 and 6.6, each Participant shall be permitted to make a separate election as to the form of distribution for each Plan Year for which a Supplemental Employee Contribution Account, a Supplemental Company Matching Contribution Account or a Supplemental Company Core Contribution Account has been established for the benefit of such Participant. Except as provided in Sections 6.5 and 6.6, a Participant shall be required to elect the same form of distribution for all vested Accounts established for the Participant for a Plan Year. Subject to Sections 6.5 and 6.6, a Participant's election of the form of distribution with respect to Accounts established for his or her benefit for a Plan Year shall apply with respect to Accounts established for his or her benefit in subsequent Plan Years until the Participant validly elects, in accordance with the terms of the Plan, a new form of distribution.

6.4    **Subsequent Elections as to Time or Form of Distribution**. A Participant shall be permitted to make a written election to delay a distribution or change the form of a distribution from vested Accounts, provided that any such election must satisfy all of the following requirements:

(a)    the election must be made at least twelve months prior to the date on which the distribution would otherwise have been made (in the case of installment payments, twelve months prior to the date on which the first installment amount was scheduled to be paid);

(b)    the election may not become effective until at least twelve months after the date on which the election is made; and

(c)    except in the case of an election relating to a distribution to be made upon a Participant's death, the distribution must be deferred for at least 5 years from the date on which the distribution would otherwise have been made (in the case of installment payments, 5 years from the date the first installment amount was scheduled to be paid).

Subject to Sections 6.5 and 6.6, an election under this Section 6.4 that pertains to an Account established for a Plan Year that begins after December 31, 2014, must apply to all Accounts established for the pertinent Plan Year.

6.5    **Exceptions for Participants in the SERP.**

(a)    Subject to Section 6.6 and subject to subsection (b) of this Section 6.5, in the case of a Participant who is also a participant in the Stanley Black & Decker, Inc. Supplemental Executive

9

Retirement Program ("SERP"), the foregoing provisions of this Article 6 and any other provision in the Plan pertaining to the time or form of a distribution shall not apply. Instead, subject to Section 6.6 and to subsection (b) of this Section 6.5, all vested Accounts under the Plan shall be paid at the same time and in the same form as the benefit payable on behalf of the Participant under the SERP, and the payment of any death benefit shall be made at the same time and in the same form as provided under the SERP to the beneficiary determined under the SERP. If such vested Accounts under the Plan are paid in an annuity pursuant to the provisions of this Section 6.5 (a), the annuity shall be determined pursuant to the procedures for calculating an annuity with respect to assets attributable to the Plan as set forth in Appendix B to the SERP.

(b)    Anything herein to the contrary notwithstanding, subject to Section 6.6, in the case of a Participant who is also a participant in the SERP, the time and form of payment of all vested Supplemental Employee Contribution Accounts and Supplemental Company Matching Contribution Accounts that are maintained for contributions made with respect to Plan Years that begin after December 31, 2015, shall be determined under Sections 6.1, 6.2, 6.3, 6.4, 6.8, and 7.1 of the Plan, and any death benefit that is payable with respect to those Accounts, as determined under those Sections, shall be distributed to the Beneficiary under the Plan. Subject to Section 6.6, in the case of a Participant who is also a participant in the SERP, any vested Supplemental Employee Contribution Accounts and any vested Supplemental Company Matching Contribution Accounts that are maintained for contributions made with respect to Plan Years that began prior to January 1, 2016, shall be distributed in the manner prescribed in subsection (a) of this Section 6.5 in regard to the payment of the benefit under the SERP, unless the Participant makes an election under Section 6.4 to have such Accounts distributed in accordance with the provisions of this Plan other than said subsection (a). Subject to Section 6.6, any vested Supplemental Company Core Contribution Accounts maintained for a Participant who is also a participant in the SERP shall not be subject to the rules of this subsection (b) but, instead, shall be distributed in the manner prescribed in subsection (a) of this Section 6.5 in regard to the payment of the benefit under the SERP.

6.6.    **Chief Executive Officer**. Anything herein to the contrary notwithstanding, in the case of the Participant who was the Company's chief executive officer on January 1, 2007, the time and form of payment of the vested Accounts payable to or on behalf of such Participant shall be the same time and form of payment as the time and form of payment that applies to his "Pension Make-Whole" benefit provided pursuant to the terms of such Participant's employment agreement with the Company. If such vested Accounts under the Plan are paid in an annuity pursuant to the provisions of this Section 6.6, the annuity shall be calculated pursuant to the procedures for determining an annuity with respect to the amount attributable to the Plan, as set forth in the Pension Make-Whole provisions of the employment agreement, and the payment of any death benefit on his behalf shall be made at the time and in the form provided under those provisions in such employment agreement to the beneficiary determined under such provisions.

6.7.    **Time and Form of Distribution of Vested Pre-2015 Accounts**. Subject to Sections 6.5 and 6.6, any vested Accounts established for the benefit of a Participant prior to January 1, 2015, shall be distributed in the form of a lump sum cash payment to the Participant or, in the case of a distribution that is made pursuant to the Participant's death, prior to his or her receipt of the lump sum payment, to the Participant's Beneficiary, unless, except as otherwise provided in said Section 6.5 and Section 6.6, the Participant elects, in accordance with the rules of Section 6.4, to have payments made from the Pre-2015 Accounts in installments as described in Section 6.3. Subject to Section 6.4, any payment from the Pre-2015 Accounts shall be made at the time determined under the terms of the Plan as in effect on December 31, 2014, including the terms pertaining to delayed distributions to Specified Employees.

6.8.    **Default Form of Distribution**. Subject to Sections 6.5 and 6.6, if an election or deemed election is not in effect pursuant to Section 6.3 of the Plan, prior to the beginning of a Plan Year that begins after December 31, 2014, with respect to the form of distribution for his or her vested Accounts established for such Plan Year, such vested Accounts shall be distributed in a lump sum cash payment to the Participant or, in the case of a distribution that is made upon the Participant's death, prior to a distribution having been made from such vested Accounts, to the Participant's Beneficiary.

6.9.    **Cash-Outs**. Except as provided in Sections 6.5 and 6.6, the Company, at its discretion, may direct, at any time, that the entire value of the Accounts held for a Participant or, following the death of the Participant, for his or her Beneficiary, be paid in a lump sum to the Participant or Beneficiary,

10

whichever is applicable, on the distribution date designated by the Company, provided that such lump sum payment results in the complete termination and liquidation of the entirety of the Participant's or Beneficiary's interest, as applicable, under the Plan and each other plan that is required to be aggregated with the Plan pursuant to Treasury Regulation Section 1.409A-1(c)(2) and provided that such lump sum payment does not exceed the amount prescribed in Code Section 402(g)(1)(B).

**Article 7**

**Miscellaneous**

7.1    **Distribution Date**.

(a)    Any lump sum distribution that is made in accordance with Article 6 pursuant to a Participant's Separation from Service or death, prior to his or her benefit commencement date, shall be made upon the last day of the Plan Year quarter which contains the date of Separation from Service or death, based on the Valuation Date applicable to such last day of the Plan Year quarter. If a distribution of a Participant's vested Accounts is made in the form of installment payments, in accordance with Section 6.3, and such distribution is made in accordance with Article 6 pursuant to the Participant's Separation from Service or death, prior to his or her benefit commencement date, such installments shall begin on the last day of the Plan Year quarter that contains the date of Separation from Service or death, based on the Valuation Date applicable to such last day of the Plan Year quarter, and shall continue to be paid on the succeeding anniversary or four anniversaries, as applicable, of such distribution date. Each such installment payment shall be adjusted based on the Valuation Date applicable to the particular installment payment date.

(b)    Any lump sum payment that is made pursuant to Article 6 upon a distribution date designated under Section 6.2 shall be based on the Valuation Date applicable to that distribution date. In the event a Participant's vested Accounts are distributed in the form of installment payments, in accordance with Section 6.3, such installments shall begin on the distribution date, based on the Valuation Date applicable to that distribution date, and shall continue to be paid on the succeeding anniversary or four anniversaries, as applicable, of such distribution date, with each such installment payment based on the Valuation Date applicable to the particular installment payment date.

(c)    For purposes of subsections (a) and (b) of this Section 7.1, the amount of each installment payment made to a Participant who has elected such form of payment shall be based on an adjusted, vested Account balance, as follows:

(i)    If the Participant has elected to receive payment of his or her vested Account in the form of two annual installment payments, in accordance with Section 6.3(b), the amount of the first installment payment shall equal one-half of the vested Account balance on the applicable Valuation Date, and the amount of the second installment payment shall equal the remainder of the vested Account balance, determined as of the Valuation Date applicable to the date of such second installment payment.

(ii)    If the Participant has elected to receive payment of his or her vested Account in the form of five (5) annual installment payments, in accordance with Section 6.3(c), installments shall be paid in the following amounts: (A) the amount of the first installment payment shall equal one-fifth of the vested Account balance on the applicable Valuation Date; (B) the amount of the second installment payment shall equal one-fourth of the remaining vested Account balance, determined as of the Valuation Date applicable to the date of distribution of such second installment payment; (C) the amount of the third installment payment shall equal one-third of the remaining vested Account balance, determined as of the Valuation Date applicable to the date of distribution of such third installment payment; (D) the amount of the fourth installment payment shall equal one-half of the remaining vested Account balance, determined as of the Valuation Date applicable to the date of such fourth installment payment; and (E) the amount of the final installment payment shall equal the remaining vested Account balance, determined as of the Valuation Date applicable to the date of such final installment payment.

11

(d)    Anything herein to the contrary notwithstanding, any distribution to a Participant pursuant to Section 6.1(b) shall not be made, or begin to be made until after the last day of the Plan Year quarter which contains the sixth month that begins after the date of Separation from Service, based on the Valuation Date that coincides with such last day of the Plan Year quarter.

(e)    Anything in this Section 7.1 of the Plan to the contrary notwithstanding, if it is not administratively practicable for the Company to calculate an amount that is required to be allocated to an Account until after the date on which such Account was required to be distributed, such amount shall be allocated and distributed during the first taxable year of the Participant or Beneficiary, whichever is applicable, in which it is administratively practicable for the Company to calculate the amount.

7.2    **Amendment or Termination**.

(a)    **Amendment**. The Company, by action of the Committee, reserves the right to amend the Plan at any time, including but not limited to the right to amend the Plan to cease future contributions to the Plan, provided that, unless necessary to meet the requirements of applicable law, benefits that have already accrued on behalf of a Participant may not be eliminated or reduced upon amendment of the Plan.

(b)    **Termination of Plan**. Subject to Sections 6.5 and 6.6, the Company, by action of the Committee, reserves the right, at any time, to terminate the Plan and to distribute all Accounts in lump sum payments as soon as administratively practicable to Participants and Beneficiaries, provided the Plan is terminated in the following circumstances:

(i)    Within 30 days before or 12 months after a change in control of the Company, as defined in Code Section 409A and Treasury Regulation Section 1.409A-3(i)(5), provided that all distributions are made no later than 12 months following the termination of the Plan and further provided that all nonqualified deferred compensation arrangements of the same type (i.e., all nonqualified account balance plans subject to Code Section 409A) maintained by the Company and all members of the Controlled Group are terminated, so that all Participants and all participants in the other arrangements are required to receive all amounts of compensation deferred under the Plan and the other arrangements no later than 12 months following the date on which the Committee takes action to terminate the Plan and the Controlled Group takes action to terminate all such other arrangements;

(ii)    Within 12 months of a dissolution under Internal Revenue Code Section 331, or with the approval of a bankruptcy court pursuant to 11 U.S.C. Section 503(b)(1)(A), provided that all amounts credited to a Participant's Accounts under the Plan are included in the Participant's gross income in the latest of (A) the calendar year in which the Plan is terminated; (B) the calendar year in which all amounts credited to the Participant's Accounts are no longer subject to a substantial risk of forfeiture; or (C) the first calendar year in which the distribution of the Accounts is administratively practicable, provided that a Participant incurs income tax liability with respect to his or her Accounts under the Plan not later than the calendar year in which he or she receives an actual or constructive distribution from such Accounts; or

(iii)    At the Committee's discretion, provided that (A) the termination of the Plan does not occur proximate to a deterioration of the financial health of the Company or a member of the Controlled Group, (B) all nonqualified deferred compensation arrangements of the same type (i.e., all nonqualified account balance plans subject to Code Section 409A) maintained by the Company and all members of the Controlled Group are terminated with respect to all employees, (C) no payments are made within 12 months after the termination of the Plan (other than payments that would have been payable under the terms of the Plan if the termination of the Plan had not occurred), (D) all payments are made within 24 months after the termination of the Plan, and (E) neither the Company nor any member of the Controlled Group adopts a nonqualified deferred compensation arrangement of the same type (i.e., a nonqualified account balance plan subject to Code Section 409A) for a period of three years, with respect to any employee, following the date of the termination of the Plan.

7.3    **Withholding**. To the extent required by law, Stanley Black & Decker shall withhold taxes from any payment due under the Plan.

12

00840.002/695742.6

7.4    **Administration of the Plan**. The Plan shall be administered by the Company. The Company is vested with full authority (including full discretionary authority) to administer, interpret, and make rules regarding the Plan as it may deem advisable and to make determinations in its discretion that shall be final, binding, and conclusive upon all persons. No member of the Company's Board of Directors or the Committee will be liable for any action or determination made in good faith with respect to the Plan. It is intended that the Plan comply with Code Section 409A, and it shall be interpreted accordingly.

7.5    **Claims Procedure**.

(1)    Any individual who believes he or she is entitled to benefits under the Plan (a "Claimant") shall file a written claim request with the Company on such forms as the Company may require. The Company shall, upon request of a Claimant (or his or her authorized representative, if any), make available copies of any claim forms or instructions, or advise the Claimant (or representative) where such forms or instructions may be obtained. The claims review procedures set forth in this Section 7.5(1) shall apply to a benefit application, other than a benefit application involving a claim regarding a Disability benefit that is filed pursuant to this Article 7. The claims review procedures applicable to a benefit application involving a claim in regard to a Disability benefit are set forth in Section 7.5(2).

(a)    A benefit application shall be treated as a claim for benefits ("benefit claim"). In the event that a benefit claim is denied, in whole or in part, the Company shall provide the Claimant (or his or her authorized representative, if any) with written or electronic notice of the denial within a reasonable period of time, not to exceed 90 days after the Company's receipt of the claim. This 90-day period may be extended for up to an additional 90 days if the Company determines that special circumstances require an extension of time for processing the claim and provides written or electronic notice of the extension to the Claimant or representative prior to the end of the initial 90-day period. Such a notice shall indicate the special circumstances that require an extension of time for processing the claim, and the date by which the Company expects to render its decision on the claim.

(b)    The written or electronic notification of a benefit claim denial shall set forth, in an understandable manner, the following information:

(i)    the specific reason(s) for the denial of the claim;

(ii)    references to the specific Plan provisions on which the denial is based;

(iii)    a description of any additional material or information necessary for the Claimant or representative to perfect the benefit claim and an explanation of why such material or information is necessary; and

(iv)    a description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA within 180 days following an adverse determination on appeal in the event the benefit claim is denied on appeal.

(c)    The Company's decision to deny a benefit claim may be appealed by a Claimant or his or her representative within 60 days after the date on which the notice of the denial of the claim is received by the Claimant or representative. The Claimant or representative may submit to the Company written comments, documents, records, and other information relating to the claim and may review all relevant documents, records, and other information relating to the claim. The Claimant or representative shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim. For these purposes, a document, record or other information is "relevant" to the claim if it:

(i)    was relied upon by the Company in making its decision on the claim;

13

(ii)     was submitted, considered, or generated in the course of the Company making its decision on the claim, without regard to whether the Company relied upon such document, record or other information in making its decision, or

(iii)     complies with administrative processes and safeguards which are designed to ensure and to verify that decisions on claims are made in accordance with governing Plan documents, the provisions of which are applied consistently with respect to similarly situated Claimants.

(d)     An appeal of a denial of a benefit claim shall be given a full and fair review. The review shall take into account all comments, documents, records and other information submitted by the Claimant or his or her representative relating to the claim, without regard to whether these materials were submitted or considered by the Company in its initial decision to deny the benefit claim. The Company's decision on appeal of a benefit claim denial shall be made within a reasonable period of time, not to exceed 60 days after receipt of the Claimant's or representative's appeal for review by the Plan, unless the Company determines that special circumstances require an extension of time and provides written or electronic notice of the extension to the Claimant or representative prior to the end of the initial 60-day period. In no event shall such extension exceed a period of 60 days from the end of such initial 60-day period. Such a notice shall indicate the special circumstances requiring an extension of time and the date by which the Company expects to render a decision on appeal. The Company shall furnish the Claimant or representative with a written or electronic notice of its decision on appeal. In the case of a decision on appeal upholding the Company's initial benefit claim denial, the Company's notice of such decision shall set forth, in an understandable manner, the following information:

(i)     the specific reason(s) for the decision on appeal;

(ii)     references to the specific Plan provisions on which the decision on appeal is based;

(iii)     a statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the Claimant's benefit claim; and

(iv)     a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA within 180 days following the decision on appeal.

(2)     Except as otherwise provided in subsection (f), the claims review procedures set forth in this Section 7.5(2) shall apply in the case of a claim in regard to a Disability benefit that is filed pursuant to this Article 7:

(a)     An application for benefits in the case of a claim in regard to a Disability benefit shall be treated as a claim for Disability benefits ("Disability benefit claim"). In the event that a claim for Disability benefits is denied, in whole or in part, the Company (or its designee) shall provide the Claimant (or his or her authorized representative, if any) with written or electronic notice of the denial within a reasonable period of time, not to exceed 45 days after the Company's (or its designee's) receipt of the Disability benefit claim. This 45-day period may be extended for up to an additional 30 days, if the Company (or its designee) determines that an extension of time for processing such claim is necessary due to matters beyond its control and provides written or electronic notice to the Claimant (or representative) prior to the end of the initial 45-day period, of the circumstances requiring the extension of time and the date by which the Company (or its designee) expects to render a decision. If, prior to the end of the initial 30-day extension period, the Company (or its designee) determines that, due to matters beyond its control, it is unable to render a decision within that extension period, the period for making the decision may be extended for up to another 30 days, provided that the Company (or its designee) provides written or electronic notice to the Claimant, prior to the end of the initial 30-day extension period, of the circumstances requiring the extension and the date by which the Company (or its designee) expects to render a decision. Any notice of an extension shall specify the standards on which entitlement to a Disability benefit is based, the unresolved issues that prevent a decision on the

14

00840.002/695742.6

Disability benefit claim, and the additional information needed to resolve those issues, and the Claimant (or representative) shall be given at least 45 days from the date on which such notice is sent to the Claimant (or representative) within which to provide the specified information.

(b)    The written or electronic notification of a Disability benefit claim denial shall set forth, in an understandable manner, the following information:

(i)    the specific reason(s) for the denial of the claim;

(ii)    references to the specific Plan provisions on which the denial is based;

(iii)    a description of any additional material or information necessary for the Claimant to perfect the claim and an explanation of why such material or information is necessary;

(iv)    a description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA within 180 days of an adverse decision on appeal in the event the Disability benefit claim is denied on appeal; and

(v)    (A) a discussion of the decision, including an explanation of the basis for disagreeing with or not following: (i) the views presented by the Claimant to the Plan of health care professionals treating the Claimant and vocational professionals who evaluated the Claimant; (ii) the views of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with a Claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination; and (iii) a Disability determination regarding the Claimant presented by the Claimant to the Plan made by the Social Security Administration;

(B)    either the specific internal rules, guidelines, protocols, standards or other similar criteria of the Plan relied upon in making the adverse determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria of the Plan do not exist; and

(C)    a statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claimant's claim for benefits. Whether a document, record, or other information is relevant to a claim for benefits shall be determined in accordance with Section 7.5(2)(c) of the Plan.

(c)    The Company's (or its designee's) decision to deny a Disability benefit claim may be appealed by the Claimant or his or her representative within 180 days after the date on which the notice of the denial of the Disability benefit claim is received by the Claimant or representative. For purposes of this subsection (c), a rescission of a Disability benefit shall be considered a denial of a Disability claim. The Claimant or representative may submit to the Company written comments, documents, records, and other information relating to the claim and may review all relevant documents relating to the denial of the claim. The Claimant or representative shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim. For these purposes, a document, record or other information is "relevant" to the Disability benefit claim if it:

(i)    was relied upon by the Company in making its decision on the Disability benefit claim;

(ii)    was submitted, considered, or generated in the course of the Company making its decision on the Disability benefit claim, without regard to whether the Company relied upon such document, record or other information in making its decision;

15

(iii)    complies with administrative processes and safeguards which are designed to ensure and to verify that decisions on Disability benefit claims are made in accordance with governing Plan documents, whose provisions are applied consistently with respect to similarly-situated Claimants; or

(iv)    constitutes a statement of policy or guidance with respect to the Plan concerning the denied benefit, without regard to whether such advice or statement was relied upon in making the benefit determination.

(d)    An appeal of a denial of a Disability benefit claim shall be given a full and fair review. The review shall take into account all comments, documents, records and other information submitted by the Claimant or representative relating to the Disability benefit claim, without regard to whether these materials were submitted or considered by the Company in its initial decision regarding the claim. The review of the initial decision to deny the Disability benefit claim shall not afford deference to such decision and shall be conducted by a named fiduciary of the Plan who is neither the individual who made the initial decision to deny the Disability benefit claim nor a subordinate of that individual. In deciding an appeal of an initial denial of a Disability benefit claim that is based, in whole or in part, on a medical judgment, the named fiduciary shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. The medical or vocational experts whose advice was obtained on behalf of the Company in connection with its initial decision to deny the Disability benefit claim shall be identified to the Claimant or representative, regardless of whether the Company relied upon the advice in making the decision. The health care professional whom the named fiduciary consults in making this review of the Company's initial decision to deny the Disability benefit claim shall be an individual who is neither an individual whom the Company consulted in connection with the denial of the Disability benefit claim that is the subject of the appeal, nor the subordinate of any such individual.

Before the Plan can issue an adverse benefit determination on review in regard to a Disability benefit claim, the Company shall provide the Claimant (or representative), free of charge, with any new or additional evidence considered, relied upon, or generated by the Plan, insurer, or other person making the benefit determination (or at the direction of the Plan, insurer or such other person) in connection with the claim. Such evidence must be provided as soon as possible and sufficiently in advance of the date on which the notice of adverse benefit determination on review is required to be provided in order to give the Claimant (or representative) a reasonable opportunity to respond prior to that date. Additionally, before the Plan can issue an adverse benefit determination on review on a Disability benefit claim based on a new or additional rationale, the Company shall provide the Claimant (or representative), free of charge, with the rationale behind the decision. The rationale must be provided as soon as possible and sufficiently in advance of the date on which the notice of adverse benefit determination on review is required to be provided in order to give the Claimant (or representative) a reasonable opportunity to respond prior to that date.

(e)    The Company's decision on the appeal of a denial of a Disability benefit claim shall be made within a reasonable period of time, not to exceed 45 days after receipt of the Claimant's or representative's request for review by the Plan, unless the Company determines that special circumstances require an extension of time and provides written or electronic notice of the extension to the Claimant or representative prior to the end of the initial 45-day period. In no event shall such extension exceed a period of 45 days from the end of the initial 45-day period. Such a notice shall indicate the special circumstances requiring an extension of time and the date by which the Company expects to render its decision on appeal. The Company shall furnish the Claimant or representative with written or electronic notice of its decision on appeal. In the case of a decision on appeal that upholds the Company's initial decision to deny the Disability benefit claim, the Company's notice of its decision on appeal shall set forth, in an understandable manner, the following information:

(i)    the specific reason(s) for the decision on appeal;

16

00840.002/695742.6

(ii)    references to the specific Plan provisions on which the decision on appeal is based;

(iii)    a statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the Claimant's Disability benefit claim (as determined under Section 7.5(2)(c);

(iv)    a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA, and a description of any applicable contractual limitations period that applies to the Claimant's right to bring such an action, including the calendar date on which the contractual limitations period expires for the claim;

(v)    a discussion of the decision, including an explanation of the basis for disagreeing with or not following:

(A)    The views presented by the Claimant to the Plan of health care professionals treating the Claimant and vocational professionals who evaluated the Claimant;

(B)    The views of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination; and

(C)    A Disability determination regarding the Claimant presented by the Claimant to the Plan made by the Social Security Administration; and

(vi)    either the specific internal rules, guidelines, protocols, standards or other similar criteria of the Plan relied upon in making the adverse determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria of the Plan do not exist.

In the case of a benefit denial addressed in Section 7.5(2)(b) or an adverse benefit determination on review with respect to a claim for Disability benefits, the notification shall be provided in a culturally and linguistically appropriate manner.

(f)    Anything herein to the contrary notwithstanding, if, pursuant to the terms of the Plan, the determination of whether an individual is disabled under the Plan depends solely upon a determination that is not made by the Plan but, instead, is made by a Disability plan or the Social Security Administration, the rules set forth in this Section 7.5(2) shall not pertain to the individual's claim for Disability benefits under the Plan, and his or her claim for Disability benefits under the Plan shall be governed by the rules of Section 7.5(1).

7.6    **Governing Text and Law**. The Plan, including any amendments, shall constitute the entire agreement between Stanley Black & Decker and any Employee, Participant or Beneficiary regarding the subject matter of the Plan. The Plan, including any amendments, shall be binding on Stanley Black & Decker, Employees, Participants, Beneficiaries, and their respective heirs, administrators, trustees, successors and assigns. All questions regarding the Plan are to be determined pursuant to the laws of the state of Connecticut, except to the extent superseded by federal law.

7.7    **Enforceability of Plan Provisions**. If any provision of the Plan shall, to any extent, be invalid or unenforceable, the remainder of the Plan shall not be affected, and each other provision of the Plan shall be valid and enforced to the fullest extent permitted by law.

7.8    **Rights of Persons Entitled to Benefits**. Any person entitled to receive benefits under the Plan shall have the rights of an unsecured general creditor of Stanley Black & Decker.

7.9    **Nonassignability**.

17

(a)    Except as provided in subsection (b), the right of any individual to a benefit under the Plan shall not be subject to attachment or other legal process for the debts of such individual and an individual's benefit under the Plan shall not be subject to anticipation, alienation, sale, transfer, assignment or encumbrance.

(b)    Notwithstanding anything herein to the contrary, there shall be assigned from a Participant's Accounts, the amount that the Company determines to have been lawfully assigned to the Participant's former spouse ("alternate payee") under a judgment or order, including an approved divorce settlement agreement, that is implemented pursuant to a state domestic relations law in regard to a dissolution of marriage that became effective on October 3, 2008, provided that such assignment does not alter the time or form of payment of any portion of the Participant's vested Accounts that is not assigned to the alternate payee.

7.10    **Special Distributions**. Whenever, in the opinion of the Company, a person entitled to receive a benefit under the Plan is unable to manage his or her financial affairs, the Company may direct that payment be made to a legal representative or relative of such person for his or her benefit. Alternatively, the Company may direct that any payment for such person be applied for the benefit of such person in such manner as the Company considers advisable. Any payment made in accordance with this Section shall be a complete discharge of any liability for the making of such payment under the provisions of the Plan.

7.11    **Terms of Employment**. Participation in the Plan shall not give an individual any right to remain in the service of Stanley Black & Decker, and an individual shall remain subject to discharge to the same extent as if the Plan had not been adopted.

7.12    **Restricted Transactions**. A Participant's right under Section 4.3 to direct the investment of his or her Accounts, and a Participant's right under Article 6 to receive a distribution, of all vested amounts credited to his or her Accounts shall be restricted to the extent necessary to comply with the securities laws.

STANLEY BLACK & DECKER, INC.

/s/ Joseph Voelker
_____
Joseph Voelker
SVP Human Resources
Date: December 19, 2018

18

00840.002/695742.6

**APPENDIX A**

**STANLEY BLACK & DECKER SUPPLEMENTAL RETIREMENT ACCOUNT PLAN**

Part I

(a)    Prior to the 2019 Plan Year, if a Participant was eligible for allocations to a "Core Account" under the Retirement Account Plan that were limited pursuant to the tax qualification rules, the Company made core contributions to the Participant's Supplemental Company Core Contribution Account. The core contributions to the Plan for an eligible individual for a Plan Year were calculated as the amount determined under the following chart, reduced by the amount allocated for the year to his or her Core Account in the Retirement Account Plan:

| Participant's Age on December 31 of the Plan Year | Percentage of Compensation for Plan Year |
|---|---|
| Under 40 | 2% |
| 40-54 | 4% |
| 55 or older | 6% |

Effective January 1, 2019, the Company, at its discretion, will determine whether core contributions will be made to the Plan for a Plan Year. If the Company decides to make core contributions to the Plan for a Plan Year, it may make contributions for a Participant, in an amount determined at the discretion of the Company, that constitute part or all of or more than the core contributions that would have been made pursuant to the Plan provisions in effect prior to 2019. Anything herein to the contrary notwithstanding, at the discretion of the Company, a different level of core contributions may be made for particular Participants. Any such contributions will be made on behalf of those individuals whose core allocations under the RAP were limited by the tax qualification rules. For the avoidance of doubt, this change will not impact any contributions made for Plan Year beginning before January 1, 2019.

(b)    The amount of an eligible individual's Supplemental Company Core Contribution Account allocation, if any, pursuant to this Appendix A for a Plan Year shall be credited to such individual's Supplemental Company Core Contribution Account, when administratively practicable, during the following Plan Year or, if administratively practicable, upon an individual's earlier termination of employment status with Stanley Black & Decker. Notwithstanding any contrary provision in the Plan, no amount shall be allocated under subsection (a) for a Participant with respect to a Plan Year if he or she is described in Part II of this Appendix A to the Plan.

i

**APPENDIX A**

**STANLEY BLACK & DECKER SUPPLEMENTAL RETIREMENT ACCOUNT PLAN**

Part II

Anything in this Plan to the contrary notwithstanding, a Participant shall not be eligible to have any amounts credited on his or her behalf under Section 4.2(b) and Part I of this Appendix A for a Plan Year if he or she is excluded from receiving "Core Allocations" during that year under the terms of the Retirement Account Plan, as adopted and in effect during such year.

ii

00840.002/695742.6

**EXHIBIT 31(i)(a)**

**CERTIFICATIONS**

I, Donald Allan Jr., certify that:

1. I have reviewed this quarterly report on Form 10-Q of Stanley Black & Decker, Inc. and subsidiaries;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:    July 28, 2022                              /s/ Donald Allan, Jr.
                                                    Donald Allan, Jr.
                                                    President & Chief Executive Officer

**EXHIBIT 31(i)(b)**

**CERTIFICATIONS**

I, Corbin Walburger, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Stanley Black & Decker, Inc. and subsidiaries;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.


Date:      July 28, 2022                                                /s/ Corbin Walburger
                                                                       Corbin Walburger
                                                                       Interim Chief Financial Officer

**EXHIBIT 32 (i)**

**STANLEY BLACK & DECKER, INC.**
**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of Stanley Black & Decker, Inc. (the "Company") on Form 10-Q for the period ending July 2, 2022 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Donald Allan Jr., President and Chief Executive Officer, certify, pursuant to 18 U.S.C. ss. 1350, as adopted pursuant to ss. 906 of the Sarbanes-Oxley Act of 2002, that:

(1)   The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.


/s/ Donald Allan, Jr.

Donald Allan, Jr.
President & Chief Executive Officer
Date: July 28, 2022

**EXHIBIT 32 (ii)**

**STANLEY BLACK & DECKER, INC.**
**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the quarterly report of Stanley Black & Decker, Inc. (the "Company") on Form 10-Q for the period ending July 2, 2022 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Corbin Walburger, Interim Chief Financial Officer, certify, pursuant to 18 U.S.C. ss. 1350, as adopted pursuant to ss. 906 of the Sarbanes-Oxley Act of 2002, that:

(1)   The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Corbin Walburger

Corbin Walburger
Interim Chief Financial Officer
Date: July 28, 2022