# EXHIBIT H



## The Home Depot Announces Second Quarter Results; Reaffirms Fiscal 2022 Guidance

**ATLANTA, August 16, 2022 --** The Home Depot®, the world's largest home improvement retailer, today reported sales of $43.8 billion for the second quarter of fiscal 2022, an increase of $2.7 billion, or 6.5 percent from the second quarter of fiscal 2021. Comparable sales for the second quarter of fiscal 2022 increased 5.8 percent, and comparable sales in the U.S. increased 5.4 percent.

Net earnings for the second quarter of fiscal 2022 were $5.2 billion, or $5.05 per diluted share, compared with net earnings of $4.8 billion, or $4.53 per diluted share, in the same period of fiscal 2021, representing an 11.5 percent increase in diluted earnings per share.

"In the second quarter, we delivered the highest quarterly sales and earnings in our company's history," said Ted Decker, CEO and president. "Our performance reflects continued strength in demand for home improvement projects. Our team has done a fantastic job serving our customers, while continuing to navigate a challenging and dynamic environment. I would like to thank them and our many partners for their hard work and dedication to our customers."

### Fiscal 2022 Guidance

The Company reaffirmed fiscal 2022 guidance of:

- Total sales growth and comparable sales growth of approximately 3.0 percent
- Operating margin of approximately 15.4 percent
- Net interest expense of approximately $1.6 billion
- Tax rate of approximately 24.6 percent
- Diluted earnings-per-share-percent-growth to be mid-single digits

The Home Depot will conduct a conference call today at 9 a.m. ET to discuss information included in this news release and related matters. The conference call will be available in its entirety through a webcast and replay at ir.homedepot.com/events-and-presentations.

At the end of the second quarter, the Company operated a total of 2,316 retail stores in all 50 states, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Guam, 10 Canadian provinces and Mexico. The Company employs approximately 500,000 associates. The Home Depot's stock is traded on the New York Stock Exchange (NYSE: HD) and is included in the Dow Jones industrial average and Standard & Poor's 500 index.

###

*Certain statements contained herein constitute "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. Forward-looking statements may relate to, among other things, the impact of the COVID-19 pandemic and the related recovery on our business, results of operations, cash flows and financial condition (which, among other things, may affect many of the items listed below); the demand for our products and services; net sales growth; comparable sales; the effects of competition; our brand and reputation; implementation of store, interconnected retail, supply chain and technology initiatives; inventory and in-stock positions; the state of the economy; the state of the housing and home improvement markets; the state of the credit markets, including mortgages, home equity loans and consumer credit; impact of tariffs; issues related to the payment methods we accept; demand for credit offerings; management of relationships with our associates, potential associates, suppliers and service providers; cost and availability of labor; costs of fuel and other energy sources; international trade disputes, natural disasters, climate change, public health issues (including pandemics and quarantines, related shut-downs and other governmental orders, and similar restrictions, as well as subsequent re-openings), cybersecurity events, military conflicts or acts of war, and other business interruptions that could disrupt operation of our stores, distribution centers and other facilities, our ability to operate or access communications, financial or banking systems, or supply or delivery of, or demand for, the Company's products or services; our ability to meet environmental, social and governance (ESG) goals;  continuation or suspension of share repurchases; net earnings performance; earnings per share; dividend targets; capital allocation and expenditures; liquidity; return on invested capital; expense leverage; commodity or other price inflation and deflation; our ability to issue debt on terms and at rates acceptable to us; the impact and expected outcome of investigations, inquiries, claims and litigation, including compliance with related settlements; the effect of accounting charges; the effect of adopting certain accounting standards; the impact of regulatory changes, including changes to tax laws and regulations; store openings and closures; guidance for fiscal 2022 and beyond; financial outlook; and the impact of acquired companies on our organization and the ability to recognize the anticipated benefits of those acquisitions.*

*Forward-looking statements are based on currently available information and our current assumptions, expectations and projections about future events. You should not rely on our forward-looking statements. These statements are not guarantees of future performance and are subject to future events, risks and uncertainties – many of which are beyond our control, dependent on the actions of third parties, or are currently unknown to us – as well as potentially inaccurate assumptions that could cause actual results to differ materially from our historical experience and our expectations and projections. These risks and uncertainties include, but are not limited to, those described in Part I, Item 1A, "Risk Factors," and elsewhere in our Annual Report on Form 10-K for our fiscal year ended January 30, 2022 and also may be described from time to time in future reports we file with the Securities and Exchange Commission (SEC). There also may be other factors that we cannot anticipate or that are not described herein, generally because we do not currently perceive them to be material. Such factors could cause results to differ materially from our expectations.*

*Forward-looking statements speak only as of the date they are made, and we do not undertake to update these statements other than as required by law. You are advised, however, to review any further disclosures we make on related subjects in our filings with the SEC and in our other public statements.*

**For more information, contact**:

| *Financial Community* | *News Media* |
|---|---|
| Isabel Janci | Sara Gorman |
| Vice President of Investor Relations and Treasurer | Senior Director of Corporate Communications |
| 770-384-2666 | 770-384-2852 |
| isabel_janci@homedepot.com | sara_gorman@homedepot.com |

**THE HOME DEPOT, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF EARNINGS**
**(Unaudited)**

| | Three Months Ended | | | Six Months Ended | | |
|---|---|---|---|---|---|---|
| *in millions, except per share data* | **July 31, 2022** | **August 1, 2021** | **% Change** | **July 31, 2022** | **August 1, 2021** | **% Change** |
| Net sales | $ 43,792 | $ 41,118 | 6.5 % | $ 82,700 | $ 78,618 | 5.2 % |
| Cost of sales | 29,309 | 27,453 | 6.8 | 55,072 | 52,211 | 5.5 |
| Gross profit | 14,483 | 13,665 | 6.0 | 27,628 | 26,407 | 4.6 |
| Operating expenses: | | | | | | |
| Selling, general and administrative | 6,657 | 6,433 | 3.5 | 13,267 | 12,807 | 3.6 |
| Depreciation and amortization | 616 | 593 | 3.9 | 1,222 | 1,180 | 3.6 |
| Total operating expenses | 7,273 | 7,026 | 3.5 | 14,489 | 13,987 | 3.6 |
| Operating income | 7,210 | 6,639 | 8.6 | 13,139 | 12,420 | 5.8 |
| Interest and other (income) expense: | | | | | | |
| Interest income and other, net | (2) | (5) | (60.0) | (5) | (11) | (54.5) |
| Interest expense | 381 | 326 | 16.9 | 753 | 665 | 13.2 |
| Interest and other, net | 379 | 321 | 18.1 | 748 | 654 | 14.4 |
| Earnings before provision for income taxes | 6,831 | 6,318 | 8.1 | 12,391 | 11,766 | 5.3 |
| Provision for income taxes | 1,658 | 1,511 | 9.7 | 2,987 | 2,814 | 6.1 |
| Net earnings | $ 5,173 | $ 4,807 | 7.6 % | $ 9,404 | $ 8,952 | 5.0 % |
| | | | | | | |
| Basic weighted average common shares | 1,023 | 1,058 | (3.3)% | 1,026 | 1,064 | (3.6)% |
| Basic earnings per share | $ 5.06 | $ 4.54 | 11.5 | $ 9.17 | $ 8.41 | 9.0 |
| | | | | | | |
| Diluted weighted average common shares | 1,025 | 1,062 | (3.5)% | 1,030 | 1,068 | (3.6)% |
| Diluted earnings per share | $ 5.05 | $ 4.53 | 11.5 | $ 9.13 | $ 8.38 | 8.9 |

| | Three Months Ended | | | Six Months Ended | | |
|---|---|---|---|---|---|---|
| **Selected Sales Data** [1] | **July 31, 2022** | **August 1, 2021** | **% Change** | **July 31, 2022** | **August 1, 2021** | **% Change** |
| Customer transactions (in millions) | 467.4 | 481.7 | (3.0)% | 878.1 | 928.9 | (5.5)% |
| Average ticket | $ 90.02 | $ 82.48 | 9.1 | $ 90.82 | $ 82.43 | 10.2 |
| Sales per retail square foot | $ 700.62 | $ 663.05 | 5.7 | $ 661.27 | $ 634.30 | 4.3 |

————

(1)　*Selected Sales Data does not include results for HD Supply.*

**THE HOME DEPOT, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| in millions | | July 31, 2022 | | August 1, 2021 | | January 30, 2022 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ | 1,259 | $ | 4,566 | $ | 2,343 |
| Receivables, net | | 3,725 | | 3,322 | | 3,426 |
| Merchandise inventories | | 26,088 | | 18,909 | | 22,068 |
| Other current assets | | 1,869 | | 1,465 | | 1,218 |
| Total current assets | | 32,941 | | 28,262 | | 29,055 |
| Net property and equipment | | 25,247 | | 24,750 | | 25,199 |
| Operating lease right-of-use assets | | 6,132 | | 5,960 | | 5,968 |
| Goodwill | | 7,451 | | 7,454 | | 7,449 |
| Other assets | | 4,054 | | 4,343 | | 4,205 |
| Total assets | $ | 75,825 | $ | 70,769 | $ | 71,876 |
| | | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | | |
| Current liabilities: | | | | | | |
| Short-term debt | $ | 539 | $ | — | $ | 1,035 |
| Accounts payable | | 14,348 | | 12,817 | | 13,462 |
| Accrued salaries and related expenses | | 2,204 | | 2,329 | | 2,426 |
| Current installments of long-term debt | | 1,218 | | 2,428 | | 2,447 |
| Current operating lease liabilities | | 919 | | 814 | | 830 |
| Other current liabilities | | 8,606 | | 8,278 | | 8,493 |
| Total current liabilities | | 27,834 | | 26,666 | | 28,693 |
| Long-term debt, excluding current installments | | 39,271 | | 33,746 | | 36,604 |
| Long-term operating lease liabilities | | 5,431 | | 5,360 | | 5,353 |
| Other long-term liabilities | | 3,052 | | 2,928 | | 2,922 |
| Total liabilities | | 75,588 | | 68,700 | | 73,572 |
| Total stockholders' equity (deficit) | | 237 | | 2,069 | | (1,696) |
| Total liabilities and stockholders' equity | $ | 75,825 | $ | 70,769 | $ | 71,876 |

**THE HOME DEPOT, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Six Months Ended | |
|---|---|---|
| *in millions* | July 31, 2022 | August 1, 2021 |
| **Cash Flows from Operating Activities:** | | |
| Net earnings | $ 9,404 | $ 8,952 |
| Reconciliation of net earnings to net cash provided by operating activities: | | |
| Depreciation and amortization | 1,473 | 1,414 |
| Stock-based compensation expense | 196 | 226 |
| Changes in working capital | (3,889) | (603) |
| Changes in deferred income taxes | (95) | (116) |
| Other operating activities | 93 | 74 |
| Net cash provided by operating activities | 7,182 | 9,947 |
| | | |
| **Cash Flows from Investing Activities:** | | |
| Capital expenditures | (1,447) | (1,042) |
| Payments for businesses acquired, net | — | (416) |
| Other investing activities | (14) | — |
| Net cash used in investing activities | (1,461) | (1,458) |
| | | |
| **Cash Flows from Financing Activities:** | | |
| Repayments of short-term debt, net | (496) | — |
| Proceeds from long-term debt, net of discounts | 3,957 | — |
| Repayments of long-term debt | (2,366) | (1,434) |
| Repurchases of common stock | (3,962) | (6,905) |
| Proceeds from sales of common stock | 142 | 167 |
| Cash dividends | (3,910) | (3,526) |
| Other financing activities | (163) | (136) |
| Net cash used in financing activities | (6,798) | (11,834) |
| Change in cash and cash equivalents | (1,077) | (3,345) |
| Effect of exchange rate changes on cash and cash equivalents | (7) | 16 |
| Cash and cash equivalents at beginning of period | 2,343 | 7,895 |
| Cash and cash equivalents at end of period | $ 1,259 | $ 4,566 |